**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | SG MCINTOSH, LLC | ) | Case No. 21- 40986 |
| | Debtor | ) | Chapter 11 (Voluntary) |
| | | ) | Subchapter V |

**APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR**
**AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT**

**COMES NOW** SG McIntosh, LLC., the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submits this Application for Employment of the law firm WM Law and its members to represent the Debtor in its Subchapter V Chapter 11 bankruptcy proceeding. In support of this Application the Debtor represents the following:

1.      On August 6, 2021, Debtor filed a voluntary Petition for Subchapter V Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2.      The Debtor is a corporation and a Small Business under the definitions of the United States Bankruptcy Code seeking restructuring under Subchapter V, Chapter 11.  Scott McIntosh is the designated representative for the Debtor as the sole member.

3.      The Debtor requires the services of legal counsel to represent it during these proceedings and desires to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtor's counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the § 341 meeting and other court hearings, preparation of the disclosure statement and Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.  Counsel would also assist the Debtor with any additional requirements that come due as a result of seeking relief as a Small Business debtor under Subchapter V including communications with the Subchapter V Trustee.

4.      Attorneys Ryan A. Blay, Jeffrey L. Wagoner, G. Addam Fera, Errin Stowell, and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as its counsel, and who have a primary office located at:  15095 West 116th Street, Olathe, Kansas 66062.

5.      W M Law has experience in matters of this character and are well-qualified to act as attorneys for the Debtor. The Debtor has selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6.      W M Law has no other connections in the following manner with the Debtor, other than as Debtor's counsel in the present case:

7. WM Law has not represented creditors or any other party in interest in this matter. The firm and its members are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtor or the Debtor's estate on the matters upon which they are to be engaged and their employment would be in the best interest of the bankruptcy estate.

8. W M Law has examined its client records and business records and have made a personal inquiry of the Debtor. They have determined that the attorney and all the members of the firm do not hold or represent an interest adverse to the estate.

9. W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

10. W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

11. W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $300.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, G. Addam Fera | $300.00 |
| Attorney, Errin Stowell | $300.00 |
| Paralegal, Douglas Sisson | $125.00 |
| Paralegal, Ana Van Noy | $125.00 |
| Paralegal, Betsy Hayman | $125.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

12. For entry in this Case, the W M Law has received a retainer in the amount of $5,000, and a filing fee of $1,738.00 from the Debtor. The source of funds used for the retainer and filing fee were from Scott McIntosh, the single member of the LLC. W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph and prior payments for pre-bankruptcy services. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application. WM Law is currently holding in its client trust account any unused amount of the pre-filing retainer.

13. W M Law affirms that compensation for the services rendered in this proceeding shall be subject to the approval of the Court upon application by the attorneys for the Debtor.

14. W M Law's post-Petition filing fees will not be paid unless: (a) Debtor has timely filed with the UST all required operating reports; (b) Debtor is current in payment of post-Petition taxes and fees and

costs assessed under 28 U.S.C. § 1930; and (c) Debtors is either current in payment of post-Petition creditors or has the financial capacity to make such payments.

15.     Attorney Errin P. Stowell, on behalf of W M Law and the above-named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

        **WHEREFORE**, the Debtor respectfully requests this Court's order approving the employment of the WM Law attorneys listed above and the paralegals and staff in the firm of W M Law, on the basis set forth above and for such other further relief as the Court deems equitable and proper.

Dated: August 6, 2021             Respectfully submitted,
                                  WM Law

                                  /s/ Ryan A. Blay
                                  Jeffrey L. Wagoner, MO #44365; KS #17489
                                  Ryan A. Blay, MO #KS001066; KS #28110
                                  15095 W. 116th St.
                                  Olathe, KS 66062
                                  Phone (913) 422-0909 / Fax (913) 428-8549
                                  blay@wagonergroup.com
                                  ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

## NOTICE OF MOTION

        Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov .  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.
        If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.
        For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a copy of the foregoing was served on Friday, August 06, 2021 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

        **[See attached mailing matrix]**

                                  /s/ Ryan A. Blay
                                  Proposed Counsel for Debtor/Debtor-in-
                                  Possession SG McIntosh, LLC

Label Matrix for local noticing
0866-4
Case 21-40986-btf11
Western District of Missouri
Kansas City
Fri Aug  6 13:20:33 CDT 2021

SG McIntosh, LLC
10005 N. Marsh Ave.
Kansas City, MO 64157-7625

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Acme Company
64 Beaver Street Suite #344
New York NY 10004-2508

Block and Company, Inc.
605 W. 47Th St. Suite 100
Attn:  Rob Ebstein
Kansas City MO 64112-1905

City of Kansas City
City Hall, 2nd floor
414 E. 12th St.
Attn: Revenue Division
Kansas City MO 64106-2702

Corporation Service Company
801 Adlai Stevenson Dr
Springfield IL 62703-4261

Elevate Funding LLC
5200 NW 43rd Street Suite 102-134
Attn:  Parker Smith
Gainesville FL 32606-4484

Evergy
PO Box 219703
Kansas City MO 64121-9703

Infusion Capital LLC
420 Celebration Blvd Ste 303
Attn:  Ryan McMillan
Celebration FL 34747-0000

Internal Revenue Service
PO Box Box 7346
Philadelphia PA 19101-7346

Law Offices of Michael S. Shipley, LLC
204A East Kansas
Liberty MO 64068-2344

Mantis Funding
225 Clematis Street
Attn:  Kathleen FInk
West Palm Beach FL 33401-5564

McFarland Fitness LLC
9615 NE 98th St.
fka 9Round Kansas City, LLC
Attn:  Melissa McFarland
Kansas City MO 64157-9714

