MOW 1009-1.3 (01/16)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                               )
                                                     )
**SG McIntosh, LLC**                                 )        Case No. **21-40986**
                                                     )        Chapter 11, Subchapter V
                                                     )
                    Debtor(s)                        )

### NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS
### AND ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include creditors listed below or on the attachment. By separate copy, you are also notified of the full social security number of the debtor(s). *[Edit paragraphs below as appropriate]*

1.      Creditor (name and address):

| | |
|---|---|
| **9Round Franchising, LLC** | **847 NE Main St., Simpsonville, SC 29681** |
| **Acme Company** | **64 Beaver Street Suite #344, New York, NY 10004** |
| **City of Kansas City** | **2nd floor, 414 E. 12th St., Attn: Revenue Div, Kansas City, MO 64106** |
| **Elevate Funding LLC** | **5200 NW 43rd Street Suite 102-134, Attn: Parker Smith, Gainesville, FL 32606** |
| **Evergy** | **PO Box 219703, Kansas City, MO 64121-9703** |
| **Mantis Funding** | **225 Clematis Street, Attn:  Kathleen Flnk, West Palm Beach, FL 33401** |
| **Missouri Dept. of Revenue** | **PO Box 475, Jefferson City, MO 65105-0475** |
| **Missouri Dept. of Revenue** | **PO Box 475, Jefferson City, MO 65105-0475** |
| **Spectrum** | **6921 West 119th St, Overland Park, KS 66209** |
| **U.S. Bank National Assoc.** | **PO Box 5229, Attn: Bankruptcy Dept., Cincinnati, OH 45201-5229** |
| **Verizon Wireless/Southeast** | **P.O. BOX 26055, NAT'L RECOVERY DEPT M.S. 400, Minneapolis, MN 55426** |

2.      Claim (amount owed, nature of claim, date incurred):

**9Round Franchising, LLC, $36,000.00,  11/4/2019**

**Acme Company, $0.00, UCC,**

**City of Kansas City, $2,012.51,**

**Elevate Funding LLC, $4,267.00,**

**Evergy, $500.00,**

**Mantis Funding, $5,381.00,**

**Missouri Department of Revenue, $11,309.26,**

**Missouri Department of Revenue, $3,871.48,**

**Spectrum, $100.00,**

**U.S. Bank National Association, $31,413.46,  02/01/2021**

**Verizon Wireless/Southeast, $150.00,**

3.      These claims have been scheduled as *[check box]*:    ☑ priority; ☑ secured; ☑ general unsecured.

**General Unsecured - 9Round Franchising, LLC**

**Secured - Acme Company**

**Priority - City of Kansas City**

**General Unsecured - Elevate Funding LLC**

**General Unsecured - Evergy**

**General Unsecured - Mantis Funding**

**Priority - Missouri Department of Revenue**

**Priority - Missouri Department of Revenue**

**General Unsecured - Spectrum**

**General Unsecured - U.S. Bank National Association**

**General Unsecured - Verizon Wireless/Southeast**

4.        Trustee, (name, address, and phone) if one has been appointed: **Sherri L. Wattenbarger, Office of the U.S. Trustee, Room 3440, 400 East 9th Street, Kansas City, MO 64106; Phone: 816-512-1940; FAX: 816-512-1967 (fax); Email: Sherri.wattenbarger@usdoj.gov**

5.        Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727: **N/a, this is a Chapter 11 Subchapter V proceeding. The Debtor and Debtor-in-Possession are not entitled to a discharge order until completion of a repayment Plan.**

>        If this claim was added to the schedules after the deadline for filing complaints stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file complaints.

6.        Deadline for filing proofs of claim: **10/15/2021**

>        If this claim was added to the schedules after the deadline for filing claims stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file a proof of claim. **https://ecf.mowb.uscourts.gov/cgi-bin/autoFilingClaims.pl**

>        This is a Chapter 11 case. You have 30 days from the date of this notice or until the bar date, whichever is later, to file your proof of claim. **https://ecf.mowb.uscourts.gov/cgibin/autoFilingClaims.pl**

Date: **September 24, 2021**                                              **/s/ Ryan A. Blay**

Debtor's attorney (type name, address)
**Ryan A. Blay KS-001066**
**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**

Certificate of Service:  I,Ryan A. Blay, certify the above notice and a separate notice of the full social security number of Federal TIN of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __**September 24, 2021**__ .

**/s/ Ryan A. Blay**

Typed Name or Signature