**Fill in this information to identify the case:**

Debtor Name  SG McIntosh LLC

United States Bankruptcy Court for the: _____ District of _____

Case number: 21-40986

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: **August**

Date report filed: **10/06/2021**
MM / DD / YYYY

Line of business: **Fitness**

NAISC code: **9063**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsble party:        SG McIntosh LLC

Original signature of responsible party   _____

Printed name of responsible party    Scott T McIntosh

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☑ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  SG McIntosh LLC  Case number 21-40986

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 4,440.48

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here. $ 7,313.68

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    − $ 5,614.24

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 1,699.44

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 6,409.92

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ _____

   *(Exhibit E)*

Debtor Name  SG McIntosh LLC _____     Case number 21-40986 _____

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____ 1,273.20

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?     _____ 24

27. What is the number of employees as of the date of this monthly report?     _____ 25

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____ 0.00

30. How much have you paid this month in other professional fees?     $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?     $ _____ 0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ _____ 9,555.00

36. Total projected cash disbursements for the next month:     - $ _____ 9,848.00

37. Total projected net cash flow for the next month:     = $ _____ -293.26

---

Debtor Name  SG McIntosh LLC                                        Case number 21-40986

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Official Form 425C            **Monthly Operating Report for Small Business Under Chapter 11**            page **4**

Print          Save As...          Reset

## Exhibit A

I didn't pay my rent payment for 9Round on N Oak Trafficway

DIP accounts are setup, and I am moving money to those accounts by 10/8/2021

I am not aware of any payments I need to make to the U.S. Trustee or Bankruptcy Administrator yet.

## Exhibit B

Until I get all money transferred and ensure all automatic payments are stopped, I will keep these accounts open.

I have sold some equipment from the 9Round on N Ash Ave.  List has been supplied

## Exhibit C

| Date | Detail | Amount | Sales Tax |
|---|---|---|---|
| 8/27/2021 | 9RoundNOW Membership Add-On | $9.99 | $0.95 |
| 8/25/2021 | 9RoundNOW Only | $19.99 | $1.89 |
| 8/9/2021 | 6 MONTH Paid-in-Full | $190.00 | $18.00 |
| 8/9/2021 | 12-Week Kickstart PIF | $399.00 | $37.81 |
| 8/2/2021 | Registration Fee | $199.00 | $18.86 |
| 8/2/2021 | 3 Month term into M2M | $129.00 | $12.22 |
| 8/1/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/1/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/1/2021 | 12 Month Term | $50.00 | $4.74 |
| 8/1/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/2/2021 | 12 Month Term | $69.00 | $6.54 |
| 8/2/2021 | 12 Month Term | $67.15 | $6.36 |
| 8/3/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/3/2021 | 4th of July $4 enrollment! | $78.00 | $7.39 |
| 8/3/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/3/2021 | Month to Month Membership | $65.00 | $6.16 |
| 8/4/2021 | 12 Month Term-Monthly payments | $78.00 | $7.39 |
| 8/4/2021 | 6 Month Term | $75.00 | $7.11 |
| 8/4/2021 | Month to Month- Monthly Payments | $59.00 | $5.59 |
| 8/5/2021 | 12 MO TERM-WEEKLY PAYMENTS | $15.00 | $1.42 |
| 8/5/2021 | Month to Month Membership | $50.00 | $4.74 |
| 8/5/2021 | 12 Month Term | $67.15 | $6.36 |
| 8/6/2021 | 12 Month Term | $67.15 | $6.36 |
| 8/6/2021 | 12 Month Term | $60.44 | $5.73 |
| 8/6/2021 | Month to Month- Monthly Payments | $25.00 | $2.37 |
| 8/7/2021 | Month to Month | $45.00 | $4.26 |
| 8/7/2021 | Month to Month- Monthly Payments | $39.00 | $3.70 |
| 8/7/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/8/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/9/2021 | 12 Month Term-Monthly payments | $69.00 | $6.54 |
| 8/9/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/10/2021 | 3 Month term into M2M | $28.00 | $2.65 |
| 8/10/2021 | 12 Month Term | $70.00 | $6.63 |
| 8/10/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/10/2021 | 12 Month Term-Monthly payments | $99.00 | $9.38 |
| 8/10/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/10/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/10/2021 | FCA | $78.00 | $7.39 |
| 8/11/2021 | 12 Month Term | $60.00 | $5.69 |

