**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re:    SG MCINTOSH, LLC | ) | Case No. 21-40986 |
| | ) | Chapter 11 (Voluntary) |
| Debtor and Debtor-in-Possession | ) | Subchapter V |

**MOTION TO EXTEND DEADLINE TO FILE SUBCHAPTER V REORGANIZATION PLAN**
**OF REORGANIZATION**

**COMES NOW** Debtor, SG McIntosh, LLC (the "Debtor"), by and through Counsel, and for this Motion to Extend the Deadline to File a Subchapter V Plan of Reorganization, states:

1.    On August 6, 2021, Debtor filed a Petition for Chapter 11 relief under Subchapter V.

2.    Under 11 U.S.C. §1189(b), the Debtor has 90 days after the order for relief to file a plan of reorganization.

3.    In addition to assisting the Debtor-in-Possession with its duties under Subchapter V and Chapter 11, Mr. McIntosh, the sole member of the Debtor, is working full time at the gym the Debtor operates daily while seeking additional trainers.

4.    The Debtor had anticipated having information by this date regarding the potential deadline for available Debtor-in-Possession funding through Mr. McIntosh's Employee Stock Ownership Plan. That information is not yet available.

5.    Accordingly, the Debtor hasn't had sufficient time for accurate cash flow projections to attach to a Chapter 11 plan.

6.    The Debtor is also in the process of finalizing August and September Monthly Operating Reports in cooperation with the Subchapter V Trustee, which would help support the proposed Plan.

7.    The Debtor believes it can produce a Plan with supporting financial projections within 30 days and is prepared to make this extension conditional upon progress made on operating reports or other items required or requested by the Subchapter V Trustee or United States Trustee.

8.    The Debtor asserts that there is cause under 11 U.S.C. §1189(b) and the debtor should not justly be held accountable for the circumstances described above.

**WHEREFORE,** the Debtor respectfully moves the Court for an order providing an additional **11-day extension** of time to file a Chapter 11 Plan of Reorganization under Subchapter V thereby allowing the Plan to be due on or before **November 15, 2021**, and for any other relief necessary and proper under the circumstances.

1

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, the foregoing motion was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay

2

Label Matrix for local noticing
0866-4
Case 21-40986-btf11
Western District of Missouri
Kansas City
Fri Aug  6 13:20:33 CDT 2021

SG McIntosh, LLC
10005 N. Marsh Ave.
Kansas City, MO 64157-7625

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Acme Company
64 Beaver Street Suite #344
New York NY 10004-2508

Block and Company, Inc.
605 W. 47Th St. Suite 100
Attn:  Rob Ebstein
Kansas City MO 64112-1905

City of Kansas City
City Hall, 2nd floor
414 E. 12th St.
Attn: Revenue Division
Kansas City MO 64106-2702

Corporation Service Company
801 Adlai Stevenson Dr
Springfield IL 62703-4261

Elevate Funding LLC
5200 NW 43rd Street Suite 102-134
Attn:  Parker Smith
Gainesville FL 32606-4484

Evergy
PO Box 219703
Kansas City MO 64121-9703

Infusion Capital LLC
420 Celebration Blvd Ste 303
Attn:  Ryan McMillan
Celebration FL 34747-0000

Internal Revenue Service
PO Box Box 7346
Philadelphia PA 19101-7346

Law Offices of Michael S. Shipley, LLC
204A East Kansas
Liberty MO 64068-2344

Mantis Funding
225 Clematis Street
Attn:  Kathleen FInk
West Palm Beach FL 33401-5564

McFarland Fitness LLC
9615 NE 98th St.
fka 9Round Kansas City, LLC
Attn:  Melissa McFarland
Kansas City MO 64157-9714

McFarland Fitness, LLC
9615 NE 98th Street
Kansas City MO 64157-9714

McFarland Fitness, LLC
9758 N Ash Ave
Kansas City MO 64157-9742

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

New Mark Delaware LLC c/o
McNeilePappas PC
14701 E. 42nd St.
Independence MO 64055-4746

Scott McIntosh
10005 N Marsh Ave
Kansas City MO 64157-7625

Spectrum
6921 West 119th St
Overland Park KS 66209-2015

Spire Gas
700 Market
Saint Louis MO 63101-1829

Star Development
244 W. Mill St., Ste 101
Attn:  Sheryl Giambalvo
Liberty MO 64068-2398

US Small Business Administration
10737 Gateway West #300
El Paso TX 79935-4910

US Small Business Administration
409 3rd Street SW
Office of the General Counsel
Washington DC 20416-0011

United States Attorney
400 East 9th Street
Room 5510
Attn:  Civil Process
Kansas City MO 64106-2637

United States Attorney General
950 Pennsylvania Avenue, NW
US Dept. of Justice
Washington DC 20530-0001

Verizon Wireless/Southeast
P.O. BOX 26055
NAT'L RECOVERY DEPT M.S. 400
Minneapolis MN 55426-0055

Yes Lender LLC
1150 1st Avenue, Suite 105
Attn:  Lauren Rex
King of Prussia PA 19406-1350

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Scott McIntosh | (d)Scott McIntosh | End of Label Matrix |
| 10005 N Marsh Ave. | 10005 N Marsh Ave. | Mailable recipients    28 |
| Kansas City MO 64157-7625 | Kansas City MO 64157-7625 | Bypassed recipients     2 |
| | | Total                  30 |