**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11  **12/17**

Month: _____ 2021

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name  _____     Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?   ❑   ❑   ❑

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑   ❑   ❑

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C.*

Report the total from *Exhibit C* here.   $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.   **–** $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.   **+** $ _____
This amount may be different from what you may have calculated as *net profit.*

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   **=** $ _____

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**   $ _____

  *(Exhibit E)*

Debtor Name _____     Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $ _____

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                   _____

27. What is the number of employees as of the date of this monthly report?                      _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____

30. How much have you paid this month in other professional fees?     $ _____

31. How much have you paid in total other professional fees since filing the case?     $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. |  | Column B<br>**Actual**<br>Copy lines 20-22 of this report. |  | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ _____

36. Total projected cash disbursements for the next month:     - $ _____

37. Total projected net cash flow for the next month:     = $ _____

Debtor Name _____          Case number_____

| | **8. Additional Information** |

If available, check the box to the left and attach copies of the following documents.

❏   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏   39.   Bank reconciliation reports for each account.

❏   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏   41.   Budget, projection, or forecast reports.

❏   42.   Project, job costing, or work-in-progress reports.

## Exhibit A

DIP accounts are setup and most money transferred to Axos on 10/21/21

Closing accounts at US Bank will be done by 11/15/21

I am not aware of any payments I need to make to the U.S. Trustee or Bankruptcy Administrator yet.

# Exhibit B

Until I get all money transferred and ensure all automatic payments are stopped, I will keep these accounts open.

I have sold some equipment from the 9Round on N Ash Ave.  List has been supplied

I was paying all bills except for my lease payments

# Exhibit C

| Date | Name | Memo/Description | Amount |
|---|---|---|---|
| 10/08/2021 | Clubready | Electronic Deposit 10/08 Clubready | 663.95 |
| 10/13/2021 | Clubready | Electronic Deposit 10/13 Clubready | 1220.21 |
| 10/15/2021 | Clubready | Electronic Deposit 10/15 Clubready | 1456.17 |
| 10/19/2021 | Clubready | Electronic Deposit 10/19 Clubready | 1399.18 |
| 10/22/2021 | Clubready | Electronic Deposit 10/22 Clubready | 971.75 |
| 10/26/2021 | Clubready | Electronic Deposit 10/26 Clubready | 1099.39 |
| **Total** | | | **6810.65** |

# Exhibit D

| Date | Name | Description | Amount |
|---|---|---|---|
| | | | |
| 10/04/2021 | Yelp Inc | Recurring Debit Purchase 10/01 Card 1030yelpinc*855 380 Www.yelp.comca | $ 762.49 |
| 10/08/2021 | Cintas Corporation | Electronic Withdrawal Cintascorporatio | $ 67.58 |
| 10/13/2021 | Perkville | Debit Purchase -visa 10/12 Card 1030prk*perkville In415-7234318 Ca | $ 168.00 |
| 10/13/2021 | US Bank | Online Ext Tfr Withdrawal Steabk Ck Webxfr | $ 10.00 |
| 10/15/2021 | US Bank | Analysis Service Charge | $ 33.00 |
| 10/27/2021 | US Bank | Online Ext Tfr Withdrawal Steabk Ck Webxfr | $ 10.00 |
| 10/04/2021 | Guidant Financial | Debit Purchase -visa 10/01 Card 1030guidant Financia888-4724455 Id | $ 139.00 |
| 10/19/2021 | Mcnair & Associates | Electronic Withdrawal Mcnair & Associa | $ 399.00 |
| 10/05/2021 | Spotify | Recurring Debit Purchase 10/04 Card 1030spotify 877-778-1161ny | $ 15.99 |
| 10/08/2021 | When I Work | Recurring Debit Purchase 10/06 Card 1030wheniwork.com Wheniwork.comn | $ 62.32 |
| 10/26/2021 | Spotify | Recurring Debit Purchase 10/24 Card 1030spotify Usa 877-7781161 Ny | $ 9.99 |
| 10/12/2021 | AP Intego | Electronic Withdrawal Apintego | $ 29.58 |
| 10/26/2021 | AP Intego | Electronic Withdrawal 10/25 Apintego | $ 22.54 |
| 10/04/2021 | Gusto | Electronic Withdrawal Gusto | $ 189.00 |
| 10/13/2021 | | Employer Taxes | $ 262.76 |
| 10/27/2021 | | Employer Taxes | $ 313.74 |
| 10/13/2021 | | Regular Wages | $ 2,477.68 |
| 10/27/2021 | | Regular Wages | $ 2,959.06 |
| 10/01/2021 | Zipwhip | Debit Purchase -visa 09/30 Card 1030zipwhip 855-947-9447wa | $ 99.00 |
| 10/04/2021 | EVERGY MO WES | Web Authorized Pmt Evergy Mo West | $ 426.98 |
| 10/13/2021 | Zipwhip | Debit Purchase -visa 10/12 Card 1030zipwhip 855-947-9447wa | $ 99.00 |
| 10/18/2021 | Ted's Trash Service | Debit Purchase -visa 10/15 Card 1030teds Trash Servi816-2521594 Mo | $ 80.00 |
| 10/28/2021 | Spire | Debit Purchase -visa 10/27 Card 1030spire Bill Pay 800-582-1234mo | $ 41.92 |
| **Total** | | | **$ 8,678.63** |

# Exhibit F

| Name | Invoice ID | Payment | Days | Desc | Amount | City | State | ZIP | Cell |
|---|---|---|---|---|---|---|---|---|---|
| Anna King | 181318192 | 8/1/2021 | 106 | Late Fee For Invoice 162978208 | $20.00 | Liberty | MO | 64068 | (816) 872-2510 |
| Misty Nguyen | 180029999 | 9/15/2021 | 61 | 12 Month Term | $79.00 | Kansas city | MO | 64157 | (720) 301-6505 |
| Matt Harvey | 180030627 | 9/15/2021 | 61 | 12 Month Term | $67.15 | Kansas City | MO | 64157 | (720) 837-6868 |
| Anna King | 162978209 | 9/17/2021 | 59 | 12 Month Term | $59.00 | Liberty | MO | 64068 | (816) 872-2510 |
| Shivohn Cambiano | 182847655 | 9/22/2021 | 54 | 3 Month term into M2M | $55.00 | Kansas City | MO | 64155 | (816) 547-5501 |
| Misty Nguyen | 185792938 | 9/30/2021 | 46 | Late Fee For Invoice 180029999 | $20.00 | Kansas city | MO | 64157 | (720) 301-6505 |
| Matt Harvey | 185792939 | 9/30/2021 | 46 | Late Fee For Invoice 180030627 | $20.00 | Kansas City | MO | 64157 | (720) 837-6868 |
| Anna King | 186026493 | 10/2/2021 | 44 | Late Fee For Invoice 162978209 | $20.00 | Liberty | MO | 64068 | (816) 872-2510 |
| Madison Allshouse | 183968415 | 10/5/2021 | 41 | 12 Month Term | $67.15 | Liberty | MO | 64068 | (714) 470-2847 |
| Shivohn Cambiano | 186376614 | 10/7/2021 | 39 | Late Fee For Invoice 182847655 | $20.00 | Kansas City | MO | 64155 | (816) 547-5501 |
| Misty Nguyen | 180030000 | 10/15/2021 | 31 | 12 Month Term | $79.00 | Kansas city | MO | 64157 | (720) 301-6505 |
| Matt Harvey | 180030628 | 10/15/2021 | 31 | 12 Month Term | $67.15 | Kansas City | MO | 64157 | (720) 837-6868 |
| Anna King | 162978210 | 10/17/2021 | 29 | 12 Month Term | $59.00 | Liberty | MO | 64068 | (816) 872-2510 |
| Madison Allshouse | 187303141 | 10/20/2021 | 26 | Late Fee For Invoice 183968415 | $20.00 | Liberty | MO | 64068 | (714) 470-2847 |
| Shivohn Cambiano | 185200787 | 10/22/2021 | 24 | 3 Month term into M2M | $55.00 | Kansas City | MO | 64155 | (816) 547-5501 |
| Misty Nguyen | 188047228 | 10/30/2021 | 16 | Late Fee For Invoice 180030000 | $20.00 | Kansas city | MO | 64157 | (720) 301-6505 |
| Matt Harvey | 188047229 | 10/30/2021 | 16 | Late Fee For Invoice 180030628 | $20.00 | Kansas City | MO | 64157 | (720) 837-6868 |



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786      IMG              S          Y      ST01

Account Number:

7212

Statement Period:

Oct 1, 2021
through
Oct 31, 2021

Page 1 of 2



000163325 01  SP      000638988144146 E

SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                        ***To Contact U.S. Bank***

***24-Hour Business***
***Solutions:***                                    *1-800-673-3555*

***U.S. Bank accepts Relay Calls***
***Internet:***                                      *usbank.com*

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## SILVER BUSINESS CHECKING                                        *Member FDIC*

U.S. Bank National Association                                  **Account Number** ■■■■ 7212

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Oct 1 |  | $ | 487.23 |
| Other Deposits | 2 |  | 2,950.00 |
| Other Withdrawals | 7 |  | 3,259.77- |
| **Ending Balance on  Oct 31, 2021** |  | $ | **177.46** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Oct  13 | Internet Banking Transfer | From Account ■■■■3082 |  | $ | 2,750.00 |
| Oct  25 | Internet Banking Transfer | From Account 1■■■■3082 |  |  | 200.00 |
|  |  | **Total Other Deposits** |  | $ | **2,950.00** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Oct  4 | Electronic Withdrawal<br>REF=212770140654610N00 | To GUSTO<br>2453942850FEE 6437636semjqfe036 |  | $ | 189.00- |
| Oct  12 | Electronic Withdrawal<br>REF=212850051640740N00 | To APIntego<br>1200708459ACHTRANS  84357227 |  |  | 29.58- |
| Oct  14 | Electronic Withdrawal<br>REF=212870076297850N00 | To GUSTO<br>1453942850TAX 7842166semjqh40ie |  |  | 484.39- |
| Oct  14 | Electronic Withdrawal<br>REF=212870076297790N00 | To GUSTO<br>1453942850NET 7838356semjqh40dv |  |  | 2,256.05- |
| Oct  15 | Analysis Service Charge |  | 1500000000 |  | 33.00- |
| Oct  21 | Mobile Banking Transfer | To Account 145574953082 |  |  | 245.21- |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.         $_____

5. Total lines 3 and 4.                                                                               $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.                                     $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC

 Case 21-40986-btf11 Doc 48 Filed 11/15/21 Entered 11/15/21 10:32:34 Desc Main Document Page 12 of 23

**Business Statement**

Account Number:
7212

Statement Period:
Oct 1, 2021
through
Oct 31, 2021

Page 2 of 2



## SILVER BUSINESS CHECKING  (CONTINUED)

U.S. Bank National Association — **Account Number 1-455-7473-7212**

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Oct 25 | Electronic Withdrawal    To APIntego | | 22.54- |
|        | REF=212980087531740N00       1200708459ACHTRANS  84859493 | | |
| | | **Total Other Withdrawals** | **$       3,259.77-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Oct  4 | 298.23 | Oct 14 | 278.21 | Oct 21 | 0.00 |
| Oct 12 | 268.65 | Oct 15 | 245.21 | Oct 25 | 177.46 |
| Oct 13 | 3,018.65 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**U.S. bank**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786     MG           S          Y    ST01

**Business Statement**

Account Number:

3082

Statement Period:

Oct 1, 2021
through
Oct 31, 2021

Page 1 of 2



000136968 01  SP       000638988117789 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                          *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                                  *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                   *usbank.com*

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We've recently uncovered a system issue that may affect your account. If you are currently receiving a truncated paper statement for which there is a $5 fee per statement cycle, a system error has prevented that fee from being applied to your account. This notice is to inform you that we will be reinstituting the fee going forward beginning with your November 2021 statement.

Please note that this fee can be easily avoided by signing up for e-statements at usbank.com/paperless. E-statements are more secure and arrive faster than paper statements.

If you have any questions about this or need assistance signing up for e-statements, our business bankers are here to help at U.S. Bank 24-hour Banking at 800-673-3555. We accept relay calls.

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## U.S. BANK SILVER - BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** -3082

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Oct 1 | | $ | 1,843.82 | Number of Days in Statement Period | 31 |
| Other Deposits | 11 | | 9,697.46 | | |
| Other Withdrawals | 6 | | 10,330.14- | | |
| **Ending Balance on Oct 31, 2021** | | $ | **1,211.14** | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct  1 | Electronic Deposit<br>REF=212730160195510N00 | From CLUBREADY<br>4464545600REMIT 341434146_2590N | | $ 1,355.28 |
| Oct  5 | Electronic Deposit<br>REF=212770238068850N00 | From CLUBREADY<br>4464545600REMIT 341734173_2590N | | 216.90 |
| Oct  5 | Electronic Deposit<br>REF=212770238115250N00 | From CLUBREADY<br>4464545600REMIT 341934191_2590N | | 944.98 |
| Oct  8 | Electronic Deposit<br>REF=212800169726730N00 | From CLUBREADY<br>4464545600REMIT 342434247_2590N | | 663.95 |
| Oct 13 | Electronic Deposit<br>REF=212850204914540N00 | From CLUBREADY<br>4464545600REMIT 343034301_2590N | | 1,220.21 |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
**LENDER**

Member FDIC



Case 21-40986-btf11    Doc 48    Filed 11/15/21    Entered 11/15/21 10:32:34    Desc Main
Document    Page 16 of 23



**Business Statement**

Account Number:
■■■■ 3082

Statement Period:
Oct 1, 2021
through
Oct 31, 2021

Page 2 of 2

## U.S. BANK SILVER - BUSINESS CHECKING          (CONTINUED)

U.S. Bank National Association          **Account Number** ■■■■ -3082

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 15 | Electronic Deposit REF=212870149345730N00 | From CLUBREADY 4464545600REMIT 343534358_2590N | | 1,456.17 |
| Oct 19 | Electronic Deposit REF=212910178463170N00 | From CLUBREADY 4464545600REMIT 343834387_2590N | | 1,399.18 |
| Oct 21 | Mobile Banking Transfer | From Account 145574953090 | | 124.44 |
| Oct 21 | Mobile Banking Transfer | From Account 145574737212 | | 245.21 |
| Oct 22 | Electronic Deposit REF=212940079655630N00 | From CLUBREADY 4464545600REMIT 344534458_2590N | | 971.75 |
| Oct 26 | Electronic Deposit REF=212980188581510N00 | From CLUBREADY 4464545600REMIT 344834488_2590N | | 1,099.39 |
| | | **Total Other Deposits** | **$** | **9,697.46** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 4 | Mobile Banking Transfer | To Account ■■■ 3090 | $ | 1,000.00- |
| Oct 13 | Internet Banking Transfer | To Account ■■■ 7212 | | 2,750.00- |
| Oct 19 | Electronic Withdrawal REF=212910197149980N00 | To MCNAIR & ASSOCIA 1833356958PAYMENT  163454881219 | | 399.00- |
| Oct 21 | Wire Debit REF003919 BNF=SCOTT MCINTOSH 10005 | AXOS BANK SAN DIEG  211021039288 N MARSH AVE KANSAS CIT | | 5,281.14- |
| Oct 22 | Internet Banking Transfer | To Account ■■■ 3090 | | 700.00- |
| Oct 25 | Internet Banking Transfer | To Account ■■■ 7212 | | 200.00- |
| | | **Total Other Withdrawals** | **$** | **10,330.14-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 1 | 3,199.10 | Oct 13 | 2,495.14 | Oct 22 | 311.75 |
| Oct 4 | 2,199.10 | Oct 15 | 3,951.31 | Oct 25 | 111.75 |
| Oct 5 | 3,360.98 | Oct 19 | 4,951.49 | Oct 26 | 1,211.14 |
| Oct 8 | 4,024.93 | Oct 21 | 40.00 | | |

Balances only appear for days reflecting change.

This page intentionally left blank

 **us bank**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

| 6786 | MG | | S | Y | ST01 |

# Business Statement

Account Number:

████ 3090

**Statement Period:**

Oct 1, 2021
through
Oct 31, 2021

Page 1 of 2



ᚤᚤᛁ|ᛁᛁᚤᛁᚤᛁᚤᚤᛁᛁᚤᛁ|ᛁᚤᛁᛁᚤᛁᛁᚤᛁᛁᛁᛁᛁᛁᛁᚤᛁᛁᚤᛁ
000150221 01  SP       0006389888131042 S
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                    ***To Contact U.S. Bank***

***24-Hour Business
Solutions:***                                    *1-800-673-3555*

***U.S. Bank accepts Relay Calls***
***Internet:***                                    *usbank.com*

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We've recently uncovered a system issue that may affect your account. If you are currently receiving a truncated paper statement for which there is a $5 fee per statement cycle, a system error has prevented that fee from being applied to your account. This notice is to inform you that we will be reinstituting the fee going forward beginning with your November 2021 statement.

Please note that this fee can be easily avoided by signing up for e-statements at usbank.com/paperless. E-statements are more secure and arrive faster than paper statements.

If you have any questions about this or need assistance signing up for e-statements, our business bankers are here to help at U.S. Bank 24-hour Banking at 800-673-3555. We accept relay calls.

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## U.S. BANK SILVER - BUSINESS CHECKING                     *Member FDIC*

U.S. Bank National Association                     **Account Number** ████ -3090

### Account Summary

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Oct 1 | | $ | 1,030.98 | Number of Days in Statement Period    31 |
| Other Deposits | 3 | | 1,723.82 | |
| Card Withdrawals | 10 | | 1,477.71- | |
| Other Withdrawals | 5 | | 639.00- | |
| **Ending Balance on  Oct 31, 2021** | | $ | **638.09** | |

### Other Deposits

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Oct   4 | Mobile Banking Transfer | From Account ████53082 | | | $ | 1,000.00 |
| Oct  21 | Mobile Banking Transfer | From Account 1██4884 | | | | 23.82 |
| Oct  22 | Internet Banking Transfer | From Account ███3082 | | | | 700.00 |
| | | | | **Total Other Deposits** | $ | **1,723.82** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.         $_____

5. Total lines 3 and 4.                                         $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.                   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC



**SG MCINTOSH LLC**
100 NE 91ST ST BLVD
KANSAS CITY, MO 64157-7625

**Business Statement**

Account Number:
3090

Statement Period:
Oct 1, 2021
through
Oct 31, 2021

Page 2 of 2



# U.S. BANK SILVER - BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                         Account Number ▆▆▆▆▆▆-3090

## Card Withdrawals

Card Number: xxxx-xxxx-xxxx-1030

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct 1 | Debit Purchase - VISA<br>ZIPWHIP<br>*************1030 | On 100121 855-947-9447 WA<br>REF # 24692161274100142793298 | 4100142793 | $ | 99.00- |
| Oct 4 | Debit Purchase - VISA<br>GUIDANT FINANCIA<br>*************1030 | On 100221 888-4724455 ID<br>REF # 24121571275000275027136 | 5000275027 | | 139.00- |
| Oct 4 | Recurring Debit Purchase<br>YELPINC*855 380<br>*************1030 | On 100121 WWW.YELP.COM CA<br>REF # 24011341275000005743 US1 | 5000005743 | | 762.49- |
| Oct 5 | Recurring Debit Purchase<br>SPOTIFY<br>*************1030 | On 100421 877-778-1161 NY<br>REF # 24492151277719537202 US1 | 7719537202 | | 15.99- |
| Oct 7 | Recurring Debit Purchase<br>WHENIWORK.COM<br>*************1030 | On 100621 WHENIWORK.CO MN<br>REF # 24011341279000034370 US1 | 9000034370 | | 62.32- |
| Oct 13 | Debit Purchase - VISA<br>ZIPWHIP<br>*************1030 | On 101321 855-947-9447 WA<br>REF # 24692161286100382017149 | 6100382017 | | 99.00- |
| Oct 13 | Debit Purchase - VISA<br>PRK*PERKVILLE IN<br>*************1030 | On 101221 415-7234318 CA<br>REF # 24906411285132098460596 | 5132098460 | | 168.00- |
| Oct 18 | Debit Purchase - VISA<br>TEDS TRASH SERVI<br>*************1030 | On 101521 816-2521594 MO<br>REF # 24755421289132891240689 | 9132891240 | | 80.00- |
| Oct 25 | Recurring Debit Purchase<br>Spotify USA<br>*************1030 | On 102421 877-7781161 NY<br>REF # 24204291297004777865 US1 | 7004777865 | | 9.99- |
| Oct 28 | Debit Purchase - VISA<br>SPIRE BILL PAY<br>*************1030 | On 102821 800-582-1234 MO<br>REF # 24692161301100970674690 | 1100970674 | | 41.92- |

|  | **Card 1030 Withdrawals Subtotal** | $ | 1,477.71- |
|---|---|---|---|
|  | **Total Card Withdrawals** | $ | 1,477.71- |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct 4 | Electronic Withdrawal<br>REF=212740040945870N00 | To EVERGY MO WEST<br>1440541877AUTOPAY   317251752468 | | $ | 426.98- |
| Oct 8 | Electronic Withdrawal<br>REF=212800125351390N00 | To CINTASCORPORATIO<br>1311188630DE001    1000915723 | | | 67.58- |
| Oct 13 | Ext TFR Withdrawal<br>REF=212850216975470N00 | STEABK CK WEBXFR<br>3770527921 EXT TRNSFR  3972281923 | | | 10.00- |
| Oct 21 | Mobile Banking Transfer | To Account 145574953082 | | | 124.44- |
| Oct 27 | Ext TFR Withdrawal<br>REF=212990099562850N00 | STEABK CK WEBXFR<br>3770527921 EXT TRNSFR  4030763735 | | | 10.00- |

|  | **Total Other Withdrawals** | $ | 639.00- |
|---|---|---|---|

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 1 | 931.98 | Oct 8 | 457.62 | Oct 22 | 700.00 |
| Oct 4 | 603.51 | Oct 13 | 180.62 | Oct 25 | 690.01 |
| Oct 5 | 587.52 | Oct 18 | 100.62 | Oct 27 | 680.01 |
| Oct 7 | 525.20 | Oct 21 | 0.00 | Oct 28 | 638.09 |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

Account Number:

4884

Statement Period:

Oct 1, 2021

through

Oct 31, 2021

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786          MG                     S               Y        ST01



000123709 01  SP        000638988104530 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                         *To Contact U.S. Bank*

*24-Hour Business*
*Solutions:*                                  *1-800-673-3555*

*U.S. Bank accepts Relay Calls*
*Internet:*                                   *usbank.com*

## INFORMATION YOU SHOULD KNOW

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## PREMIUM BUSINESS CHECKING                                        *Member FDIC*

U.S. Bank National Association                                    **Account Number        -4884**

### Account Summary

|                                  | # Items |    |        |
|----------------------------------|---------|----|--------|
| Beginning Balance on Oct 1       |         | $  | 23.82  |
| Other Withdrawals                | 1       |    | 23.82- |
| **Ending Balance on  Oct 31, 2021** |      | **$** | **0.00** |

### Other Withdrawals

| Date | Description of Transaction |              |      | Ref Number |    | Amount |
|------|----------------------------|--------------|------|------------|----|--------|
| Oct  21 | Mobile Banking Transfer | To Account | 3090 |            | $  | 23.82- |
|      |                            |              | **Total Other Withdrawals** |  | **$** | **23.82-** |

### Balance Summary

| Date | Ending Balance |
|------|----------------|
| Oct  21 | 0.00 |

Balances only appear for days reflecting change.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC