B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Missouri

In re **SG McIntosh LLC**
_____
Debtor(s)

Case No. **21-40986**
Chapter **11**

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept $ **$300 per hour for attorney time; $125 per hour for paralegal/law clerk time not in the nature of clerical work. See FN 1 Below.**

Prior to the filing of this statement I have received $ **$8,935.50 including payments on 1/6/2021 ($1000); 2/5/2021 (997.50) and 6/26/2021 ($200) for pre-bankruptcy loan negotiation work. See FN 2 Below.**

Balance Due $ **Unknown. No amount owed on date of filing. All subsequent fees subject to court approval.**

2. The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    Scott McIntosh

3. The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

**FN 1. The attorney has agreed to charge the rate of $300 for his time, in addition to certain other costs borne by his firm as is set out in the application to employ on docket and subsequent amendments thereto.**

**FN 2. As is set out in detail in the application to employ and amendments thereto , prior to the filing of the case, counsel received $1000 on 1/6/2021; $997.50 on 2/5/2021, $200 on 6/26/2021, and $6,738 paid on 8/4/2021. The**

In re  **SG McIntosh LLC**                                            Case No. _____
_____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**$1,000, the $997.50, and the $200 payments were all earned and applied pre-petition.  From the $6,738 paid on 8/4,2021, Counsel earned and withdrew from trust $3,617.66 and also used this fund to pay the debtor's $1,738 filing fee.  The remainder of the retainer ($1,382.34) has stayed in the Debtor's client trust account.**


6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 30, 2021**                                  **/s/ Ryan A. Blay**
_____              _____
*Date*                                               **Ryan A. Blay**
                                                     *Signature of Attorney*
                                                     **WM Law**
                                                     **15095 West 116th St.**
                                                     **Olathe, KS 66062**
                                                     **913-422-0909  Fax: 913-428-8549**
                                                     **blay@wagonergroup.com**
                                                     *Name of law firm*

---