**Fill in this information to identify the case:**

Debtor Name  SG McIntosh LLC

United States Bankruptcy Court for the: _____ District of _____

Case number: 21-40986

❏ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11   12/17

Month:  November

Date report filed: 01/13/2022
MM / DD / YYYY

Line of business: Fitness

NAISC code: 9063

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Respons ble party:  SG McIntosh LLC

Original signature of responsible party

Printed name of responsible party  Scott T McIntosh

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ☑ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

Debtor Name  SG McIntosh LLC                                    Case number  21-40986

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☐  ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                    $  1,706.81

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                    $  11,307.12

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                    − $  13,402.28

Report the total from *Exhibit D* here.

22. **Net cash flow**                                    + $  -2,095.16

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**                    = $  -388.35

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                    $ _____
     *(Exhibit E)*

Debtor Name SG McIntosh LLC     Case number 21-40986

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____

       *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     24
27. What is the number of employees as of the date of this monthly report?     27

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ 0.00
30. How much have you paid this month in other professional fees?     $ 0.00
31. How much have you paid in total other professional fees since filing the case?     $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 10,000.00 | — | $ 11,307.12 | = | $ -1,307.12 |
| 33. **Cash disbursements** | $ 9,200.00 | — | $ 13,402.28 | = | $ -4,202.28 |
| 34. **Net cash flow** | $ 800.00 | — | $ -2,095.16 | = | $ 2,518.16 |

35. Total projected cash receipts for the next month:     $ 11,000.00
36. Total projected cash disbursements for the next month:     - $ 11,000.00
37. Total projected net cash flow for the next month:     = $ 0.00

Debtor Name  SG McIntosh LLC                                    Case number 21-40986

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Print**          **Save As...**          **Reset**

## Exhibit C

| Date | Transaction | Account | Amount |
|---|---|---|---|
| 11/02/2021 | Deposit | Axos AR 2997 | 1254.67 |
| 11/05/2021 | Deposit | Axos AR 2997 | 835 |
| 11/09/2021 | Deposit | Axos AR 2997 | 1414.11 |
| 11/15/2021 | Deposit | Axos AR 2997 | 631.75 |
| 11/16/2021 | Deposit | Axos AR 2997 | 1133.35 |
| 11/19/2021 | Deposit | Axos AR 2997 | 1206.19 |
| 11/23/2021 | Deposit | Axos AR 2997 | 1172.8 |
| 11/29/2021 | Deposit | Axos AR 2997 | 852.18 |
| 11/30/2021 | Deposit | Axos AR 2997 | 300 |
| 11/30/2021 | Deposit | Axos AR 2997 | 1358.56 |
| 11/30/2021 | Journal Entry | -Split- | 1148.51 |
| | | | |

**Exhibit D**

| Date | Name | Description | Amount | |
|---|---|---|---|---|
| 11/18/2021 | Perkville | POS Sig-based Transaction | $ | 168.00 |
| 11/15/2021 | US Bank | Analysis Service Charge | $ | 98.95 |
| 11/16/2021 | US Bank | Overdraft Returned Fee Refund | $ | (36.00) |
| 11/16/2021 | US Bank | Overdraft Returned Fee | $ | 36.00 |
| 11/16/2021 | US Bank | Overdraft Paid Fee Refund | $ | (36.00) |
| 11/18/2021 | US Bank | Overdraft Returned Fee | $ | 36.00 |
| 11/03/2021 | Megan Price | Inclearing Check 797809111013680 1002 | $ | 428.99 |
| 11/04/2021 | Megan Price | Return Item Credit 1002 | $ | (428.99) |
| 11/08/2021 | Megan Price | Inclearing Check 798309111011770 1002 | $ | 428.99 |
| 11/01/2021 | ROCKBOT, INC | Recurring Debit Card | $ | 79.90 |
| 11/12/2021 | ROCKBOT, INC | Recurring Debit Card | $ | 39.95 |
| 11/30/2021 | | corporate fee | $ | 80.00 |
| 11/30/2021 | | franchise fee | $ | 449.00 |
| 11/30/2021 | | heartrate monitor fee | $ | 139.00 |
| 11/30/2021 | | other fees | $ | 95.16 |
| 11/30/2021 | | software fee | $ | 149.00 |
| 11/30/2021 | | remit statement monthly fee | $ | 9.95 |
| 11/30/2021 | | insurance fee | $ | 118.00 |
| 11/30/2021 | | collection fees | $ | - |
| 11/30/2021 | | advertising fee | $ | 75.00 |
| 11/30/2021 | | corporate email | $ | 2.00 |
| 11/30/2021 | The Hartford | ACH Debit NTCLBIIVRC THE HARTFORD CCD 051000014840700 SG MCINTOSH LLC INDI | $ | 207.00 |
| 11/03/2021 | Guidant Financial | Debit Purchase -visa 11/01 Card 1030guidant Financia888-4724455 Id | $ | 139.00 |
| 11/24/2021 | Mcnair & Associates | ACH Debit PAYMENT  MCNAIR & ASSOCIA CCD 091408595995464 SG MCINTOSH, L | $ | 399.00 |
| 11/30/2021 | | credit card fees | $ | 31.40 |
| 11/09/2021 | When I Work | Recurring Debit Card - DDA DBT CRD 0746 11/08/21 95882223 WHENIWORK.COM WHENIWORK.COM MN C# | $ | 62.32 |
| 11/24/2021 | Spotify | POS Sig-based Transaction DBT CRD 0805 11/23/21 07294363 SPOTIFY 8777781161  NY C#5472 | $ | 9.99 |
| 11/08/2021 | AP Intego | ACH Debit ACHTRANS  APIntego CCD 091408595804400 SG McIntosh, LLC DBA 9 IN | $ | 37.13 |
| 11/22/2021 | AP Intego | ACH Debit ACHTRANS  APIntego CCD 091408592017531 SG McIntosh, LLC DBA 9 IN | $ | 34.79 |
| 11/03/2021 | Gusto | ACH Debit FEE 322107 GUSTO CCD 121140397461147 SG McIntosh, LLC INDIVIDUAL | $ | 207.00 |
| 11/04/2021 | Gusto | Return Item Credit INDIVIDUAL ID #6semjqkkft2 | $ | (207.00) |
| 11/08/2021 | Gusto | ACH Debit FEE 425968 GUSTO CCD 121140391851918 SG McIntosh, LLC INDIVIDUAL | $ | 207.00 |
| 11/01/2021 | | Employer Taxes | $ | 41.20 |
| 11/09/2021 | | Employer Taxes | $ | 326.44 |
| 11/23/2021 | | Employer Taxes | $ | 318.45 |

| 11/01/2021 | | Regular Wages | $ | 387.79 |
|---|---|---|---|---|
| 11/09/2021 | | Regular Wages | $ | 3,089.57 |
| 11/23/2021 | | Regular Wages | $ | 3,058.10 |
| 11/01/2021 | Block & Company, In | Inclearing Check 797609111006130 1002 | $ | 2,664.19 |
| 11/02/2021 | Block & Company, In | Return Item Credit 1002 | $ | (2,664.19) |
| 11/17/2021 | Block & Company, In | Inclearing Check 799209111027470 1003 | $ | 2,627.33 |
| 11/02/2021 | Zipwhip | Debit Purchase | $ | 99.00 |
| 11/03/2021 | EVERGY MO WES | Web Authorized Pmt Evergy Mo West | $ | 175.90 |
| 11/04/2021 | Spectrum | Recurring Debit Purchase | $ | 137.97 |
| 11/16/2021 | Teds Trash | POS Sig-based Transaction DBT CRD | $ | 80.00 |
| **Total** | | | **$** | **13,402.28** |



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786     MG                S           Y      ST01

Account Number:
_____7212

Statement Period:
Nov 1, 2021
through
Nov 30, 2021



Page 1 of 2

000190575 01  SP      000638018350889 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                              ***To Contact U.S. Bank***

**24-Hour Business
Solutions:**                                       *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                          *usbank.com*

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2022.**
You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2021.
Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this
information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to
commercialsupport@usbank.com.

Access Code: 2D-B9F6-3E9B-4BEF

---

Thank you for choosing U.S. Bank. We would like to inform you of upcoming changes that may impact your account. The chart
below lists account modifications that go into effect beginning January 3, 2022.

***The main updates to note:***

| Current | New (as of January 3, 2022) |
|---|---|
| All Checking Account Types | All Checking Account Types |
| Coin and Currency Orders | Coin and Currency Orders |
| $0.85 - $1.55 | $0.85 |
| Wire Transfers | Wire Transfers |
| Monthly Maintenance Fee - $7.50 | Monthly Maintenance Fee - $8 00 |
| Wire Adv ce (Fax) - $8.00 | Wire Advice (Fax) - $10.00 |
| Wire Advice (Phone) - $22.00 | Wire Advice (Phone) - $25.00 |
| Wire Advice (Mail) - $10.00 | Wire Advice (Mail) - $12.00 |
| Incoming Domestic Wires &Transfers - $11 00 - $14.00 | Incoming Domestic Wires &Transfers - $14.00 |
| Incoming International Wires - $15 00 - $16.00 | Incoming International Wires - $16.00 |
| Basic Savings and Preferred Money Market | Basic Savings and Preferred Money Market |
| Monthly Deposited Items | Monthly Deposited Items |
| Fees per unit - $0.15 to $0.50 | Fees per unit - $0.50 |
| Unit quantities - 25 to 100 | Unit quantity - 40 |

There may be other changes which could affect your account. Please refer to the *Business Pricing Information disclosure* for the
most accurate pricing. This will be available after January 3, 2022 at your local branch, on usbank.com or call us at 877-593-1102

 **usbank**

Case 21-10966-btf11   Doc 74   Filed 01/14/22   Entered 01/14/22 18:10:00   Desc Main
Document      Page 9 of 38

**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


**EQUAL HOUSING LENDER**

Member FDIC

 **us bank**

**Business Statement**

Account Number:

■■■■■ 7212

Statement Period:

Nov 1, 2021

through

Nov 30, 2021

Page 2 of 2



---

## INFORMATION YOU SHOULD KNOW                              (CONTINUED)

to request a copy. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls.

---

## SILVER BUSINESS CHECKING                               *Member FDIC*

U.S. Bank National Association                    **Account Number** ■■■■■■-7212

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Nov 1 | | $ | 177.46 |
| Other Deposits | 1 | | 36.00 |
| Other Withdrawals | 2 | | 276.41- |
| **Ending Balance on Nov 30, 2021** | | **$** | **62.95-** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 16 | Overdraft Paid Fee | Refund | | $ | 36.00 |
| | **Total Other Deposits** | | | **$** | **36.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 4 | Mobile Banking Transfer | To Account ■■■3082 | | $ | 177.46- |
| Nov 15 | Analysis Service Charge | | 1500000000 | | 98.95- |
| | **Total Other Withdrawals** | | | **$** | **276.41-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 4 | 0.00 | Nov 15 | 98.95- | Nov 16 | 62.95- |

Balances only appear for days reflecting change.

This page intentionally left blank

Case 21-10969-btf11    Doc 74    Filed 01/14/22    Entered 01/14/22 18:10:00    Desc Main
Document       Page 11 of 38



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786      MG                    S              Y        ST01

Account Number:

████████ 3082

**Statement Period:**

Nov 1, 2021
through
Nov 30, 2021

Page 1 of 2

000018040 01  SP      000638018178354 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625



**To Contact U.S. Bank**

**24-Hour Business
Solutions:**                                    **1-800-673-3555**

**U.S. Bank accepts Relay Calls**
**Internet:**                                        *usbank.com*

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



---

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We've recently uncovered a system issue that may affect your account. If you are currently receiving a truncated paper statement for which there is a $5 fee per statement cycle, a system error has prevented that fee from being applied to your account. This notice is to inform you that we will be reinstituting the fee going forward beginning with your November 2021 statement.

Please note that this fee can be easily avoided by signing up for e-statements at usbank.com/paperless. E-statements are more secure and arrive faster than paper statements.

If you have any questions about this or need assistance signing up for e-statements, our business bankers are here to help at U.S. Bank 24-hour Banking at 800-673-3555. We accept relay calls.

---

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2022.**
You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2021. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: 2D-B9F6-3E9B-4BEF

---

Thank you for choosing U.S. Bank. We would like to inform you of upcoming changes that may impact your account. The chart below lists account modifications that go into effect beginning January 3, 2022.

*The main updates to note:*

| Current | New (as of January 3, 2022) |
|---|---|
| All Checking Account Types | All Checking Account Types |
| Coin and Currency Orders | Coin and Currency Orders |
| $0.85 - $1.55 | $0.85 |
| Wire Transfers | Wire Transfers |
| Monthly Maintenance Fee - $7.50<br>Wire Advice (Fax) - $8.00<br>Wire Advice (Phone) - $22.00<br>Wire Advice (Mail) - $10.00<br>Incoming Domestic Wires &Transfers - $11.00 - $14.00 | Monthly Maintenance Fee - $8.00<br>Wire Advice (Fax) - $10.00<br>Wire Advice (Phone) - $25.00<br>Wire Advice (Mail) - $12.00<br>Incoming Domestic Wires &Transfers - $14.00 |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                                   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.       $_____

5. Total lines 3 and 4.                                                                                    $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.     $_____

7. Subtract line 6 from line 5.  This is your balance.                                       $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



Case 21-40986-btf11   Doc 74   Filed 01/14/22   Entered 01/14/22 18:10:00   Desc Main
Document   Page 14 of 38

SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO 64157-7625

**Business Statement**

Account Number:

██████ 3082

Statement Period:
Nov 1, 2021
through
Nov 30, 2021

Page 2 of 2



## INFORMATION YOU SHOULD KNOW                    (CONTINUED)

| Current | New (as of January 3, 2022) |
|---|---|
| Incoming International Wires - $15.00 - $16.00 | Incoming International Wires - $16.00 |
| Basic Savings and Preferred Money Market Monthly Deposited Items  Fees per unit - $0.15 to $0.50 Unit quantities - 25 to 100 | Basic Savings and Preferred Money Market Monthly Deposited Items  Fees per unit - $0.50 Unit quantity - 40 |

There may be other changes which could affect your account. Please refer to the *Business Pricing Information disclosure* for the most accurate pricing. This will be available after January 3, 2022 at your local branch, on usbank.com or call us at 877-593-1102 to request a copy. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls.

## U.S. BANK SILVER - BUSINESS CHECKING                    *Member FDIC*

U.S. Bank National Association                    **Account Number** ██████ -3082

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Nov 1 | | $ | 1,211.14 | Number of Days in Statement Period | 30 |
| Other Deposits | 2 | | 263.68 | | |
| Other Withdrawals | 2 | | 1,470.82- | | |
| **Ending Balance on Nov 30, 2021** | | **$** | **4.00** | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 4 | Mobile Banking Transfer | From Account 1████ 3090 | | $ | 86.22 |
| Nov 4 | Mobile Banking Transfer | From Account ████ 7212 | | | 177.46 |
| | | **Total Other Deposits** | | **$** | **263.68** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 4 | Wire Debit REF001947 | AXOS BANK SAN DIEG ████ 020614 | | $ | 1,434.82- |
| | BNF=SG MCINTOSH LLC | 10005 N MARSH AVE KANSAS CI | | | |
| Nov 18 | Overdraft Returned Fee | | | | 36.00- |
| | | **Total Other Withdrawals** | | **$** | **1,470.82-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Nov 4 | 40.00 | Nov 18 | 4.00 |

Balances only appear for days reflecting change.

This page intentionally left blank



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786     MG                    S          Y     ST01

**Business Statement**

Account Number:
XXXXXXX 3090

Statement Period:
Nov 1, 2021
through
Nov 30, 2021

Page 1 of 3



000031340 01  SP      000638018191654 S
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                          *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                                          *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                          *usbank.com*

---

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

---

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We've recently uncovered a system issue that may affect your account. If you are currently receiving a truncated paper statement for which there is a $5 fee per statement cycle, a system error has prevented that fee from being applied to your account. This notice is to inform you that we will be reinstituting the fee going forward beginning with your November 2021 statement.

Please note that this fee can be easily avoided by signing up for e-statements at usbank.com/paperless. E-statements are more secure and arrive faster than paper statements.

If you have any questions about this or need assistance signing up for e-statements, our business bankers are here to help at U.S. Bank 24-hour Banking at 800-673-3555. We accept relay calls.

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2022.**
You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2021. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: 2D-B9F6-3E9B-4BEF

Thank you for choosing U.S. Bank. We would like to inform you of upcoming changes that may impact your account. The chart below lists account modifications that go into effect beginning January 3, 2022.

*The main updates to note:*

| Current | New (as of January 3, 2022) |
|---|---|
| All Checking Account Types | All Checking Account Types |
| Coin and Currency Orders | Coin and Currency Orders |
| $0.85 - $1.55 | $0.85 |
| Wire Transfers | Wire Transfers |
| Monthly Maintenance Fee - $7.50<br>Wire Advice (Fax) - $8.00<br>Wire Advice (Phone) - $22.00<br>Wire Advice (Mail) - $10.00<br>Incoming Domestic Wires &Transfers - $11.00 - $14.00 | Monthly Maintenance Fee - $8.00<br>Wire Advice (Fax) - $10.00<br>Wire Advice (Phone) - $25.00<br>Wire Advice (Mail) - $12.00<br>Incoming Domestic Wires &Transfers - $14.00 |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5. Total lines 3 and 4.                                                                          $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.                                  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



SG MCINTOSH LLC
1005 N MARSHALL
KANSAS CITY MO 64157-7625

**Business Statement**

Account Number:
▓▓▓▓ 3090

Statement Period:
Nov 1, 2021
through
Nov 30, 2021



## INFORMATION YOU SHOULD KNOW                                                                    (CONTINUED)

| Current | New (as of January 3, 2022) |
|---|---|
| Incoming International Wires - $15.00 - $16.00 | Incoming International Wires - $16.00 |
| **Basic Savings and Preferred Money Market** Monthly Deposited Items  Fees per unit - $0.15 to $0 50 Unit quantities - 25 to 100 | **Basic Savings and Preferred Money Market** Monthly Deposited Items  Fees per unit - $0 50 Unit quantity - 40 |

There may be other changes which could affect your account. Please refer to the *Business Pricing Information disclosure* for the most accurate pricing. This will be available after January 3, 2022 at your local branch, on usbank.com or call us at 877-593-1102 to request a copy. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls.

## U.S. BANK SILVER - BUSINESS CHECKING                                        *Member FDIC*

U.S. Bank National Association                                         **Account Number** ▓▓▓▓▓▓ -3090

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Nov 1 | | $ | 638.09 | Number of Days in Statement Period | 30 |
| Other Deposits | 1 | | 36.00 | | |
| Card Withdrawals | 3 | | 375.97- | | |
| Other Withdrawals | 3 | | 298.12- | | |
| **Ending Balance on Nov 30, 2021** | | **$** | **0.00** | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 16 | Overdraft Returned Fee | Refund | | $ | 36.00 |
| | | **Total Other Deposits** | | **$** | **36.00** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-1030

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 1 | Debit Purchase - VISA ZIPWHIP ************1030 | On 103121 855-947-9447 WA REF # 246921613041003431663 30 | 4100343166 | $ | 99.00- |
| Nov 3 | Debit Purchase - VISA GUIDANT FINANCIA ************1030 | On 110221 888-4724455 ID REF # 2412157130 6000306026563 | 6000306026 | | 139.00- |
| Nov 4 | Recurring Debit Purchase SPECTRUM ************1030 | On 110321 855-707-7328 MO REF # 24692161307100718352 US1 | 7100718352 | | 137.97- |
| | | **Card 1030  Withdrawals Subtotal** | | **$** | **375.97-** |
| | | **Total Card Withdrawals** | | **$** | **375.97-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 3 | Electronic Withdrawal REF=213060058248390N00 | To EVERGY MO WEST 1440541877AUTOPAY  317266225481 | | $ | 175.90- |
| Nov 4 | Mobile Banking Transfer | To Account ▓▓▓▓ 3082 | | | 86.22- |
| Nov 16 | Overdraft Returned Fee | | | | 36.00- |
| | | **Total Other Withdrawals** | | **$** | **298.12-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 1 | 539.09 | Nov 3 | 224.19 | Nov 4 | 0.00 |



Case 21-40986-btf11   Doc 74   Filed 01/14/22   Entered 01/14/22 18:10:00   Desc Main
Document   Page 19 of 38

SG MCINTOSH LLC
1000 N MARSH AVE
KANSAS CITY, MO 64157-7625

**Business Statement**

Account Number:
3090

Statement Period:
Nov 1, 2021
through
Nov 30, 2021

Page 3 of 3

## U.S. BANK SILVER - BUSINESS CHECKING                    (CONTINUED)

U.S. Bank National Association                    **Account Number        -3090**

**Balance Summary (continued)**

| Date | Ending Balance | | |
|------|---------------|--|--|
| Nov 16 | 0.00 | | |

Balances only appear for days reflecting change.



# **Business Statement**

Account Number:

**▮▮▮▮▮▮ 4884**

Statement Period:

Nov 1, 2021

through

Nov 30, 2021

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786        MG                S              Y       ST01

⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿

000031307 01  SP        000638018191621 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625



☎                                    ***To Contact U.S. Bank***

***24-Hour Business***
***Solutions:***                          *1-800-673-3555*

***U.S. Bank accepts Relay Calls***
***Internet:***                            *usbank.com*

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2022.**
You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2021.
Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this
information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to
commercialsupport@usbank.com.

Access Code: 2D-B9F6-3E9B-4BEF

Thank you for choosing U.S. Bank. We would like to inform you of upcoming changes that may impact your account. The chart
below lists account modifications that go into effect beginning January 3, 2022.

***The main updates to note:***

| Current | New (as of January 3, 2022) |
| --- | --- |
| All Checking Account Types | All Checking Account Types |
| Coin and Currency Orders | Coin and Currency Orders |
| $0.85 - $1.55 | $0.85 |
| Wire Transfers | Wire Transfers |
| Monthly Maintenance Fee - $7.50<br>Wire Advice (Fax) - $8.00<br>Wire Advice (Phone) - $22.00<br>Wire Advice (Mail) - $10.00<br>Incoming Domestic Wires &Transfers -<br>$11.00 - $14.00<br>Incoming International Wires -<br>$15.00 - $16.00 | Monthly Maintenance Fee - $8.00<br>Wire Advice (Fax) - $10.00<br>Wire Advice (Phone) - $25.00<br>Wire Advice (Mail) - $12.00<br>Incoming Domestic Wires &Transfers -<br>$14.00<br>Incom ng International Wires -<br>$16.00 |
| Basic Savings and Preferred Money Market | Basic Savings and Preferred Money Market |
| Monthly Deposited Items | Monthly Deposited Items |
| Fees per unit - $0.15 to $0 50<br>Unit quantities - 25 to 100 | Fees per unit - $0 50<br>Unit quantity - 40 |

There may be other changes which could affect your account. Please refer to the *Business Pricing Information disclosure* for the
most accurate pricing. This will be available after January 3, 2022 at your local branch, on usbank.com or call us at 877-593-1102
to request a copy. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT
on Saturday. We accept relay calls.

## PREMIUM BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                                    **Account Number ▮▮▮▮▮▮-4884**
**Account Summary**

| | | |
| --- | --- | --- |
| Beginning Balance on Nov 1 | $ | 0.00 |
| **Ending Balance on  Nov 30, 2021** | **$** | **0.00** |



Case 21-10969-btf11   Doc 74   Filed 01/14/22   Entered 01/14/22 18:10:00   Desc Main
Document      Page 21 of 38

**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC

 
SG MCINTOSH LLC
1000 N MARSHALL AVE
KANSAS CITY, MO  64157-7625

**Business Statement**

Account Number:
████████ 4884

Statement Period:
Nov 1, 2021
through
Nov 30, 2021

Page 2 of 2



**PREMIUM BUSINESS CHECKING**                                          **(CONTINUED)**

U.S. Bank National Association                              **Account Number 1█████████4884**

This page intentionally left blank



Date 11/30/21          Page      1
Primary Account        ████ 2971

SG MCINTOSH, LLC
DEBTOR IN POSSESSION,CASE#21-40986-BTF11
10005 N MARSH AVE
KANSAS CITY MO 64157

| Account Title: | SG MCINTOSH, LLC |
| | DEBTOR IN POSSESSION,CASE#21-40986-BTF11 |

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | ████ 2971 | Statement Dates  11/01/21 thru 11/30/21 | |
| Previous Balance | .00 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 11/01 | .00 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### For our 24-hour Automated Banking System, please call the number located on the front of the Statement.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)





Date 11/30/21                    Page        1
Primary Account          ███████3011

SG MCINTOSH, LLC
DEBTOR IN POSSESSION, CASE #
21-40986-BTF11, PAYROLL
10005 N MARSH AVE
KANSAS CITY MO 64157

Account Title:          SG MCINTOSH, LLC
                        DEBTOR IN POSSESSION, CASE #
                        21-40986-BTF11, PAYROLL

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 1 |
| Account Number | ███████3011 | Statement Dates  11/01/21 thru 11/30/21 | |
| Previous Balance | 227.20 | Days in the statement period | 30 |
| 8 Deposits/Credits | 8,935.99 | Avg Daily Ledger | 1,789.38 |
| 12 Checks/Debits | 8,811.20 | Avg Daily Collected | 1,706.05 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 351.99 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/03 | Returned NSF Item Credit | 207.00 |
| 11/03 | Returned NSF Item Credit | 428.99 |
| 11/05 | From DDA *2989,To DDA *3011 | 300.00 |
| 11/05 | From DDA *2997,To DDA *3011 | 500.00 |
| 11/09 | From DDA *2997,To DDA *3011 | 1,500.00 |
| 11/09 | From DDA *2989,To DDA *3011 | 2,500.00 |
| 11/09 | MyDeposit | 2,500.00 |
| 11/22 | From DDA *2997,To DDA *3011 | 1,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|



Date 11/30/21          Page      2
Primary Account        ████3011

Commercial Checking          ████3011  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/02 | TAX 315285 GUSTO<br>CCD 043000097395550<br>SG McIntosh, LLC | 74.74- |
| 11/03 | FEE 322107 GUSTO<br>CCD 121140397461147<br>SG McIntosh, LLC | 207.00- |
| 11/08 | ACHTRANS    APIntego<br>CCD 091408595804400<br>SG McIntosh, LLC DBA 9 | 37.13- |
| 11/08 | FEE 425968 GUSTO<br>CCD 121140391851918<br>SG McIntosh, LLC | 207.00- |
| 11/10 | TAX 446415 GUSTO<br>CCD 043000096432096<br>SG McIntosh, LLC | 613.76- |
| 11/10 | NET 446411 GUSTO<br>CCD 043000096430227<br>SG McIntosh, LLC | 2,802.25- |
| 11/10 | From DDA *3011,To DDA *2989 | 600.00- |
| 11/22 | ACHTRANS    APIntego<br>CCD 091408592017531<br>SG McIntosh, LLC DBA 9 | 34.79- |
| 11/24 | TAX 712903 GUSTO<br>CCD 043000090061405<br>SG McIntosh, LLC | 596.01- |
| 11/24 | NET 712899 GUSTO<br>CCD 043000090059684<br>SG McIntosh, LLC | 2,780.54- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 11/03 | 1002 | 428.99 | 11/08 | 1002* | 428.99 |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 227.20 | 11/02 | 152.46 | 11/03 | 152.46 |



Date 11/30/21  Page  3
Primary Account  ███████3011

Commercial Checking  ██████3011 (Continued)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/05 | 952.46 | 11/09 | 6,779.34 | 11/22 | 3,728.54 |
| 11/08 | 279.34 | 11/10 | 2,763.33 | 11/24 | 351.99 |

*** END OF STATEMENT ***

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

SG McIntosh, LLC
Debtor in Possession
Case No: 21-40986-btf11
Payroll
10005 N. Marsh Ave, Kansas City, MO 64157

1002

DATE 10/30/21          90-6726/1222

PAY TO THE ORDER OF  Megan Price                    $  428 99

Four Hundred Twenty - Eight ——————  00/100  DOLLARS

axos
BANK

MEMO Pay Period 10/11 ~ 10/24

Check  1002   Date: 11/08   Amount: $428.99

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**

# CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

## What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

# REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

# CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC   EQUAL HOUSING LENDER



<sup>TM</sup>

**BANK**

Date 11/30/21
Primary Account                    ████2989

SG MCINTOSH, LLC
DEBTOR IN POSSESSION, CASE #
21-40986-BTF11, ACCOUNTS PAYABLE
10005 N MARSH AVE
KANSAS CITY MO 64157

Account Title:          SG MCINTOSH, LLC
                        DEBTOR IN POSSESSION, CASE #
                        21-40986-BTF11, ACCOUNTS PAYABLE

| | | |
|---|---|---|
| Commercial Checking | | |
| Account Number | ████2989 | Number of Enclosures                1 |
| Previous Balance | 984.21 | Statement Dates  11/01/21 thru 11/30/21 |
| 6 Deposits/Credits | 8,599.01 | Days in the statement period         30 |
| 12 Checks/Debits | 9,137.68 | Avg Daily Ledger           1,440.09 |
| Maintenance Fee | .00 | Avg Daily Collected         1,440.09 |
| Interest Paid | .00 | |
| Ending Balance | 445.54 | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/01 | Returned NSF Item Credit | 2,664.19 |
| 11/04 | Wire Transfer Credit | 1,434.82 |
| | SG MCINTOSH LLC | |
| | 10005 N MARSH AVE | |
| | KANSAS CITY,MO,64157 | |
| | TRANSFER OF FUNDS TO NEW ACCOU | |
| | 20211104I1Q73AGC001947 | |
| | 20211104MMQFMP9N000153 | |
| | 11041228FT03 | |
| 11/08 | From DDA *2997,To DDA *2989 | 1,500.00 |
| 11/10 | From DDA *3011,To DDA *2989 | 600.00 |
| 11/10 | From DDA *2997,To DDA *2989 | 1,400.00 |
| 11/22 | From DDA *2997,To DDA *2989 | 1,000.00 |



**BANK**

Date 11/30/21                    Page    2
Primary Account          █████2989

Commercial Checking          █████ 2989   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 11/01 | DBT CRD 0400 10/30/21 24079105 ROCKBOT HTTPSROCKBOT. CA C#5472 | 79.90- |
| 11/05 | From DDA *2989,To DDA *3011 | 300.00- |
| 11/09 | DBT CRD 0746 11/08/21 95882223 WHENIWORK.COM WHENIWORK.COM MN C#5472 | 62.32- |
| 11/09 | From DDA *2989,To DDA *3011 | 2,500.00- |
| 11/12 | DBT CRD 1618 11/10/21 03000117 ROCKBOT HTTPSROCKBOT. CA C#5472 | 39.95- |
| 11/16 | DBT CRD 0910 11/15/21 46519859 TEDS TRASH SERVICE INC 816-2521594   MO C#5472 | 80.00- |
| 11/18 | DBT CRD 1000 11/17/21 76097008 PRK*PERKVILLE INC 415-7234318   CA C#5472 | 168.00- |
| 11/24 | DBT CRD 0805 11/23/21 07294363 SPOTIFY 8777781161   NY C#5472 | 9.99- |
| 11/24 | PAYMENT   MCNAIR & ASSOCIA CCD 091408595995464 SG MCINTOSH, LLC | 399.00- |
| 11/30 | NTCLBIIVRC THE HARTFORD CCD 051000014840700 SG MCINTOSH LLC | 207.00- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 11/01 | 1002 | 2,664.19 | 11/17 | 1003 | 2,627.33 |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 904.31 | 11/04 | 2,339.13 | 11/05 | 2,039.13 |



Date 11/30/21
Primary Account ███████2989

Page 3

Commercial Checking ███████2989 (Continued)

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/08 | 3,539.13 | 11/16 | 2,856.86 | 11/24 | 652.54 |
| 11/09 | 976.81 | 11/17 | 229.53 | 11/30 | 445.54 |
| 11/10 | 2,976.81 | 11/18 | 61.53 | | |
| 11/12 | 2,936.86 | 11/22 | 1,061.53 | | |

*** END OF STATEMENT ***

**SG McIntosh, LLC**
Debtor in Possession
Case No: 21-40986-btf11
Accounts Payable
10205 N. Marsh Ave, Kansas City, MO 64157

1003

DATE 11/6/21

90-9722/1222

PAY TO THE ORDER OF   Block & Company                     $ 2627 33/100

Two Thousand Six Hundred - Twenty seven — 33/100   DOLLARS

axos
BANK

MEMO Rent  10203 N. Oak
Trfway

Check  1003   Date: 11/17   Amount: $2,627.33

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC 🏠 EQUAL HOUSING LENDER



BANK

Date 11/30/21
Primary Account ████2997 Page 1

SG MCINTOSH, LLC
DEBTOR IN POSSESSION, CASE #
21-40986-BTF11, ACCOUNTS RECEIVABLE
10005 N MARSH AVE
KANSAS CITY MO 64157

Account Title: SG MCINTOSH, LLC
DEBTOR IN POSSESSION, CASE #
21-40986-BTF11, ACCOUNTS RECEIVABLE

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ████2997 | Statement Dates 11/01/21 thru 11/30/21 | |
| Previous Balance | 1,563.55 | Days in the statement period | 30 |
| 10 Deposits/Credits | 10,158.61 | Avg Daily Ledger | 2,084.67 |
| 6 Checks/Debits | 6,900.00 | Avg Daily Collected | 2,074.67 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 4,822.16 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/02 | REMIT 3459 CLUBREADY CCD 062000017613460 NINE ROUND - KC NEW MA | 1,254.67 |
| 11/05 | REMIT 3465 CLUBREADY CCD 062000010579251 NINE ROUND - KC NEW MA | 835.00 |
| 11/09 | REMIT 3471 CLUBREADY CCD 062000017778809 NINE ROUND - KC NEW MA | 1,414.11 |
| 11/15 | REMIT 3475 CLUBREADY CCD 062000012589996 NINE ROUND - KC NEW MA | 631.75 |
| 11/16 | REMIT 3480 CLUBREADY CCD 062000017213813 | 1,133.35 |



Date 11/30/21         Page      2
Primary Account    ███████2997

Commercial Checking        ███████997   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | NINE ROUND – KC NEW MA | |
| 11/19 | REMIT 3485 CLUBREADY | 1,206.19 |
| | CCD 062000013487961 | |
| | NINE ROUND – KC NEW MA | |
| 11/23 | REMIT 3489 CLUBREADY | 1,172.80 |
| | CCD 062000015580117 | |
| | NINE ROUND – KC NEW MA | |
| 11/29 | REMIT 3496 CLUBREADY | 852.18 |
| | CCD 062000018340691 | |
| | NINE ROUND – KC NEW MA | |
| 11/30 | REMIT 3499 CLUBREADY | 1,358.56 |
| | CCD 062000019540605 | |
| | NINE ROUND – KC NEW MA | |
| 11/30 | MyDeposit | 300.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 11/05 | From DDA *2997,To DDA *3011 | 500.00- |
| 11/08 | From DDA *2997,To DDA *2989 | 1,500.00- |
| 11/09 | From DDA *2997,To DDA *3011 | 1,500.00- |
| 11/10 | From DDA *2997,To DDA *2989 | 1,400.00- |
| 11/22 | From DDA *2997,To DDA *3011 | 1,000.00- |
| 11/22 | From DDA *2997,To DDA *2989 | 1,000.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 1,563.55 | 11/10 | 167.33 | 11/23 | 2,311.42 |
| 11/02 | 2,818.22 | 11/15 | 799.08 | 11/29 | 3,163.60 |
| 11/05 | 3,153.22 | 11/16 | 1,932.43 | 11/30 | 4,822.16 |
| 11/08 | 1,653.22 | 11/19 | 3,138.62 | | |
| 11/09 | 1,567.33 | 11/22 | 1,138.62 | | |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805  Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

