## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: SG MCINTOSH LLC | ) | Case No. 21-40986 |
| DEBTOR & | ) | Chapter 11 (Voluntary) |
| DEBTOR-IN-POSSESSION. | ) | Subchapter V |

### CERTIFICATE OF SERVICE BY DEBTOR REGARDING 1st AMENDED CHAPTER 11 SUBCHAPTER V PLAN OF REORGANIZATION (DOC. #77), AMENDED NOTICE AND ORDER FIXING DEADLINES AND SETTING CONFIRMATION HEARING ON SUBCHAPTER V PLAN OF REORGANIZATION (DOC. #82), AND BALLOTS TO APPLICABLE PARTIES IN INTEREST

I, the undersigned Counsel, for the above-captioned Debtor and Debtor in Posssession (collectively hereingafter the "Debtor"), hereby cetifies that on **February 9, 2022,** a true and correct copy of the Debtor's First Chapter 11 Subchapter V Plan of Reorganization (Doc. #77), the Court's Amended Notice and Order Fixing Deadlines and Setting Hearing on Subchapter V Plan of Reorganization (Doc. #82), and Ballots to applicable Parties were served on the parties listed below via U.S. Postage 1st Class-prepaid, and in addition to US postage via electrnoic mail to respective parties as desgnated below.

**[See attached Creditor Address Matrix and Ballot Summary]**

Dated: February 9, 2022

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| In re: | SG MCINTOSH, LLC | ) | Case No. 21-40986-btf11 |
| | Debtor & Debtor-in-Possession | ) | Chapter 11 (Voluntary) |
| | | ) | Subchapter V |

| Plan Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If any) | Balloted? (Yes or N/a) | Creditor's Vote (N/a, Accept, Reject, or No Vote) | Claim Amount & Treatment |
|---|---|---|---|---|---|

### CREDITOR ADDRESS MATRIX AND BALLOT SUMMARY

| Plan Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If any) | Balloted? (Yes or N/a) | Creditor's Vote (N/a, Accept, Reject, or No Vote) | Claim Amount & Treatment |
|---|---|---|---|---|---|
| N/a | Robbin L. Messerli<br>Subchapter V Trustee<br>PO Box 8686<br>Prairie Village, KS 66208<br>rob.messerli@gunrockvp.com | N/a | N/a | N/a | N/a |
| N/a | United States Attorney<br>400 E 9th St., Ste 5510<br>Kansas City MO 64106-2637 | N/a | N/a | N/a | N/a |
| N/a | United States Attorney General<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | N/a | N/a | N/a | N/a |
| 1 | U.S. Small Business Administration<br>10675 Bedford Ave., Suite 100<br>Omaha NE 68134-3605<br>gregg.stratman@sba.gov | 8-1 | Yes | TBD | $56,440.48 Secured |
| 2 | Acme Company<br>64 Beaver Street Suite #344<br>New York NY 10004 | None Filed | Yes | TBD | Unknown |
| 3 | Yes Lender LLC<br>1150 1st Avenue, Suite 105<br>Attn: Lauren Rex<br>King of Prussia PA 19406 | None Filed | Yes | TBD | Unknown |
| 4 | N/a | N/a | N/a | N/a | N/a |
| 5 | N/a | N/a | N/a | N/a | N/a |
| 6 | 9Round Franchising, LLC<br>847 NE Main St.<br>Simpsonville SC 29681<br>legal@9round.com | 6-1 | Yes | TBD | $36,000.00 Unsecured |
| 7 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City MO 65105-0475 | 1-2, 2-1, 3-1, 4-1 | Yes | TBD | $9,577.21 Priority & $1,888.54 Unsecured |
| 7 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346<br>dorletha.m.godley@irs.gov | 9-1 | Yes | TBD | $7,678.00 Priority |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

In re:    SG MCINTOSH, LLC        )    Case No. 21-40986-btf11
         Debtor & Debtor-in-Possession    )    Chapter 11 (Voluntary)
                              )    Subchapter V

| Plan Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If any) | Balloted? (Yes or N/a) | Creditor's Vote (N/a, Accept, Reject, or No Vote) | Claim Amount & Treatment |
|---|---|---|---|---|---|
| 7 | **City of Kansas City, Missouri** Attn: Ashley Barton , Esq. 414 E. 12th St Floor 19 Kansas City MO 64106-2702 Ashley.barton@kcmo.org | 5-2 | Yes | TBD | $1,079.91 Priority & $1,515.00 Unsecured |
| 7 | **U.S. Small Business Administration** 10675 Bedford Ave., Suite 100 Omaha NE 68134-3605 gregg.stratman@sba.gov | 8-1 | No (Ballot Cast under Class 1) | TBD | $100,201.64 Unsecured |
| 7 | **McFarland Fitness, LLC** C/o Cristopher & Melissa McFarland 10123 Liberty Cir. Liberty MO 64068-8719 melissa@hydrodog.com | 11-1 | Yes | TBD | $181,913.40 Unsecured |
| 7 | **Elevate Funding LLC** Attn: Parker Smith 5200 NW 43rd St Suite 102 Gainesville FL 32606-4486 | None Filed | Yes | TBD | Unknown |
| 7 | **Infusion Capital, LLC** C/o Kelly Mccarty, President Or Equivalent 1420 Celebration Boulevard Suite 303 Kissimmee FL 34747-5160 | None Filed | Yes | TBD | Unknown |
| 7 | **Law Offices of Michael S. Shipley, LLC** 204 East Kansas St Ste A Liberty MO 64068-2344 | None Filed | Yes | TBD | Unknown |
| 7 | **Mantis Funding** C/o Sharon Guiliano, CEO Or Equivalent 225 Clematis Street, West Palm Beach FL 33401-5564 | None Filed | Yes | TBD | Unknown |
| 7 | **Block and Company, Inc.** 605 W 47th St., Ste 100 Kansas City MO 64112-1905 | None Filed | Yes | TBD | Unknown |
| 7 | **Corporation Service Company** 801 Adlai Stevenson Dr Springfield IL 62703-4261 | None Filed | Yes | TBD | Unknown |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

In re:     SG MCINTOSH, LLC                    )     Case No. 21-40986-btf11
                Debtor & Debtor-in-Possession    )     Chapter 11 (Voluntary)
                                                                 )     Subchapter V

| Plan Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If any) | Balloted? (Yes or N/a) | Creditor's Vote (N/a, Accept, Reject, or No Vote) | Claim Amount & Treatment |
|---|---|---|---|---|---|
| 7 | **Star Development** 244 W Mill St., Ste 101 Liberty MO 64068-2398 | None Filed | Yes | TBD | Unknown |
| 8 | **U.S. Bank, NA** PO Box 5229 Cincinnati, OH 45201-5229 rcclaims@usbank.com | 7-1 | N/a (unimpaired) | TBD | $31,413.46 Unsecured |
| 9 | **Scott T. McIntosh** 10005 N. Marsh Ave. Kansas City, MO 64157 | N/a | N/a (unimpaired) | N/a | N/a |
| No Class | **New Mark Delaware, LLC, Penn Park New Mark, LLC and Metcalf 91 New Mark DE, LLC** C/o McneilePappas, C/o Austin B. Hayden 7500 W 110th St., Suite 110 Overland Park KS 66210-2476 ahayden@cmplaw.net; gpappas@cmplaw.net | 10-1 | Yes | TBD | $27,056.99 Unsecured Lease |