**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | SG MCINTOSH, LLC | ) | Case No. 21- |
| | Debtor | ) | Chapter 11 (Voluntary) |
| | | ) | Subchapter V |

**STIPULATION BETWEEN DEBTOR AND CITY OF KANSAS CITY, MISSOURI
REGARDING TREATMENT OF PRIORITY TAX CLAIM IN FIRST AMENDED
SUBCHAPTER V CHAPTER 11 PLAN OF REORGANIZATION**

**COMES NOW** SG McIntosh, LLC., the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") and one of its creditors, The City of Kansas City, Missouri (hereinafter "KCMO"), by and through their respective counsel, and hereby stipulate to the following:

1. On August 6, 2021, Debtor filed a voluntary Petition for Subchapter V Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2. The Debtor is a corporation and a Small Business under the definitions of the United States Bankruptcy Code seeking restructuring under Subchapter V, Chapter 11.

3. The Debtor filed its First Amended Subchapter V Chapter 11 Plan of Reorganization (hereinafter the "Plan") on January 31, 2022 (Docket #77).

4. Page 10 of the Plan provides for payments of the priority claim of KCMO in the amount of $570.05, with an interest rate of 3.81%.

5. However, KCMO filed an Amended Proof of Claim (Claim 5-2) on January 21, 2022, asserting a priority amount of $1079.91.

6. It is the stated intent of the Debtor to pay the priority claim in full through its plan and not to impair KCMO.

7. The Internal Revenue Service has recently revised its claim, leaving more money available in year 1 of the Plan.  With these funds, the Debtor proposes the following payments to KCMO:
12 monthly payments of $91.86, for a total of $1,102.32, paid in full by the end of Year 1 of the Plan.

8. The increased amount of approximately $42 per month is negligible within the Plan and is affordable with the recent amended claim of the Internal Revenue Service.

**WHEREFORE**, the Debtor and Creditor KCMO respectfully request this Court incorporate the attached stipulation as part of the First Amended Subchapter V Chapter 11 Plan of Reorganization and grant any further relief as the Court deems equitable and proper.

Dated: March 3, 2022          Respectfully submitted,
                              WM Law

                              /s/ Ryan A. Blay
                              Jeffrey L. Wagoner, MO #44365; KS #17489
                              Ryan A. Blay, MO #KS001066; KS #28110
                              15095 W. 116th St.
                              Olathe, KS 66062
                              Phone (913) 422-0909 / Fax (913) 428-8549
                              blay@wagonergroup.com
                              ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION


Dated: March 3, 2022          Respectfully submitted,
                              WM Law

                              /s/ Ashley Barton
                              Ashley Barton, MO#62744; KS #24879
                              Tax Claims, 414 E. 12th St, 19th Fl., Kansas City, MO  64106
                              Phone (816) 513-3158
                              Ashley.barton@kcmo.org
                              ATTORNEYS FOR CREDITOR CITY OF KANSAS
                              CITY, MO