**Fill in this information to identify the case:**

Debtor Name  SG McIntosh LLC

United States Bankruptcy Court for the: Western District of Missouri

Case number: 21-40986

☒ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  September    **\*1st Amended\***    Date report filed: 09/01/2021
MM / DD / YYYY

Line of business: Fitness    NAISC code: 9063

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:    SG McIntosh LLC

Original signature of responsible party

Printed name of responsible party    Scott T McIntosh

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  SG McIntosh LLC                                        Case number 21-40986

17. Have you paid any bills you owed before you filed bankruptcy?           ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑  ☐  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____ 7,103.79

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____ 8,638.06

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ _____ 13,713.01

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____ -5,074.95

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ _____ 2,028.84

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ _____

    (Exhibit E)

Debtor Name  SG McIntosh LLC

Case number 21-40986

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _____ 260.15

   (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?   24

27. What is the number of employees as of the date of this monthly report?   27

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?   $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 9,555.00 | − | $ 8,636.08 | = | $ 918.92 |
| 33. **Cash disbursements** | $ 9,848.00 | − | $ 8,973.45 | = | $ 874.55 |
| 34. **Net cash flow** | $ -293.26 | − | $ -335.39 | = | $ 42.13 |

35. Total projected cash receipts for the next month:   $ 9,200.00

36. Total projected cash disbursements for the next month:   − $ 8,200.00

37. Total projected net cash flow for the next month:   = $ 1,000.00

Debtor Name  SG McIntosh LLC _____          Case number 21-40986 _____

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Exhibit A

I had the DIP accounts open, not transferred in September.

# Exhibit B

Money Transferred in October. Accounts still open until all statements downloaded.

# Exhibit C

| Date | Transaction | Name | Memo/Description | Amount |
|------|-------------|------|------------------|-------:|
| 09/03/202: | Deposit | Clubready | Electronic Deposit 09/03 Clubready | 2.04 |
| 09/03/202: | Deposit | Clubready | Electronic Deposit 09/03 Clubready | 292.71 |
| 09/08/202: | Deposit | Clubready | Electronic Deposit 09/08 Clubready | 838.66 |
| 09/10/202: | Deposit | Clubready | Electronic Deposit 09/10 Clubready | 835.64 |
| 09/14/202: | Deposit | Clubready | Electronic Deposit 09/14 Clubready | 1491.39 |
| 09/17/202: | Deposit | Clubready | Electronic Deposit 09/17 Clubready | 755.3 |
| 09/21/202: | Deposit | Clubready | Electronic Deposit 09/21 Clubready | 2119.47 |
| 09/24/202: | Deposit | Clubready | Electronic Deposit 09/24 Clubready | 1126.33 |
| 09/28/202: | Deposit | Clubready | Electronic Deposit 09/28 Clubready | 1176.52 |
| **Total** | | | | **8638.06** |

# Exhibit D

| Date | Name | Memo/Description | Amount |
|---|---|---|---|
| 44453 | Expense | Perkville | $ 168.00 |
| 09/15/2021 | Expense | Cintas Corporation | $ 101.37 |
| 09/15/2021 | Expense | US Bank | $ 33.00 |
| 09/15/2021 | Expense | | $ 10.00 |
| 09/28/2021 | Expense | | $ 10.00 |
| 09/20/2021 | Expense | 9round Franchising, LLC | $ 610.45 |
| 09/30/2021 | Journal Entry | | $ - |
| 09/30/2021 | Journal Entry | | $ 75.00 |
| 09/30/2021 | Journal Entry | | $ 2.00 |
| 09/30/2021 | Journal Entry | | $ 80.00 |
| 09/30/2021 | Journal Entry | | $ 449.00 |
| 09/30/2021 | Journal Entry | | $ 139.00 |
| 09/30/2021 | Journal Entry | | $ 118.00 |
| 09/30/2021 | Journal Entry | | $ 65.51 |
| 09/30/2021 | Journal Entry | | $ 149.00 |
| 09/30/2021 | Journal Entry | | $ 9.95 |
| 09/16/2021 | Expense | The Hartford | $ 82.00 |
| 09/03/2021 | Expense | Guidant Financial | $ 139.00 |
| 09/15/2021 | Expense | Mcnair & Associates | $ 950.00 |
| 09/17/2021 | Expense | Mcnair & Associates | $ 399.00 |
| 09/30/2021 | Journal Entry | | $ 42.15 |
| 09/07/2021 | Expense | When I Work | $ 62.32 |
| 09/07/2021 | Expense | Spotify | $ 15.99 |
| 09/10/2021 | Expense | Adobe | $ 20.99 |
| 09/22/2021 | Expense | Spotify | $ 9.99 |
| 09/14/2021 | Expense | AP Intego | $ 34.86 |
| 09/27/2021 | Expense | AP Intego | $ 25.92 |
| 09/02/2021 | Expense | Gusto | $ 183.00 |
| 09/01/2021 | Journal Entry | | $ 328.86 |
| 09/15/2021 | Journal Entry | | $ 224.04 |
| 09/30/2021 | Journal Entry | | $ 267.22 |
| 09/01/2021 | Journal Entry | | $ 3,098.09 |
| 09/15/2021 | Journal Entry | | $ 2,115.33 |
| 09/30/2021 | Journal Entry | | $ 2,518.39 |
| 09/02/2021 | Expense | EVERGY MO WES | $ 367.03 |
| 09/03/2021 | Expense | Zipwhip | $ 99.00 |
| 09/14/2021 | Expense | Spectrum | $ 117.97 |
| 09/16/2021 | Expense | Ted's Trash Service | $ 80.00 |
| 09/27/2021 | Expense | Spire | $ 49.62 |
| 09/28/2021 | Expense | EVERGY MO WES | $ 420.04 |
| 09/30/2021 | Expense | Spire | $ 41.92 |
| **Total** | | | **$ 13,713.01** |

## Exhibit E

| Date | Name | Amount | Status |
|------|------|--------|--------|
| | PPP | | |
| | PPP 2nd Draw | 31,252.00 | Forgiven |
| | | | |
| **Total** | | **31,252.00** | |

**Exhibit F - Past Due A/R**

| Name | User ID | Bill-To User ID | Invoice ID | Payment Due | Days Past Due | Desc | Amount | Email | Address | City | State | ZIP | Cell | Home | Work |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Misty Nguyen** | 215 | | 180029999 | 9/15/2021 | 54 | 12 Month Term | $79.00 | | | Kansas city | MO | 64157 | | | |
| **Matt Harvey** | 268 | | 180030627 | 9/15/2021 | 54 | 12 Month Term | $67.15 | | | Kansas City | MO | 64157 | | | |
| **Anna King** | 396 | | 162978209 | 9/17/2021 | 52 | 12 Month Term | $59.00 | | ue | Liberty | MO | 64068 | | | |
| **Shivohn Cambiano** | 825 | | 182847655 | 9/22/2021 | 47 | 3 Month term into M2M | $55.00 | | | Kansas City | MO | 64155 | | | |
| | | | | | | | $260.15 | | | | | | | | |

# 9Round Kickboxing

### Profit and Loss by Month

September 2021

|  | SEP 2021 | TOTAL |
|---|---|---|
| **Income** | | |
| Sales | | $0.00 |
| Memberships | 8,638.06 | $8,638.06 |
| **Total Sales** | **8,638.06** | **$8,638.06** |
| **Total Income** | **$8,638.06** | **$8,638.06** |
| GROSS PROFIT | **$8,638.06** | **$8,638.06** |
| Expenses | | |
| Advertising & Marketing | 269.37 | $269.37 |
| Bank Charges & Fees | 53.00 | $53.00 |
| Franchise fee | 610.45 | $610.45 |
| Insurance | 82.00 | $82.00 |
| Legal & Professional Services | 1,488.00 | $1,488.00 |
| Office Supplies & Software | 109.29 | $109.29 |
| Payroll Expenses | | $0.00 |
| Benefits | 60.78 | $60.78 |
| Fees | 183.00 | $183.00 |
| Taxes | 820.12 | $820.12 |
| Wages | 7,731.81 | $7,731.81 |
| **Total Payroll Expenses** | **8,795.71** | **$8,795.71** |
| Utilities | 1,175.58 | $1,175.58 |
| **Total Expenses** | **$12,583.40** | **$12,583.40** |
| NET OPERATING INCOME | **$ -3,945.34** | **$ -3,945.34** |
| NET INCOME | **$ -3,945.34** | **$ -3,945.34** |



**Business Statement**

Account Number:
4884

Statement Period:
Sep 1, 2021
through
Sep 30, 2021

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786        MG            S        Y      ST01

000150102 01  SP        000638957857337 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625



***To Contact U.S. Bank***

***24-Hour Business***
***Solutions:***                    *1-800-673-3555*

***U.S. Bank accepts Relay Calls***
***Internet:***                      *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective Oct. 1, 2021 the schedule used to calculate float assigned on checks deposited is changing. The float schedule determines how quickly U.S. Bank recognizes check deposits from other banks as being collected in your account. If you deposit checks, this change may impact your collected balance which is used to calculate earnings credit applied through account analysis. If you have questions on how this change to float may impact your account, please contact your banker, or call your customer service team at the phone number shown at the top of this statement.

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## PREMIUM BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association                                **Account Number** ▮▮▮▮▮▮**-4884**

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Sep 1 | $ | 23.82 |
| **Ending Balance on  Sep 30, 2021** | **$** | **23.82** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                      $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5. Total lines 3 and 4.                                           $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.                    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• ***Account information:*** Your name and account number.
• ***Dollar Amount:*** The dollar amount of the suspected error.
• ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error,  he following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786    IMG         S        Y    ST01

Account Number:

**3090**

Statement Period:

Sep 1, 2021
through
Sep 30, 2021

Page 1 of 2

000044357 01  SP      000638957751592 S
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625



☎                                  *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                              *1-800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                               *usbank.com*

---

# INFORMATION YOU SHOULD KNOW

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

---

# U.S. BANK SILVER - BUSINESS CHECKING                           *Member FDIC*

U.S. Bank National Association                               **Account Number        -3090**

## Account Summary

|  | # Items |  |  |  |  |
|---|---|---|---|---|---|
| Beginning Balance on Sep 1 |  | $ | 636.67 | Number of Days in Statement Period | 30 |
| Other Deposits | 3 |  | 2,800.00 |  |  |
| Card Withdrawals | 12 |  | 1,415.25- |  |  |
| Other Withdrawals | 6 |  | 990.44- |  |  |
| **Ending Balance on  Sep 30, 2021** |  | **$** | **1,030.98** |  |  |

## Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Sep  3 | Mobile Banking Transfer | From Account 145574953082 | $ | 1,000.00 |
| Sep 16 | Mobile Banking Transfer | From Account 145574953082 |  | 1,000.00 |
| Sep 28 | Mobile Banking Transfer | From Account 145574953082 |  | 800.00 |
|  |  | **Total Other Deposits** | **$** | **2,800.00** |

## Card Withdrawals

Card Number: xxxx-xxxx-xxxx-1030

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Sep  3 | Debit Purchase - VISA<br>ZIPWHIP<br>*************1030 | On 090321 855-947-9447 WA<br>REF # 24692161246100854761835 | 6100854761 | $ | 99.00- |
| Sep  3 | Debit Purchase - VISA<br>GUIDANT FINANCIA<br>*************1030 | On 090221 888-4724455  ID<br>REF # 24121571245000245023873 | 5000245023 |  | 139.00- |
| Sep  7 | Recurring Debit Purchase<br>SPOTIFY<br>*************1030 | On 090421 877-778-1161 NY<br>REF # 24492151247719568845 US1 | 7719568845 |  | 15.99- |
| Sep  7 | Recurring Debit Purchase<br>WHENIWORK.COM<br>*************1030 | On 090621 WHENIWORK.CO MN<br>REF # 24011341249000035205 US1 | 9000035205 |  | 62.32- |
| Sep 10 | Recurring Debit Purchase<br>ADOBE PS CREATIV<br>*************1030 | On 090921 408-536-6000 CA<br>REF # 24943001252700537236 US1 | 2700537236 |  | 20.99- |
| Sep 13 | Recurring Debit Purchase<br>SPECTRUM<br>*************1030 | On 091221 855-707-7328 MO<br>REF # 24692161255100702727 US1 | 5100702727 |  | 117.97- |
| Sep 13 | Debit Purchase - VISA<br>PRK*PERKVILLE IN<br>*************1030 | On 091221 415-7234318  CA<br>REF # 24906411255130049811715 | 5130049811 |  | 168.00- |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING LENDER

Member FDIC



**Business Statement**



Account Number:

**3090**

Statement Period:

Sep 1, 2021

through

Sep 30, 2021

Page 2 of 2



---

## U.S. BANK SILVER - BUSINESS CHECKING                     (CONTINUED)

U.S. Bank National Association                     **Account Number** ▮▮▮▮▮▮-3090

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-1030

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 16 | Debit Purchase - VISA<br>TEDS TRASH SERVI<br>*************1030 | On 091521 816-2521594  MO<br>REF # 24755421259132594652483 | 9132594652 | 80.00- |
| Sep 20 | Debit Purchase - VISA<br>9ROUND FRANCHISI<br>*************1030 | On 091721 864-962-4601 SC<br>REF # 24323001260200466700076 | 0200466700 | 610.45- |
| Sep 22 | Recurring Debit Purchase<br>Spotify USA<br>*************1030 | On 092121 877-7781161  NY<br>REF # 24204291264204148585 US1 | 4204148585 | 9.99- |
| Sep 27 | Debit Purchase - VISA<br>SPIRE BILL PAY<br>*************1030 | On 092521 800-582-1234 MO<br>REF # 24692161268100498032364 | 8100498032 | 49.62- |
| Sep 30 | Debit Purchase - VISA<br>SPIRE BILL PAY<br>*************1030 | On 093021 800-582-1234 MO<br>REF # 24692161273100327554631 | 3100327554 | 41.92- |

|  |  | Card 1030  Withdrawals Subtotal | $ | 1,415.25- |
|---|---|---|---|---|
|  |  | **Total Card Withdrawals** | $ | 1,415.25- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep  2 | Electronic Withdrawal<br>REF=212440110069140N00 | To EVERGY MO WEST<br>1440541877AUTOPAY   317611447942 | $ | 367.03- |
| Sep 14 | Ext TFR Withdrawal<br>REF=212560196132660N00 | STEABK CK WEBXFR<br>3770527921 EXT TRNSFR  3849467165 | | 10.00- |
| Sep 15 | Electronic Withdrawal<br>REF=212570058199830N00 | To CINTASCORPORATIO<br>1311188630DE001    1000907320 | | 101.37- |
| Sep 16 | Electronic Withdrawal<br>REF=212580118029470N00 | To THE HARTFORD<br>9942902727NTCLBIIVRC16444599 | | 82.00- |
| Sep 28 | Ext TFR Withdrawal<br>REF=212700134811490N00 | STEABK CK WEBXFR<br>3770527921 EXT TRNSFR  3905818219 | | 10.00- |
| Sep 28 | Electronic Withdrawal<br>REF=212700083516800N00 | To EVERGY MO WEST<br>1440541877AUTOPAY   206623203591 | | 420.04- |

|  |  | **Total Other Withdrawals** | $ | 990.44- |
|---|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep  2 | 269.64 | Sep 14 | 636.37 | Sep 22 | 752.56 |
| Sep  3 | 1,031.64 | Sep 15 | 535.00 | Sep 27 | 702.94 |
| Sep  7 | 953.33 | Sep 16 | 1,373.00 | Sep 28 | 1,072.90 |
| Sep 10 | 932.34 | Sep 20 | 762.55 | Sep 30 | 1,030.98 |
| Sep 13 | 646.37 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank


# usbank

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786      MG              S          Y    ST01

**Business Statement**

Account Number:

▮▮▮▮ 7212

Statement Period:

Sep 1, 2021
through
Sep 30, 2021

Page 1 of 2



000004452 01  SP      000638957711687 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                            *To Contact U.S. Bank*

**24-Hour Business**
**Solutions:**                               *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

Thank you for choosing U.S. Bank. We've recently uncovered a system issue that affects your account. You are currently receiving paper statements for which there is a $5 fee per statement cycle. However, a system error has prevented that fee from being applied to your account. This notice is to inform you that we will be reinstituting the fee going forward beginning with your October 2021 statement.

Please note that this fee can be easily avoided by signing up for e-statements at usbank.com/paperless. E-statements are more secure and arrive faster than paper statements.

If you have any questions about this or need assistance signing up for e-statements, our business bankers are here to help at U.S. Bank 24-hour Banking at 800-673-3555. We accept relay calls.

---

## SILVER BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                        **Account Number** ▮▮▮▮ -7212

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Sep 1 | | $ | 5,315.94 |
| Other Deposits | 2 | | 5,200.00 |
| Other Withdrawals | 11 | | 10,028.71- |
| **Ending Balance on  Sep 30, 2021** | | **$** | **487.23** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 14 | Mobile Banking Transfer | From Account 145574953082 | | $ | 2,400.00 |
| Sep 28 | Mobile Banking Transfer | From Account 145574953082 | | | 2,800.00 |
| | | **Total Other Deposits** | | **$** | **5,200.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep  1 | Mobile Banking Transfer | To Account 145574953082 | | $ | 1,200.00- |
| Sep  2 | Electronic Withdrawal | To GUSTO | | | 183.00- |
| | REF=212450110628610N00 | 2453942850FEE 0879186semjqaagj1 | | | |
| Sep  2 | Electronic Withdrawal | To GUSTO | | | 617.71- |
| | REF=212450101838760N00 | 1453942850TAX 0938006semjqafjfa | | | |
| Sep  2 | Electronic Withdrawal | To GUSTO | | | 2,809.24- |
| | REF=212450101838580N00 | 1453942850NET 0937896semjqafje8 | | | |
| Sep 13 | Electronic Withdrawal | To APIntego | | | 34.86- |
| | REF=212560079319500N00 | 1200708459ACHTRANS  83291327 | | | |
| Sep 15 | Analysis Service Charge | | 1500000000 | | 33.00- |
| Sep 16 | Electronic Withdrawal | To GUSTO | | | 407.04- |
| | REF=212590065809500N00 | 1453942850TAX 3295246semjqcj8i1 | | | |
| Sep 16 | Electronic Withdrawal | To GUSTO | | | 1,932.33- |
| | REF=212590065809460N00 | 1453942850NET 3295206semjqcj8h6 | | | |



**BALANCE YOUR ACCOUNT**
To keep track of your transactions and to balance your account every month, please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                            $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.               $_____

5. Total lines 3 and 4.                                                                                         $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.                                               $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC


SG MCINTOSH LLC

KANSAS CITY, MO 64157-7625

**Business Statement**

Account Number:

7212

Statement Period:

Sep 1, 2021

through

Sep 30, 2021

Page 2 of 2

Case 21-40986-btf11    Doc 86    Filed 03/04/22    Entered 03/04/22 09:57:35    Desc Main
Document    Page 20 of 25



---

## SILVER BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                                    **Account Number**         -7212

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|------------|--------|
| Sep 27 | Electronic Withdrawal<br>REF=212700022433190N00 | To APIntego<br>1200708459ACHTRANS  83791433 | | 25.92- |
| Sep 30 | Electronic Withdrawal<br>REF=212730103063240N00 | To GUSTO<br>1453942850TAX 5558746semjqeqhjr | | 485.87- |
| Sep 30 | Electronic Withdrawal<br>REF=212730103063190N00 | To GUSTO<br>1453942850NET 5558646semjqeqhik | | 2,299.74- |
| | | **Total Other Withdrawals** | $ | 10,028.71- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Sep  1 | 4,115.94 | Sep 14 | 2,871.13 | Sep 27 | 472.84 |
| Sep  2 | 505.99 | Sep 15 | 2,838.13 | Sep 28 | 3,272.84 |
| Sep 13 | 471.13 | Sep 16 | 498.76 | Sep 30 | 487.23 |

Balances only appear for days reflecting change.

This page intentionally left blank



Account Number:

░░░░ 3082

Statement Period:

Sep 1, 2021

through

Sep 30, 2021

Page 1 of 2



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786      MG                  S          Y      ST01

000031032 01  SP       000638957738267 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                    *To Contact U.S. Bank*

**24-Hour Business**

**Solutions:**                                    *1-800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                                    *usbank.com*

## INFORMATION YOU SHOULD KNOW

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## U.S. BANK SILVER - BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association                                    **Account Number** ░░░░░ **-3082**

### Account Summary

|  | # Items |  |  | Number of Days in Statement Period | 30 |
|---|---|---|---|---|---|
| Beginning Balance on Sep 1 |  | $ | 1,354.76 |  |  |
| Other Deposits | 10 |  | 9,838.06 |  |  |
| Other Withdrawals | 7 |  | 9,349.00- |  |  |
| **Ending Balance on  Sep 30, 2021** |  | **$** | **1,843.82** |  |  |

### Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Sep 1 | Mobile Banking Transfer | From Account 145574737212 |  | $ 1,200.00 |
| Sep 3 | Electronic Deposit REF=212450181636030N00 | From CLUBREADY 4464545600REMIT 337333739_2590N |  | 2.04 |
| Sep 3 | Electronic Deposit REF=212450181610630N00 | From CLUBREADY 4464545600REMIT 337233721_2590N |  | 292.71 |
| Sep 8 | Electronic Deposit REF=212500246012590N00 | From CLUBREADY 4464545600REMIT 337933791_2590N |  | 838.66 |
| Sep 10 | Electronic Deposit REF=212520075859270N00 | From CLUBREADY 4464545600REMIT 338333836_2590N |  | 835.64 |
| Sep 14 | Electronic Deposit REF=212560184210830N00 | From CLUBREADY 4464545600REMIT 338733878_2590N |  | 1,491.39 |
| Sep 17 | Electronic Deposit REF=212600057091650N00 | From CLUBREADY 4464545600REMIT 339433947_2590N |  | 755.30 |
| Sep 21 | Electronic Deposit REF=212630137445450N00 | From CLUBREADY 4464545600REMIT 339833988_2590N |  | 2,119.47 |
| Sep 24 | Electronic Deposit REF=212660120693600N00 | From CLUBREADY 4464545600REMIT 340434046_2590N |  | 1,126.33 |
| Sep 28 | Electronic Deposit REF=212700124782840N00 | From CLUBREADY 4464545600REMIT 340734076_2590N |  | 1,176.52 |
|  |  | **Total Other Deposits** | **$** | **9,838.06** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Sep 3 | Mobile Banking Transfer | To Account 145574953090 |  | $ 1,000.00- |
| Sep 14 | Mobile Banking Transfer | To Account 145574737212 |  | 2,400.00- |
| Sep 15 | Electronic Withdrawal REF=212570113748300N00 | To MCNAIR & ASSOCIA 1833356958PAYMENT  163162143695 |  | 950.00- |
| Sep 16 | Mobile Banking Transfer | To Account 145574953090 |  | 1,000.00- |
| Sep 17 | Electronic Withdrawal REF=212590141895910N00 | To MCNAIR & ASSOCIA 1833356958PAYMENT  163178960744 |  | 399.00- |



**BALANCE YOUR ACCOUNT**

To keep track of your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error,  he following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



Case 21-40986-btf11   Doc 86   Filed 03/04/22   Entered 03/04/22 09:57:35   Desc Main
Document   Page 24 of 25

SG MCINTOSH LLC
10065 N OAK TRFY
KANSAS CITY, MO 64157-7625

**Business Statement**

Account Number:
                                    3082

Statement Period:
Sep 1, 2021
through
Sep 30, 2021

Page 2 of 2



---

## U.S. BANK SILVER - BUSINESS CHECKING                               (CONTINUED)

U.S. Bank National Association                                 **Account Number**          -3082

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 28 | Mobile Banking Transfer | To Account 145574953090 | | 800.00- |
| Sep 28 | Mobile Banking Transfer | To Account 145574737212 | | 2,800.00- |
| | | **Total Other Withdrawals** | $ | **9,349.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 1 | 2,554.76 | Sep 14 | 2,615.20 | Sep 21 | 3,140.97 |
| Sep 3 | 1,849.51 | Sep 15 | 1,665.20 | Sep 24 | 4,267.30 |
| Sep 8 | 2,688.17 | Sep 16 | 665.20 | Sep 28 | 1,843.82 |
| Sep 10 | 3,523.81 | Sep 17 | 1,021.50 | | |

Balances only appear for days reflecting change.

This page intentionally left blank