McFarland Fitness, LLC
9615 NE 98th Street
Kansas City MO 64157-9714

McFarland Fitness, LLC
9758 N Ash Ave
Kansas City MO 64157-9742

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

New Mark Delaware LLC c/o
McNeilePappas PC
14701 E. 42nd St.
Independence MO 64055-4746

Scott McIntosh
10005 N Marsh Ave
Kansas City MO 64157-7625

Spectrum
6921 West 119th St
Overland Park KS 66209-2015

Spire Gas
700 Market
Saint Louis MO 63101-1829

Star Development
244 W. Mill St., Ste 101
Attn:  Sheryl Giambalvo
Liberty MO 64068-2398

US Small Business Administration
10737 Gateway West #300
El Paso TX 79935-4910

US Small Business Administration
409 3rd Street SW
Office of the General Counsel
Washington DC 20416-0011

United States Attorney
400 East 9th Street
Room 5510
Attn:  Civil Process
Kansas City MO 64106-2637

United States Attorney General
950 Pennsylvania Avenue, NW
US Dept. of Justice
Washington DC 20530-0001

Verizon Wireless/Southeast
P.O. BOX 26055
NAT'L RECOVERY DEPT M.S. 400
Minneapolis MN 55426-0055

Yes Lender LLC
1150 1st Avenue, Suite 105
Attn:  Lauren Rex
King of Prussia PA 19406-1350

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Scott McIntosh | (d)Scott McIntosh | End of Label Matrix |
| 10005 N Marsh Ave. | 10005 N Marsh Ave. | Mailable recipients    28 |
| Kansas City MO 64157-7625 | Kansas City MO 64157-7625 | Bypassed recipients     2 |
| | | Total              30 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re:   SG MCINTOSH, LLC. | ) | Case No. 21- |
| Debtor | ) | Chapter 11 (Voluntary) |
| | ) | Subchapter V |

**AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR**
**EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE**
**ARRANGEMENT**

| | |
|---|---|
| State of Kansas | ) |
| | ) ss. |
| County of Johnson | ) |

I, Errin P. Stowell, under oath and penalty of perjury hereby state the following:

1.      I am an attorney with of the law firm, Wagoner Bankruptcy Group, P.C., d.b.a W M Law, located at: 15095 West 116th St., Olathe, Kansas 66062, who employs attorneys, Ryan A. Blay, Jeff L. Wagoner, Addam Fera, as well as myself and other paralegals/staff (hereinafter collectively "W M Law"), and who are all licensed to practice law before the before the United Stated Bankruptcy Court for the Western District of Missouri.

2.      This Affidavit is submitted in connection with W M Law's foregoing Application for Employment as Counsel on behalf of the above-captioned Debtor and Debtor-in-Possession, SG McIntosh, LLC. (the "Debtor").

3.      In preparing this Affidavit, I have reviewed and examined the Debtor's client records, business records, financial affairs, and have made a personal inquiry of the Debtor. To the best of my knowledge, I have determined that W M Law has no relevant connection to the Debtor, other than as Debtor's counsel, nor any relevant connection to the Debtor's creditors, any party of interest, their respective attorneys and/or accountant, the United States Trustee (the "UST"), or any persons employed by the UST. The Debtor is a single member LLC, and our firm is not engaged to provide services for the single member, Mr. McIntosh.

4.      W M Law is not a creditor, an equity security holder or an insider of Debtor, and is not and was not a director, officer, or employee of the Debtor. W M Law does not have an interest materially adverse to the interest of the bankruptcy estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

5.      W M Law is a disinterested party as defined in 11 U.S.C. § 101(14).

6.      The Debtor has requested, and W M Law has agreed, to engage in the representation of the Debtor in this proceeding at hourly fees which commensurate their experience and the nature and

1

complexity of this Case. The current hourly rates for the primary attorneys and paralegals who are anticipated to work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $300.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, G. Addam Fera | $300.00 |
| Attorney, Errin Stowell | $300.00 |
| Paralegal, Douglas Sisson | $125.00 |
| Paralegal, Ana Van Noy | $125.00 |
| Paralegal, Betsy Hayman | $125.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses it incurs during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

7.     After conflicts checks reasonable for the industry, it has been determined that W M Law does not and will not represent any such entity in connection with this Chapter 11 Case and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtor or the estate(s). I believe that W M Law's representation of such entities in matters entirely unrelated to the Debtor is not adverse to the Debtor's interests, or the interests of any creditors or estates in respect of the matters for which W M Law will be engaged, nor will such services impair W M Law's ability to represent the Debtor in the ordinary course of this Chapter 11 Case.

8.     In light of the foregoing, I believe that W M Law does not hold or represent any interest materially adverse to the Debtor, the estate(s), creditors, or equity interest holders, as identified to W M Law, with respect to the matters in which W M Law will be engaged.

9.     Except as set forth herein, no promises have been received by W M Law or any partner, associate, or other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Kansas, and orders of this Court.

10.     W M Law further states that it has not shared, nor agreed to share any compensation received in connection with this Case with another party or person, except as permitted by 11 U.S.C. § 504(b) and F.R.B.P. Rule 2016.

11.     The foregoing constitutes the statement of W M Law pursuant to 11 U.S.C. § 329 and § 504, and F.R.B.P. Rules 2014 and 2016(b).

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

2

Dated: August 6, 2021

Errin P. Stowell, MO #70499
Attorney at Law
Wagoner Bankruptcy Group, P.C., d/b/a W M Law
15095 W. 116th St.
Olathe KS, 66062
stowell@wagonergroup.com

Sworn to before on me this _____ day of August , 2021

My commission expires: 12 31 23

Notary Public

NOTARY PUBLIC - State of Kansas
ANA BALLESTEROS
My Appt. Expires 12 31 23