| 8/11/2021 | Month to Month- Monthly Payments | $25.98 | $2.46 |
|---|---|---|---|
| 8/11/2021 | 12 Month Term | $68.50 | $6.49 |
| 8/12/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/12/2021 | 6 Month PIF | $199.00 | $18.86 |
| 8/12/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/12/2021 | 12 MO TERM-WEEKLY PAYMENTS | $15.00 | $1.42 |
| 8/14/2021 | Month to Month | $45.00 | $4.26 |
| 8/15/2021 | 12 Month Term | $67.40 | $6.39 |
| 8/16/2021 | Month to Month- Monthly Payments | $50.00 | $4.74 |
| 8/16/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/16/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/16/2021 | Month to Month- Monthly Payments | $50.00 | $4.74 |
| 8/16/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/17/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/17/2021 | 12 Month Term-Monthly payments | $60.00 | $5.69 |
| 8/17/2021 | 12 Month Term-Monthly payments | $43.75 | $4.15 |
| 8/17/2021 | 6 Month Term | $53.17 | $5.04 |
| 8/17/2021 | 12 Month Term-Monthly payments | $31.00 | $2.94 |
| 8/18/2021 | 12 Month Term | $40.00 | $3.79 |
| 8/18/2021 | 4th of July $4 enrollment! | $78.00 | $7.39 |
| 8/18/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/18/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/19/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/19/2021 | 12 MO TERM-WEEKLY PAYMENTS | $15.00 | $1.42 |
| 8/19/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/19/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/19/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/20/2021 | 12 Month Term | $50.00 | $4.74 |
| 8/20/2021 | 9RoundNOW Membership Add-On | $12.99 | $1.23 |
| 8/21/2021 | 6 Month Term | $49.00 | $4.64 |
| 8/21/2021 | Month to Month | $45.00 | $4.26 |
| 8/21/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/21/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/21/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/21/2021 | 4 Year Anniversary Membership Sale | $44.00 | $4.17 |
| 8/22/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/22/2021 | 12 Month Term | $67.15 | $6.36 |
| 8/22/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/22/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/23/2021 | 12 Month term 15% discount | $35.33 | $3.35 |
| 8/23/2021 | Black Friday 12 Month Term | $37.50 | $3.55 |
| 8/24/2021 | 12 Month Term | $79.00 | $7.49 |

| Date | Description | | |
|---|---|---|---|
| 8/25/2021 | 12 Month Term | $40.00 | $3.79 |
| 8/25/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/25/2021 | Month to Month Membership | $65.00 | $6.16 |
| 8/25/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/26/2021 | 12 MO TERM-WEEKLY PAYMENTS | $15.00 | $1.42 |
| 8/26/2021 | 12 Month Term | $67.15 | $6.36 |
| 8/26/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/27/2021 | 12 Month Term | $67.15 | $6.36 |
| 8/27/2021 | Month to Month | $50.00 | $4.74 |
| 8/27/2021 | 4th of July $4 enrollment | $78.00 | $7.39 |
| 8/28/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/28/2021 | Black Friday 2014 12 MO contract | $50.00 | $4.74 |
| 8/28/2021 | Month to Month | $59.00 | $5.59 |
| 8/28/2021 | 12 month term-15% discount | $63.25 | $5.99 |
| 8/28/2021 | Month to Month | $50.00 | $4.74 |
| 8/28/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/28/2021 | 6 Month Term | $35.00 | $3.32 |
| 8/28/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/28/2021 | Month to Month- Monthly Payments | $64.35 | $6.10 |
| 8/28/2021 | Month to Month | $45.00 | $4.26 |
| 8/28/2021 | Month to Month | $40.00 | $3.79 |
| 8/28/2021 | 12 Month Term | $79.00 | $7.49 |
| 8/28/2021 | Month to Month- Monthly Payments | $24.50 | $2.32 |
| 8/28/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/28/2021 | Month to Month | $50.00 | $4.74 |
| 8/29/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/29/2021 | 12 Month Term-Weekly payments | $14.00 | $1.33 |
| 8/29/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/30/2021 | 3 Month term into M2M | $55.00 | $5.21 |
| 8/30/2021 | 9RoundNOW Membership Add-On | $12.99 | $1.23 |
| 8/30/2021 | 12 Month Term | $67.15 | $6.36 |
| 8/30/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/4/2021 | Protein Powder (Vanilla Ice Cream / Vanilla Ice Cream) | $39.00 | $3.70 |
| 8/9/2021 | Water | $1.00 | $0.09 |
| 8/10/2021 | Boxing Glove Key Chain () | $2.00 | $0.19 |
| 8/10/2021 | 9Round Protein Bar | $1.25 | $0.12 |
| 8/11/2021 | Water | $1.00 | $0.09 |
| 8/11/2021 | Water | $1.00 | $0.09 |
| 8/12/2021 | Gloves (Classic Black/White) | $39.00 | $3.70 |
| 8/14/2021 | 9Round Protein Bar | $1.25 | $0.12 |
| 8/14/2021 | 9Round Protein Bar | $1.25 | $0.12 |
| 8/20/2021 | 9Round Protein Bar | $1.25 | $0.12 |

| Date | Item | | |
| --- | --- | ---: | ---: |
| 8/20/2021 | 9Round Protein Bar | $1.25 | $0.12 |
| 8/20/2021 | Pulse Heart Rate Monitor | $120.00 | $11.37 |
| 8/20/2021 | Pulse Heart Rate Monitor | $120.00 | $11.37 |
| 8/24/2021 | Gloves (Classic Black/White) | $27.30 | $2.59 |
| 8/25/2021 | Battery | $5.00 | $0.47 |
| 8/26/2021 | Water | $1.00 | $0.09 |
| 8/28/2021 | Leather Gloves | $89.95 | $8.52 |
| 8/31/2021 | Hand Wraps (Camo) | $12.00 | $1.14 |
| 8/31/2021 | Pulse HRM (Arm Band) | $69.99 | $6.63 |
| 8/31/2021 | Battery | $5.00 | $0.47 |
| 8/11/2021 | 12 Month Term | $55.00 | $5.21 |
| 8/24/2021 | 12 Month Term | $67.15 | $6.36 |
| 8/24/2021 | 3 Month term into M2M | $118.00 | $11.18 |
| **Total** | | **$7,946.82** | **$753.04** |

$8,699.86

October Projection

| Column1 | Description | Expense | Receivables |
|---|---|---|---|
| Receivables | Member Payments from ClubReady | | $9,554.74 |
| | | | |
| Expenses | | | |
| | ZipWhip | ($198.00) | |
| | Spectrum | ($140.00) | |
| | Guidant | ($140.00) | |
| | Evergy | ($350.00) | |
| | Spotify | ($10.00) | |
| | Cintas | ($90.00) | |
| | Perkville | ($170.00) | |
| | Teds Trash | ($80.00) | |
| | Spire | ($70.00) | |
| | Payroll | ($6,000.00) | |
| | Block and Company | ($2,600.00) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | ($9,848.00) | $9,554.74 |
| | | | |
| | | | ($293.26) |



**Business Statement**

Account Number:
XXXXXX7212

Statement Period:
Aug 2, 2021
through
Aug 31, 2021

Page 1 of 2

U.S. bank
P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786      IMG              S        Y     ST01



000031030 01 SP      000638927170637 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                      **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                             **1-800-673-3555**

**U.S. Bank accepts Relay Calls**
**Internet:**                             *usbank.com*

---

# SILVER BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                    **Account Number** XXXXXX 7212

## Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Aug 2 |  | $ | 154.59 |
| Customer Deposits | 1 |  | 1,200.00 |
| Other Deposits | 5 |  | 15,000.00 |
| Other Withdrawals | 11 |  | 11,038.65- |
| **Ending Balance on Aug 31, 2021** |  | **$** | **5,315.94** |

## Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
|  | Aug 31 | 8356293358 | 1,200.00 |
|  |  | **Total Customer Deposits** $ | **1,200.00** |

## Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Aug  4 | Mobile Banking Transfer | From Account 145592450079 | $ | 1,500.00 |
| Aug  4 | Mobile Banking Transfer | From Account 145574953082 |  | 3,800.00 |
| Aug 17 | Mobile Banking Transfer | From Account 145574953082 |  | 1,500.00 |
| Aug 17 | Mobile Banking Transfer | From Account 145592450079 |  | 4,200.00 |
| Aug 31 | Mobile Banking Transfer | From Account 145592450079 |  | 4,000.00 |
|  |  | **Total Other Deposits** | **$** | **15,000.00** |

## Other Withdrawals

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Aug  2 | Electronic Withdrawal | To APIntego | $ | 46.88- |
|  | REF=212140053813150N00 | 1200708459ACHTRANS  81678403 |  |  |
| Aug  3 | Electronic Withdrawal | To GUSTO |  | 189.00- |
|  | REF=212150041512740N00 | 2453942850FEE 5602876semjq5jg97 |  |  |
| Aug  4 | Overdraft Paid Fee |  |  | 36.00- |
| Aug  5 | Electronic Withdrawal | To GUSTO |  | 838.56- |
|  | REF=212170065220220N00 | 1453942850TAX 5884126semjq661rp |  |  |
| Aug  5 | Electronic Withdrawal | To GUSTO |  | 3,672.50- |
|  | REF=212170065220320N00 | 1453942850NET 5884006semjq661pm |  |  |
| Aug 13 | Analysis Service Charge |  | 1300000000 | 43.00- |
| Aug 16 | Electronic Withdrawal | To APIntego |  | 43.77- |
|  | REF=212280049160880N00 | 1200708459ACHTRANS  82218075 |  |  |
| Aug 17 | Mobile Banking Transfer | To Account 145592450079 |  | 1,500.00- |
| Aug 19 | Electronic Withdrawal | To GUSTO |  | 982.01- |
|  | REF=212310006886240N00 | 1453942850TAX 8605126semjq8am4v |  |  |
| Aug 19 | Electronic Withdrawal | To GUSTO |  | 3,642.38- |
|  | REF=212310006886090N00 | 1453942850NET 8605026semjq8am27 |  |  |
| Aug 30 | Electronic Withdrawal | To APIntego |  | 44.55- |
|  | REF=212420098751080N00 | 1200708459ACHTRANS  82740825 |  |  |
|  |  | **Total Other Withdrawals** | **$** | **11,038.65-** |



**BALANCE YOUR ACCOUNT**

To keep track of your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5. Total lines 3 and 4.                                                                                   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.                                       $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



Case 21-40986-btf11    Doc 38    Filed 10/08/21    Entered 10/08/21 15:34:49    Desc Main
Document    Page 14 of 25

SG MCINTOSH LLC
1000 N 38TH ARSH Ave
KANSAS CITY MO 64157-7625

**Business Statement**

Account Number:

7212

Statement Period:

Aug 2, 2021

through

Aug 31, 2021

Page 2 of 2

 

## SILVER BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                          **Account Number 1-455-7473-7212**

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 2 | 107.71 | Aug 13 | 628.65 | Aug 19 | 160.49 |
| Aug 3 | 81.29- | Aug 16 | 584.88 | Aug 30 | 115.94 |
| Aug 4 | 5,182.71 | Aug 17 | 4,784.88 | Aug 31 | 5,315.94 |
| Aug 5 | 671.65 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

Account Number:

████ 3082

6786 MG S Y ST01

Statement Period:

Aug 2, 2021

through

Aug 31, 2021

Page 1 of 3



000045259 01 SP 000638928016190 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO 64157-7625

☎ **To Contact U.S. Bank**

**24-Hour Business
Solutions:** 1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

## U.S. BANK SILVER - BUSINESS CHECKING

U.S. Bank National Association

**Member FDIC**

**Account Number 1**████**3082**

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Aug 2 | | $ | 3,337.43 | Number of Days in Statement Period | 31 |
| Other Deposits | 15 | | 10,418.64 | | |
| Other Withdrawals | 12 | | 12,401.31- | | |
| **Ending Balance on Aug 31, 2021** | | **$** | **1,354.76** | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Aug 3 | Electronic Deposit<br>REF=212140206867530N00 | From CLUBREADY<br>4464545600REMIT 332733279_2590N | | $ | 2.04 |
| Aug 3 | Electronic Deposit<br>REF=212140206867520N00 | From CLUBREADY<br>4464545600REMIT 332733279_1810N | | | 376.53 |
| Aug 3 | Electronic Deposit<br>REF=212140206865550N00 | From CLUBREADY<br>4464545600REMIT 332533259_2590N | | | 381.71 |
| Aug 3 | Electronic Deposit<br>REF=212140206865540N00 | From CLUBREADY<br>4464545600REMIT 332533259_1810N | | | 677.82 |
| Aug 6 | Electronic Deposit<br>REF=212170119551730N00 | From CLUBREADY<br>4464545600REMIT 333233329_1810N | | | 381.20 |
| Aug 6 | Electronic Deposit<br>REF=212170119551740N00 | From CLUBREADY<br>4464545600REMIT 333233329_2590N | | | 1,073.75 |
| Aug 10 | Electronic Deposit<br>REF=212210131955660N00 | From CLUBREADY<br>4464545600REMIT 333733371_2590N | | | 529.74 |
| Aug 10 | Electronic Deposit<br>REF=212210131955650N00 | From CLUBREADY<br>4464545600REMIT 333733371_1810N | | | 896.84 |
| Aug 13 | Electronic Deposit<br>REF=212240138407390N00 | From CLUBREADY<br>4464545600REMIT 334233428_1810N | | | 683.57 |
| Aug 13 | Electronic Deposit<br>REF=212240138407400N00 | From CLUBREADY<br>4464545600REMIT 334233428_2590N | | | 1,281.41 |
| Aug 17 | Electronic Deposit<br>REF=212290096653280N00 | From CLUBREADY<br>4464545600REMIT 334633469_2590N | | | 327.34 |
| Aug 20 | Electronic Deposit<br>REF=212310063609980N00 | From CLUBREADY<br>4464545600REMIT 335233528_2590N | | | 901.92 |
| Aug 24 | Electronic Deposit<br>REF=212350179005110N00 | From CLUBREADY<br>4464545600REMIT 335733572_2590N | | | 1,069.60 |
| Aug 27 | Electronic Deposit<br>REF=212390011312590N00 | From CLUBREADY<br>4464545600REMIT 336333633_2590N | | | 604.35 |
| Aug 31 | Electronic Deposit<br>REF=212420212899070N00 | From CLUBREADY<br>4464545600REMIT 336733677_2590N | | | 1,230.82 |
| | | **Total Other Deposits** | | **$** | **10,418.64** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Aug 2 | Electronic Withdrawal<br>REF=212140079306910N00 | To YES LENDER<br>BTX33006778889375363F9YH430233069 | | $ | 145.83- |



**BALANCE YOUR ACCOUNT**
To keep track of your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                         $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.          $_____

5. Total lines 3 and 4.                         $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5.  This is your balance.                         $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC


Case 21-40986-btf11  Doc 38  Filed 10/08/21  Entered 10/08/21 15:34:49  Desc Main
Document  Page 18 of 25

SG MCINTOSH LLC
10c.N. 38ARSH Ave
KANSAS CITY, MO  64157-7625

**Business Statement**

Account Number:
3082

Statement Period:
Aug 2, 2021
through
Aug 31, 2021

Page 2 of 3



# U.S. BANK SILVER - BUSINESS CHECKING                    (CONTINUED)

U.S. Bank National Association                    **Account Number 1-455-7495-3082**

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 3 | Electronic Withdrawal | To YES LENDER | | 145.83- |
| | REF=212150040111940N00 | BTX33006778889375363FFGK430233069 | | |
| Aug 4 | Electronic Withdrawal | To YES LENDER | | 145.83- |
| | REF=212160042957710N00 | BTX33006778889375363FL41430233069 | | |
| Aug 4 | Mobile Banking Transfer | To Account 145574737212 | | 3,800.00- |
| Aug 5 | Electronic Withdrawal | To YES LENDER | | 145.83- |
| | REF=212170061961890N00 | BTX33006778889375363FQ73430233069 | | |
| Aug 6 | Electronic Withdrawal | To YES LENDER | | 145.83- |
| | REF=212180051572990N00 | BTX33006778889375363FVTC430233069 | | |
| Aug 9 | Electronic Withdrawal | To YES LENDER | | 145.83- |
| | REF=212210051423200N00 | BTX33006778889375363G0XK430233069 | | |
| Aug 13 | Internet Banking Transfer | To Account 145574953090 | | 2,200.00- |
| Aug 17 | Electronic Withdrawal | To MCNAIR & ASSOCIA | | 399.00- |
| | REF=212280174310920N00 | 1833356958PAYMENT  162910626956 | | |
| Aug 17 | Mobile Banking Transfer | To Account 145574737212 | | 1,500.00- |
| Aug 26 | Mobile Banking Transfer | To Account 145574953090 | | 1,000.00- |
| Aug 31 | Customer Withdrawal | | 8356293357 | 2,627.33- |
| | | **Total Other Withdrawals** | **$** | **12,401.31-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 2 | 3,191.60 | Aug 9 | 1,555.50 | Aug 24 | 3,146.92 |
| Aug 3 | 4,483.87 | Aug 10 | 2,982.08 | Aug 26 | 2,146.92 |
| Aug 4 | 538.04 | Aug 13 | 2,747.06 | Aug 27 | 2,751.27 |
| Aug 5 | 392.21 | Aug 17 | 1,175.40 | Aug 31 | 1,354.76 |
| Aug 6 | 1,701.33 | Aug 20 | 2,077.32 | | |

Balances only appear for days reflecting change.



SG MCINTOSH LLC
1000 E 39TH ST
KANSAS CITY, MO 64157-7625

**Business Statement**

Account Number:

██████ 3082

Statement Period:
Aug 2, 2021
through
Aug 31, 2021

Page 3 of 3

## IMAGES FOR YOUR U.S. BANK SILVER - BUSINESS CHECKING ACCOUNT

*Member FDIC*

**Account Number 1-455-7495-3082**



| | | |
|---|---|---|
| ██████9061 | Aug 31 | 2,627.33 |

# usbank.

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786      MG          S      Y    ST01

**Business Statement**

Account Number:
3090

Statement Period:
Aug 2, 2021
through
Aug 31, 2021

Page 1 of 3



000163442 01  SP     000638927303049 S
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                         *To Contact U.S. Bank*

**24-Hour Business**
**Solutions:**                              *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                               *usbank.com*

---

# U.S. BANK SILVER - BUSINESS CHECKING                    *Member FDIC*

U.S. Bank National Association                    **Account Number** 3090

## Account Summary

|  | # Items |  |  |  |  |
|---|---|---|---|---|---|
| Beginning Balance on Aug 2 |  | $ | 2,050.91 | Number of Days in Statement Period | 31 |
| Other Deposits | 3 |  | 4,200.00 |  |  |
| Card Withdrawals | 17 |  | 4,077.35- |  |  |
| Other Withdrawals | 9 |  | 1,536.89- |  |  |
| **Ending Balance on Aug 31, 2021** |  | **$** | **636.67** |  |  |

## Other Deposits

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Aug  9 | Mobile Banking Transfer | From Account 145592450079 |  | $ | 1,000.00 |
| Aug 13 | Internet Banking Transfer | From Account 145574953082 |  |  | 2,200.00 |
| Aug 26 | Mobile Banking Transfer | From Account 145574953082 |  |  | 1,000.00 |
|  |  | **Total Other Deposits** |  | **$** | **4,200.00** |

## Card Withdrawals

Card Number: xxxx-xxxx-xxxx-1030

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Aug  2 | Debit Purchase - VISA<br>ZIPWHIP<br>\*\*\*\*\*\*\*\*\*\*\*\*1030 | On 073121 855-947-9447 WA<br>REF # 24692161212100479807823 | 2100479807 | $ | 99.00- |
| Aug  3 | Recurring Debit Purchase<br>SPECTRUM<br>\*\*\*\*\*\*\*\*\*\*\*\*1030 | On 080321 855-707-7328 MO<br>REF # 24692161215100605659 US1 | 5100605659 |  | 137.97- |
| Aug  3 | Debit Purchase - VISA<br>GUIDANT FINANCIA<br>\*\*\*\*\*\*\*\*\*\*\*\*1030 | On 080221 888-4724455  ID<br>REF # 24121571214000214023208 | 4000214023 |  | 139.00- |
| Aug  4 | Debit Purchase - VISA<br>ZIPWHIP<br>\*\*\*\*\*\*\*\*\*\*\*\*1030 | On 080321 855-947-9447 WA<br>REF # 24692161215100733271987 | 5100733271 |  | 99.00- |
| Aug  5 | Recurring Debit Purchase<br>SPOTIFY<br>\*\*\*\*\*\*\*\*\*\*\*\*1030 | On 080421 877-778-1161 NY<br>REF # 24492151216743606232 US1 | 6743606232 |  | 15.99- |
| Aug  9 | Recurring Debit Purchase<br>WHENIWORK.COM<br>\*\*\*\*\*\*\*\*\*\*\*\*1030 | On 080621 WHENIWORK.CO MN<br>REF # 24011341218000039417 US1 | 8000039417 |  | 62.32- |
| Aug 10 | Recurring Debit Purchase<br>ADOBE PS CREATIV<br>\*\*\*\*\*\*\*\*\*\*\*\*1030 | On 080921 408-536-6000 CA<br>REF # 24943001221700856751 US1 | 1700856751 |  | 20.99- |
| Aug 11 | Debit Purchase<br>115201<br>\*\*\*\*\*\*\*\*\*\*\*\*1030 | THE HOME DEPOT # KANSAS CITY MO<br>On 081121 MAESTERM REF 115201 |  |  | 22.17- |
| Aug 11 | Debit Purchase - VISA<br>9ROUND FRANCHISI<br>\*\*\*\*\*\*\*\*\*\*\*\*1030 | On 081021 864-962-4601 SC<br>REF # 24323001222200466000094 | 2200466000 |  | 903.87- |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.     $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.     $_____

5. Total lines 3 and 4.     $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.     $_____

7. Subtract line 6 from line 5. This is your balance.     $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, he following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER



SG MCINTOSH LLC
1005 NE ... ARS blvd
KANSAS CITY MO 64157-7625

Account Number:
**3090**

Statement Period:

Aug 2, 2021
through
Aug 31, 2021

Page 2 of 3

 

## U.S. BANK SILVER - BUSINESS CHECKING                      (CONTINUED)

U.S. Bank National Association                    **Account Number** ███████ **3090**

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-1030

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 13 | Recurring Debit Purchase SPECTRUM ************1030 | On 081221 855-707-7328 MO REF # 24692161224100638821 US1 | 4100638821 | 117.97- |
| Aug 13 | Debit Purchase - VISA PRK*PERKVILLE IN ************1030 | On 081221 415-7234318 CA REF # 24906411224127892303335 | 4127892303 | 168.00- |
| Aug 16 | Debit Purchase - VISA TEDS TRASH SERVI ************1030 | On 081521 816-2521594 MO REF # 24755421228122289190798 | 8122289190 | 80.00- |
| Aug 16 | Debit Purchase - VISA YSI*Star Develop ************1030 | On 081321 816-7813322 MO REF # 24906411225127958251443 | 5127958251 | 2,009.95- |
| Aug 23 | Recurring Debit Purchase Spotify USA ************1030 | On 082121 877-7781161 NY REF # 24204291233004710468 US1 | 3004710468 | 9.99- |
| Aug 23 | Debit Purchase - VISA SPIRE BILL PAY ************1030 | On 082121 800-582-1234 MO REF # 24692161233100549481372 | 3100549481 | 50.21- |
| Aug 30 | Debit Purchase - VISA SPIRE BILL PAY ************1030 | On 082821 800-582-1234 MO REF # 24692161240100251652625 | 0100251652 | 41.92- |
| Aug 31 | Debit Purchase - VISA ZIPWHIP ************1030 | On 083121 855-947-9447 WA REF # 24692161243100447224518 | 3100447224 | 99.00- |

|  |  |  |
|---|---|---|
| **Card 1030  Withdrawals Subtotal** | **$** | **4,077.35-** |
| **Total Card Withdrawals** | **$** | **4,077.35-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 4 | Electronic Withdrawal REF=212150063231430N00 | To EVERGY MO WEST 1440541877AUTOPAY  317145205815 | $ | 339.51- |
| Aug 11 | Electronic Withdrawal REF=212220112212570N00 | To CINTASCORPORATIO 1311188630DE001    1000896125 | | 73.38- |
| Aug 11 | Electronic Withdrawal REF=212220112212560N00 | To CINTASCORPORATIO 1311188630DE001    1000896125 | | 84.00- |
| Aug 13 | Ext TFR Withdrawal REF=212240148273470N00 | STEABK CK WEBXFR 3770527921 EXT TRNSFR  3700463393 | | 10.00- |
| Aug 17 | Electronic Withdrawal REF=212280172076920N00 | To ROCKBOT 1800948598ROCKBOT   ST-P6N5Y1Z4N1R9 | | 79.90- |
| Aug 20 | Electronic Withdrawal REF=212310041092430N00 | To CINTASCORPORATIO 1311188630DE001    1000899633 | | 132.36- |
| Aug 20 | Electronic Withdrawal REF=212310041092420N00 | To CINTASCORPORATIO 1311188630DE001    1000899633 | | 234.78- |
| Aug 27 | Electronic Withdrawal REF=212380039925830N00 | To EVERGY MO WEST 1440541877AUTOPAY   206798712844 | | 572.96- |
| Aug 30 | Ext TFR Withdrawal REF=212420092687860N00 | STEABK CK WEBXFR 3770527921 EXT TRNSFR  3762363341 | | 10.00- |

|  |  |  |
|---|---|---|
| **Total Other Withdrawals** | **$** | **1,536.89-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 2 | 1,951.91 | Aug 9 | 2,158.12 | Aug 16 | 867.79 |
| Aug 3 | 1,674.94 | Aug 10 | 2,137.13 | Aug 17 | 787.89 |
| Aug 4 | 1,236.43 | Aug 11 | 1,053.71 | Aug 20 | 420.75 |
| Aug 5 | 1,220.44 | Aug 13 | 2,957.74 | Aug 23 | 360.55 |

 **Business Statement**

SG MCINTOSH LLC

Case 2... ...tf11   Doc 38... Filed 10/08/21   Entered 10/08/21 15:34:49   Desc Main

KANSAS CITY, MO 64157-7625   Page 23 of 25

Document

Account Number:

3090

Statement Period:

Aug 2, 2021

through

Aug 31, 2021

Page 3 of 3

## U.S. BANK SILVER - BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association **Account Number** 3090

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 26 | 1,360.55 | Aug 30 | 735.67 | Aug 31 | 636.67 |
| Aug 27 | 787.59 | | | | |

Balances only appear for days reflecting change.

# us bank ®

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

Account Number:

4884

Statement Period:

6786       MG              S        Y      ST01

Aug 2, 2021

through

Aug 31, 2021

Page 1 of 1

000044293 01  SP       000638927183900 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                          ***To Contact U.S. Bank***

***24-Hour Business***
***Solutions:***                           *1-800-673-3555*

***U.S. Bank accepts Relay Calls***
***Internet:***                            *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective Oct. 1, 2021 the schedule used to calculate float assigned on checks deposited is changing. The float schedule determines how quickly U.S. Bank recognizes check deposits from other banks as being collected in your account. If you deposit checks, this change may impact your collected balance which is used to calculate earnings credit applied through account analysis. If you have questions on how this change to float may impact your account, please contact your banker, or call your customer service team at the phone number shown at the top of this statement.

## PREMIUM BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                    **Account Number**        **4884**
**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Aug 2 | $ | 23.82 |
| **Ending Balance on  Aug 31, 2021** | **$** | **23.82** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3.  Enter the ending balance shown on this statement. $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section. $_____

5.  Total lines 3 and 4. $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7.  Subtract line 6 from line 5. This is your balance. $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC