**Fill in this information to identify the case:**

Debtor Name  SG McIntosh LLC

United States Bankruptcy Court for the: Western District of Missouri

Case number:  21-40986

☒ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          October          **=1st Amended=**

Date report filed:  11/15/2021
                    MM / DD / YYYY

Line of business:  Fitness

NAISC code:  9063

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                   SG McIntosh LLC

Original signature of responsible party

Printed name of responsible party          Scott T McIntosh

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☒ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☒ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  SG McIntosh LLC                                    Case number 21-40986

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 2,028.84

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 10,610.22

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 10,415.79

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 194.43

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 2,223.27

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

(Exhibit E)

$ _____

Debtor Name  SG McIntosh LLC                                    Case number  21-40986

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ _____607.45_____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                             24

27. What is the number of employees as of the date of this monthly report?               27

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ ____0.00____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ____0.00____

30. How much have you paid this month in other professional fees?                         $ ____0.00____

31. How much have you paid in total other professional fees since filing the case?        $ ____0.00____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 9,200.00 | − | $ 10,610.22 | = | $ -1,410.22 |
| 33. **Cash disbursements** | $ 8,200.00 | − | $ 10,415.79 | = | $ -2,215.79 |
| 34. **Net cash flow** | $ 1,000.00 | − | $ 194.43 | = | $ 805.57 |

35. Total projected cash receipts for the next month:                                     $ _____

36. Total projected cash disbursements for the next month:                              − $ _____

37. Total projected net cash flow for the next month:                                   = $ _____

Debtor Name  SG McIntosh LLC _____     Case number 21-40986 _____

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

## Exhibit A

DIP accounts are setup and most money transferred to Axos on 10/21/21

Closing accounts at US Bank will be done by 11/15/21

I am not aware of any payments I need to make to the U.S. Trustee or Bankruptcy Administrator yet.

# Exhibit B

Until I get all money transferred and ensure all automatic payments are stopped, I will keep these accounts open.

I have sold some equipment from the 9Round on N Ash Ave.  List has been supplied

I was paying all bills except for my lease payments

# Oct Exhibit C

| Date | Transaction Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|
| 10/01/202: | Deposit | Clubready | Electronic Deposit 10/01 Clubready | Checking 3082 | $ 1,355.28 |
| 10/05/202: | Deposit | Clubready | Electronic Deposit 10/05 Clubready | Checking 3082 | $ 944.98 |
| 10/05/202: | Deposit | Clubready | Electronic Deposit 10/05 Clubready | Checking 3082 | $ 216.90 |
| 10/08/202: | Deposit | Clubready | Electronic Deposit 10/08 Clubready | Checking 3082 | $ 663.95 |
| 10/13/202: | Deposit | Clubready | Electronic Deposit 10/13 Clubready | Checking 3082 | $ 1,220.21 |
| 10/15/202: | Deposit | Clubready | Electronic Deposit 10/15 Clubready | Checking 3082 | $ 1,456.17 |
| 10/19/202: | Deposit | | MyDeposit 796321591018470 | Axos AR 2997 | $ 300.00 |
| 10/19/202: | Deposit | Clubready | Electronic Deposit 10/19 Clubready | Checking 3082 | $ 1,399.18 |
| 10/22/202: | Deposit | Clubready | Electronic Deposit 10/22 Clubready | Checking 3082 | $ 971.75 |
| 10/26/202: | Deposit | Clubready | Electronic Deposit 10/26 Clubready | Checking 3082 | $ 1,099.39 |
| 10/29/202: | Deposit | | ACH Credit REMIT 3454 CLUBREADY CCD | Axos AR 2997 | $ 982.41 |
| **Total** | | | | | **$ 10,610.22** |

**EXHIBIT D**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 10/04/20 21 | Expense | | Yelp Inc | Recurring Debit Purchase 10/01 Card 1030yelpinc*855 380 Www.yelp.comca | Checking 3090 | $ 762.49 |
| 10/08/20 21 | Expense | | Cintas Corporation | Electronic Withdrawal Cintascorporatio | Checking 3090 | $ 67.58 |
| 10/13/20 21 | Expense | | Perkville | Debit Purchase -visa 10/12 Card 1030prk*perkville In415-7234318 Ca | Checking 3090 | $ 168.00 |
| 10/13/20 21 | Expense | | US Bank | Online Ext Tfr Withdrawal Steabk Ck Webxfr | Checking 3090 | $ 10.00 |
| 10/15/20 21 | Expense | | US Bank | Analysis Service Charge | 9 Round Payroll (7212) | $ 33.00 |
| 10/27/20 21 | Expense | | US Bank | Online Ext Tfr Withdrawal Steabk Ck Webxfr | Checking 3090 | $ 10.00 |
| 10/25/20 21 | Expense | | 9round Franchising, LLC | POS Sig-based Transaction DBT CRD 1448 10/23/21 12945295 9ROUND FRANCHISING LLC 864-962-46 | Axos AP 2989 | $ 515.79 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | heartrate monitor fee | -Split- | $ 139.00 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | corporate fee | -Split- | $ 80.00 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | franchise fee | -Split- | $ 449.00 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | insurance fee | -Split- | $ 118.00 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | collection fees | -Split- | $ - |
| 10/31/20 21 | Journal Entry | New Mark Fees | | advertising fee | -Split- | $ 75.00 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | corporate email | -Split- | $ 2.00 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | remit statement monthly fee | -Split- | $ 9.95 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | software fee | -Split- | $ 149.00 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | other fees | -Split- | $ 143.05 |
| 10/04/20 21 | Expense | | Guidant Financial | Debit Purchase -visa 10/01 Card 1030guidant Financia888-4724455 Id | Checking 3090 | $ 139.00 |
| 10/19/20 21 | Expense | | Mcnair & Associates | Electronic Withdrawal Mcnair & Associa | Checking 3082 | $ 399.00 |
| 10/31/20 21 | Journal Entry | New Mark Fees | | credit card fees | -Split- | $ 56.37 |
| 10/05/20 21 | Expense | | Spotify | Recurring Debit Purchase 10/04 Card 1030spotify 877-778-1161ny | Checking 3090 | $ 15.99 |
| 10/08/20 21 | Expense | | When I Work | Recurring Debit Purchase 10/06 Card 1030wheniwork.com Wheniwork.comn | Checking 3090 | $ 62.32 |
| 10/26/20 21 | Expense | | Spotify | Recurring Debit Purchase 10/24 Card 1030spotify Usa 877-7781161 Ny | Checking 3090 | $ 9.99 |
| 10/12/20 21 | Expense | | AP Intego | Electronic Withdrawal Apintego | 9 Round Payroll (7212) | $ 29.58 |
| 10/26/20 21 | Expense | | AP Intego | Electronic Withdrawal 10/25 Apintego | 9 Round Payroll (7212) | $ 22.54 |
| 10/04/20 21 | Expense | | Gusto | Electronic Withdrawal Gusto | 9 Round Payroll (7212) | $ 189.00 |
| 10/21/20 21 | Deposit | | Gusto | ACH Credit BVC 945304 GUSTO CCD 021000022260278 SG McIntosh, LLC INDIVIDUAL | Axos Payroll 3011 | $ (0.06) |
| 10/21/20 21 | Expense | | Gusto | ACH Debit BBV 945305 GUSTO CCD 021000027995998 SG McIntosh, LLC INDIVIDUAL | Axos Payroll 3011 | $ 0.06 |
| 10/21/20 21 | Deposit | | Gusto | ACH Credit BVC 945304 GUSTO CCD 021000022260273 SG McIntosh, LLC INDIVIDUAL | Axos Payroll 3011 | $ (0.08) |
| 10/21/20 21 | Expense | | Gusto | ACH Debit BBV 945305 GUSTO CCD 021000027995993 SG McIntosh, LLC INDIVIDUAL | Axos Payroll 3011 | $ 0.08 |
| 10/13/20 21 | Journal Entry | Gusto | | Employer Taxes | -Split- | $ 262.76 |
| 10/27/20 21 | Journal Entry | Gusto | | Employer Taxes | -Split- | $ 313.74 |
| 10/13/20 21 | Journal Entry | Gusto | | Regular Wages | -Split- | $ 2,477.68 |
| 10/27/20 21 | Journal Entry | Gusto | | Regular Wages | -Split- | $ 2,959.06 |
| 10/27/20 21 | Expense | | Block & Company, Inc | Inclearing Check 797109111015430 1002 | Axos AP 2989 | $ 2,664.19 |
| 10/28/20 21 | Deposit | | Block & Company, Inc | Return Item Credit 1002 | Axos AP 2989 | $ (2,664.19) |
| 10/01/20 21 | Expense | | Zipwhip | Debit Purchase -visa 09/30 Card 1030zipwhip 855-947-9447wa | Checking 3090 | $ 99.00 |
| 10/04/20 21 | Expense | | EVERGY MO WES | Web Authorized Pmt Evergy Mo West | Checking 3090 | $ 426.98 |
| 10/13/20 21 | Expense | | Zipwhip | Debit Purchase -visa 10/12 Card 1030zipwhip 855-947-9447wa | Checking 3090 | $ 99.00 |
| 10/18/20 21 | Expense | | Ted's Trash Service | Debit Purchase -visa 10/15 Card 1030teds Trash Servi816-2521594 Mo | Checking 3090 | $ 80.00 |
| 10/28/20 21 | Expense | | Spire | Debit Purchase -visa 10/27 Card 1030spire Bill Pay 800-582-1234mo | Checking 3090 | $ 41.92 |
| **Total** | | | | | | **$ 10,415.79** |

# Exhibit F

| Name | Invoice ID | Payment Due | Days Past Due | Desc | Amount | City | State | ZIP | Cell |
|---|---|---|---|---|---|---|---|---|---|
| Anna King | 181318192 | 8/1/2021 | 106 | Late Fee For Invoice 162978208 | $  20.00 | Liberty | MO | 64068 | (816) 872-2510 |
| Misty Nguyen | 180029999 | 9/15/2021 | 61 | 12 Month Term | $  79.00 | Kansas city | MO | 64157 | (720) 301-6505 |
| Matt Harvey | 180030627 | 9/15/2021 | 61 | 12 Month Term | $  67.15 | Kansas City | MO | 64157 | (720) 837-6868 |
| Anna King | 162978209 | 9/17/2021 | 59 | 12 Month Term | $  59.00 | Liberty | MO | 64068 | (816) 872-2510 |
| Shivohn Cambiano | 182847655 | 9/22/2021 | 54 | 3 Month term into M2M | $  55.00 | Kansas City | MO | 64155 | (816) 547-5501 |
| Madison Allshouse | 183968415 | 10/5/2021 | 41 | 12 Month Term | $  67.15 | Liberty | MO | 64068 | (714) 470-2847 |
| Misty Nguyen | 180030000 | 10/15/2021 | 31 | 12 Month Term | $  79.00 | Kansas city | MO | 64157 | (720) 301-6505 |
| Matt Harvey | 180030628 | 10/15/2021 | 31 | 12 Month Term | $  67.15 | Kansas City | MO | 64157 | (720) 837-6868 |
| Anna King | 162978210 | 10/17/2021 | 29 | 12 Month Term | $  59.00 | Liberty | MO | 64068 | (816) 872-2510 |
| Shivohn Cambiano | 185200787 | 10/22/2021 | 24 | 3 Month term into M2M | $  55.00 | Kansas City | MO | 64155 | (816) 547-5501 |
| Total | | | | | $  607.45 | | | | |



Date 10/29/21  
Primary Account ████2989  
Page 1

SG MCINTOSH, LLC  
DEBTOR IN POSSESSION, CASE #  
21-40986-BTF11, ACCOUNTS PAYABLE  
10005 N MARSH AVE  
KANSAS CITY MO 64157

Account Title:   SG MCINTOSH, LLC  
DEBTOR IN POSSESSION, CASE #  
21-40986-BTF11, ACCOUNTS PAYABLE

| | | | |
|---|---|---|---|
| Basic Business Checking | | Number of Enclosures | 0 |
| Account Number | ████2989 | Statement Dates 10/01/21 thru 10/31/21 | |
| Previous Balance | .00 | Days in the statement period | 31 |
| 2 Deposits/Credits | 4,164.19 | Avg Daily Ledger | 367.40 |
| 2 Checks/Debits | 3,179.98 | Avg Daily Collected | 367.40 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 984.21 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/22 | From DDA *2997,To DDA *2989 | 1,500.00 |
| 10/27 | Returned NSF Item Credit | 2,664.19 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/25 | DBT CRD 1448 10/23/21 12945295<br>9ROUND FRANCHISING LLC<br>864-962-4601  SC C#5472 | 515.79- |



Date 10/29/21             Page     2
Primary Account      ▮▮▮▮989

Basic Business Checking        ▮▮▮▮▮2989  (Continued)

### CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount |
|------|----------|--------|
| 10/27 | 1002 | 2,664.19 |

\* Indicates Skip In Check Number Sequence

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 10/01 | .00 | 10/25 | 984.21 |
| 10/22 | 1,500.00 | 10/27 | 984.21 |

*** END OF STATEMENT ***



Date 10/29/21              Page        1
Primary Account         ▮▮▮▮2971

SG MCINTOSH, LLC
DEBTOR IN POSSESSION,CASE#21-40986-BTF11
10005 N MARSH AVE
KANSAS CITY MO 64157

Account Title:          SG MCINTOSH, LLC
                        DEBTOR IN POSSESSION,CASE#21-40986-BTF11

| | | | |
|---|---|---|---|
| Basic Business Checking | | Number of Enclosures | 0 |
| Account Number | ▮▮▮▮2971 | Statement Dates   10/01/21 thru 10/31/21 | |
| Previous Balance | .00 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 10/01 | .00 |

*** END OF STATEMENT ***



Date 10/29/21  
Primary Account ████2997

SG MCINTOSH, LLC  
DEBTOR IN POSSESSION, CASE #  
21-40986-BTF11, ACCOUNTS RECEIVABLE  
10005 N MARSH AVE  
KANSAS CITY MO 64157

Account Title:  
SG MCINTOSH, LLC  
DEBTOR IN POSSESSION, CASE #  
21-40986-BTF11, ACCOUNTS RECEIVABLE

| Basic Business Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ████2997 | Statement Dates 10/01/21 thru 10/31/21 | |
| Previous Balance | .00 | Days in the statement period | 31 |
| 3 Deposits/Credits | 6,563.55 | Avg Daily Ledger | 933.54 |
| 2 Checks/Debits | 5,000.00 | Avg Daily Collected | 923.86 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,563.55 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/19 | MyDeposit | 300.00 |
| 10/21 | Wire Transfer Credit | 5,281.14 |
| | SG MCINTOSH LLC | |
| | 10005 N MARSH AVE | |
| | KANSAS CITY,MO,64157 | |
| | TRANSFER OF FUNDS TO NEW ACCOU | |
| | 20211021I1Q73AGC003919 | |
| | 20211021MMQFMP9N000374 | |
| | 10211550FT03 | |
| 10/29 | REMIT 3454 CLUBREADY | 982.41 |
| | CCD 062000016960505 | |
| | NINE ROUND - KC NEW MA | |



Date 10/29/21                    Page        2
Primary Account         ████2997

Basic Business Checking        ████ 2997 (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 10/22 | From DDA *2997,To DDA *2989 | 1,500.00- |
| 10/26 | From DDA *2997,To DDA *3011 | 3,500.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | .00 | 10/21 | 5,581.14 | 10/26 | 581.14 |
| 10/19 | 300.00 | 10/22 | 4,081.14 | 10/29 | 1,563.55 |

*** END OF STATEMENT ***



Date 10/29/21
Primary Account        ███ 3003

SG MCINTOSH, LLC
DEBTOR IN POSSESSION, CASE #
21-40986-BTF11, TAX
10005 N MARSH AVE
KANSAS CITY MO 64157

Page      1

Account Title:     SG MCINTOSH, LLC
DEBTOR IN POSSESSION, CASE #
21-40986-BTF11, TAX

| Basic Business Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ███ 3003 | Statement Dates  10/01/21 thru 10/31/21 | |
| Previous Balance | .00 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 10/01 | .00 |

*** END OF STATEMENT ***



Date 10/29/21       Page       1
Primary Account     ███ 3011

SG MCINTOSH, LLC
DEBTOR IN POSSESSION, CASE #
21-40986-BTF11, PAYROLL
10005 N MARSH AVE
KANSAS CITY MO 64157

Account Title:       SG MCINTOSH, LLC
                     DEBTOR IN POSSESSION, CASE #
                     21-40986-BTF11, PAYROLL

| Basic Business Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ███ 3011 | Statement Dates 10/01/21 thru 10/31/21 | |
| Previous Balance | .00 | Days in the statement period | 31 |
| 3 Deposits/Credits | 3,500.14 | Avg Daily Ledger | 255.12 |
| 4 Checks/Debits | 3,272.94 | Avg Daily Collected | 255.12 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 227.20 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/21 | BVC 945304 GUSTO<br>CCD 021000022260278<br>SG McIntosh, LLC | .06 |
| 10/21 | BVC 945304 GUSTO<br>CCD 021000022260273<br>SG McIntosh, LLC | .08 |
| 10/26 | From DDA *2997,To DDA *3011 | 3,500.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/21 | BBV 945305 GUSTO<br>CCD 021000027995998 | .06- |



Date 10/29/21
Primary Account            ███ 3011            Page         2

Basic Business Checking            ███ 3011   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | SG McIntosh, LLC | |
| 10/21 | BBV 945305 GUSTO | .08- |
| | CCD 021000027995993 | |
| | SG McIntosh, LLC | |
| 10/28 | TAX 043539 GUSTO | 569.71- |
| | CCD 043000096973852 | |
| | SG McIntosh, LLC | |
| 10/28 | NET 043533 GUSTO | 2,703.09- |
| | CCD 043000096966759 | |
| | SG McIntosh, LLC | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/01 | .00 | 10/26 | 3,500.00 |
| 10/21 | .00 | 10/28 | 227.20 |

*** END OF STATEMENT ***



# Business Statement

**Account Number:**

████████ 7212

**Statement Period:**

Oct 1, 2021

through

Oct 31, 2021

Page 1 of 2



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

| | | | | | |
|---|---|---|---|---|---|
| 6786 | IMG | | S | Y | ST01 |

000163325 01  SP      000638988144146 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎ *To Contact U.S. Bank*

*24-Hour Business
Solutions:*                    *1-800-673-3555*

*U.S. Bank accepts Relay Calls*

*Internet:*                    *usbank.com*

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## SILVER BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** ████ 7212

### Account Summary

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Oct 1 | | $ | 487.23 | |
| Other Deposits | 2 | | 2,950.00 | |
| Other Withdrawals | 7 | | 3,259.77- | |
| **Ending Balance on  Oct 31, 2021** | | $ | **177.46** | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct 13 | Internet Banking Transfer | From Account ████ 3082 | | $ | 2,750.00 |
| Oct 25 | Internet Banking Transfer | From Account 1████ 3082 | | | 200.00 |
| | | **Total Other Deposits** | | $ | **2,950.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct  4 | Electronic Withdrawal    REF=212770140654610N00 | To GUSTO    2453942850FEE 6437636semjqfe036 | | $ | 189.00- |
| Oct 12 | Electronic Withdrawal    REF=212850051640740N00 | To APIntego    1200708459ACHTRANS  84357227 | | | 29.58- |
| Oct 14 | Electronic Withdrawal    REF=212870076297850N00 | To GUSTO    1453942850TAX 7842166semjqh40ie | | | 484.39- |
| Oct 14 | Electronic Withdrawal    REF=212870076297790N00 | To GUSTO    1453942850NET 7838356semjqh40dv | | | 2,256.05- |
| Oct 15 | Analysis Service Charge | | 1500000000 | | 33.00- |
| Oct 21 | Mobile Banking Transfer | To Account 145574953082 | | | 245.21- |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.          $_____

5. Total lines 3 and 4.                                                                       $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.                              $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



SG MCINTOSH LLC
1000 NE 78TH ST Ave
KANSAS CITY MO 64157-7625

**Business Statement**

Account Number:

7212

Statement Period:

Oct 1, 2021

through

Oct 31, 2021

Page 2 of 2



## SILVER BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                        **Account Number 1-455-7473-7212**

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Oct 25 | Electronic Withdrawal | To APIntego | | 22.54- |
| | REF=212980087531740N00 | 1200708459ACHTRANS  84859493 | | |
| | | **Total Other Withdrawals** | **$** | **3,259.77-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Oct  4 | 298.23 | Oct 14 | 278.21 | Oct 21 | 0.00 |
| Oct 12 | 268.65 | Oct 15 | 245.21 | Oct 25 | 177.46 |
| Oct 13 | 3,018.65 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



# Business Statement

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786      MG            S        Y     ST01

Account Number:
3082

Statement Period:
Oct 1, 2021
through
Oct 31, 2021

Page 1 of 2



000136968 01  SP      000638988117789 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                          **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                                          *1-800-673-3555*

**U.S. Bank accepts Relay Calls**
**Internet:**                                          *usbank.com*

---

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

---

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We've recently uncovered a system issue that may affect your account. If you are currently receiving a truncated paper statement for which there is a $5 fee per statement cycle, a system error has prevented that fee from being applied to your account. This notice is to inform you that we will be reinstituting the fee going forward beginning with your November 2021 statement.

Please note that this fee can be easily avoided by signing up for e-statements at usbank.com/paperless. E-statements are more secure and arrive faster than paper statements.

If you have any questions about this or need assistance signing up for e-statements, our business bankers are here to help at U.S. Bank 24-hour Banking at 800-673-3555. We accept relay calls.

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

---

## U.S. BANK SILVER - BUSINESS CHECKING                    *Member FDIC*

U.S. Bank National Association                    **Account Number       -3082**

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Oct 1 | | $ | 1,843.82 | Number of Days in Statement Period | 31 |
| Other Deposits | 11 | | 9,697.46 | | |
| Other Withdrawals | 6 | | 10,330.14- | | |
| **Ending Balance on  Oct 31, 2021** | | **$** | **1,211.14** | | |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct  1 | Electronic Deposit | From CLUBREADY | | $ | 1,355.28 |
| | REF=212730160195510N00 | 4464545600REMIT 341434146_2590N | | | |
| Oct  5 | Electronic Deposit | From CLUBREADY | | | 216.90 |
| | REF=212770238068850N00 | 4464545600REMIT 341734173_2590N | | | |
| Oct  5 | Electronic Deposit | From CLUBREADY | | | 944.98 |
| | REF=212770238115250N00 | 4464545600REMIT 341934191_2590N | | | |
| Oct  8 | Electronic Deposit | From CLUBREADY | | | 663.95 |
| | REF=212800169726730N00 | 4464545600REMIT 342434247_2590N | | | |
| Oct 13 | Electronic Deposit | From CLUBREADY | | | 1,220.21 |
| | REF=212850204914540N00 | 4464545600REMIT 343034301_2590N | | | |



**BALANCE YOUR ACCOUNT**

To keep track of your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



SG MCINTOSH LLC
1000 N MARSH AVE
KANSAS CITY, MO 64157-7625

**Business Statement**

Account Number:

▇▇▇▇ 3082

Statement Period:

Oct 1, 2021

through

Oct 31, 2021

Page 2 of 2



## U.S. BANK SILVER - BUSINESS CHECKING                                  (CONTINUED)

U.S. Bank National Association                                  Account Number ▇▇▇▇-3082

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 15 | Electronic Deposit | From CLUBREADY | | 1,456.17 |
| | REF=212870149345730N00 | 4464545600REMIT 343534358_2590N | | |
| Oct 19 | Electronic Deposit | From CLUBREADY | | 1,399.18 |
| | REF=212910178463170N00 | 4464545600REMIT 343834387_2590N | | |
| Oct 21 | Mobile Banking Transfer | From Account 145574953090 | | 124.44 |
| Oct 21 | Mobile Banking Transfer | From Account 145574737212 | | 245.21 |
| Oct 22 | Electronic Deposit | From CLUBREADY | | 971.75 |
| | REF=212940079655630N00 | 4464545600REMIT 344534458_2590N | | |
| Oct 26 | Electronic Deposit | From CLUBREADY | | 1,099.39 |
| | REF=212980188581510N00 | 4464545600REMIT 344834488_2590N | | |
| | | **Total Other Deposits** | **$** | **9,697.46** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 4 | Mobile Banking Transfer | To Account ▇▇▇ 3090 | $ | 1,000.00- |
| Oct 13 | Internet Banking Transfer | To Account ▇▇▇ 7212 | | 2,750.00- |
| Oct 19 | Electronic Withdrawal | To MCNAIR & ASSOCIA | | 399.00- |
| | REF=212910197149980N00 | 1833356958PAYMENT 163454881219 | | |
| Oct 21 | Wire Debit REF003919 | AXOS BANK SAN DIEG 211021039288 | | 5,281.14- |
| | BNF=SCOTT MCINTOSH 10005 | N MARSH AVE KANSAS CIT | | |
| Oct 22 | Internet Banking Transfer | To Account ▇▇▇ 3090 | | 700.00- |
| Oct 25 | Internet Banking Transfer | To Account ▇▇▇ 7212 | | 200.00- |
| | | **Total Other Withdrawals** | **$** | **10,330.14-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 1 | 3,199.10 | Oct 13 | 2,495.14 | Oct 22 | 311.75 |
| Oct 4 | 2,199.10 | Oct 15 | 3,951.31 | Oct 25 | 111.75 |
| Oct 5 | 3,360.98 | Oct 19 | 4,951.49 | Oct 26 | 1,211.14 |
| Oct 8 | 4,024.93 | Oct 21 | 40.00 | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

6786     MG          S     Y     ST01

Account Number:

☐☐☐☐ 3090

**Statement Period:**

Oct 1, 2021
through
Oct 31, 2021

Page 1 of 2

000150221 01 SP     000638988131042 S
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO 64157-7625

☎     ***To Contact U.S. Bank***

***24-Hour Business Solutions:***     *1-800-673-3555*

***U.S. Bank accepts Relay Calls***

***Internet:***     *usbank.com*

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We've recently uncovered a system issue that may affect your account. If you are currently receiving a truncated paper statement for which there is a $5 fee per statement cycle, a system error has prevented that fee from being applied to your account. This notice is to inform you that we will be reinstituting the fee going forward beginning with your November 2021 statement.

Please note that this fee can be easily avoided by signing up for e-statements at usbank.com/paperless. E-statements are more secure and arrive faster than paper statements.

If you have any questions about this or need assistance signing up for e-statements, our business bankers are here to help at U.S. Bank 24-hour Banking at 800-673-3555. We accept relay calls.

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## U.S. BANK SILVER - BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                          **Account Number** ☐☐☐☐-3090

### Account Summary

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Oct 1 | | $ | 1,030.98 | |
| Other Deposits | 3 | | 1,723.82 | |
| Card Withdrawals | 10 | | 1,477.71- | |
| Other Withdrawals | 5 | | 639.00- | |
| **Ending Balance on Oct 31, 2021** | | $ | **638.09** | |

| Number of Days in Statement Period | 31 |
|---|---|

### Other Deposits

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Oct 4 | Mobile Banking Transfer | From Account ☐☐53082 | | | $ | 1,000.00 |
| Oct 21 | Mobile Banking Transfer | From Account 1☐☐4884 | | | | 23.82 |
| Oct 22 | Internet Banking Transfer | From Account ☐☐☐3082 | | | | 700.00 |
| | | | **Total Other Deposits** | | $ | **1,723.82** |



**BALANCE YOUR ACCOUNT**

To keep track of your transactions and to help you balance your account every month, please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



SG MCINTOSH LLC
10005 STARS RD
KANSAS CITY MO 64157-7625

**Business Statement**

Account Number:

████ 3090

Statement Period:

Oct 1, 2021

through

Oct 31, 2021

Page 2 of 2



# U.S. BANK SILVER - BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                                    **Account Number** ████ -3090

## Card Withdrawals

Card Number: xxxx-xxxx-xxxx-1030

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|------------|---|--------|
| Oct 1 | Debit Purchase - VISA ZIPWHIP ************1030 | On 100121 855-947-9447 WA REF # 24692161274100142793298 | 4100142793 | $ | 99.00- |
| Oct 4 | Debit Purchase - VISA GUIDANT FINANCIA ************1030 | On 100221 888-4724455 ID REF # 24121571275000275027136 | 5000275027 | | 139.00- |
| Oct 4 | Recurring Debit Purchase YELPINC*855 380 ************1030 | On 100121 WWW.YELP.COM CA REF # 24011341275000005743 US1 | 5000005743 | | 762.49- |
| Oct 5 | Recurring Debit Purchase SPOTIFY ************1030 | On 100421 877-778-1161 NY REF # 24492151277719537202 US1 | 7719537202 | | 15.99- |
| Oct 7 | Recurring Debit Purchase WHENIWORK.COM ************1030 | On 100621 WHENIWORK.CO MN REF # 24011341279000034370 US1 | 9000034370 | | 62.32- |
| Oct 13 | Debit Purchase - VISA ZIPWHIP ************1030 | On 101321 855-947-9447 WA REF # 24692161286100382017149 | 6100382017 | | 99.00- |
| Oct 13 | Debit Purchase - VISA PRK*PERKVILLE IN ************1030 | On 101221 415-7234318 CA REF # 24906411285132098460596 | 5132098460 | | 168.00- |
| Oct 18 | Debit Purchase - VISA TEDS TRASH SERVI ************1030 | On 101521 816-2521594 MO REF # 24755421289132891240689 | 9132891240 | | 80.00- |
| Oct 25 | Recurring Debit Purchase Spotify USA ************1030 | On 102421 877-7781161 NY REF # 24204291297004777865 US1 | 7004777865 | | 9.99- |
| Oct 28 | Debit Purchase - VISA SPIRE BILL PAY ************1030 | On 102821 800-582-1234 MO REF # 24692161301100970674690 | 1100970674 | | 41.92- |

|  | **Card 1030 Withdrawals Subtotal** | $ | **1,477.71-** |
|---|---|---|---|
|  | **Total Card Withdrawals** | $ | **1,477.71-** |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|------------|---|--------|
| Oct 4 | Electronic Withdrawal REF=212740040945870N00 | To EVERGY MO WEST 1440541877AUTOPAY 317251752468 | | $ | 426.98- |
| Oct 8 | Electronic Withdrawal REF=212800125351390N00 | To CINTASCORPORATIO 1311188630DE001 1000915723 | | | 67.58- |
| Oct 13 | Ext TFR Withdrawal REF=212850216975470N00 | STEABK CK WEBXFR 3770527921 EXT TRNSFR 3972281923 | | | 10.00- |
| Oct 21 | Mobile Banking Transfer | To Account 145574953082 | | | 124.44- |
| Oct 27 | Ext TFR Withdrawal REF=212990099562850N00 | STEABK CK WEBXFR 3770527921 EXT TRNSFR 4030763735 | | | 10.00- |

|  | **Total Other Withdrawals** | $ | **639.00-** |
|---|---|---|---|

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Oct 1 | 931.98 | Oct 8 | 457.62 | Oct 22 | 700.00 |
| Oct 4 | 603.51 | Oct 13 | 180.62 | Oct 25 | 690.01 |
| Oct 5 | 587.52 | Oct 18 | 100.62 | Oct 27 | 680.01 |
| Oct 7 | 525.20 | Oct 21 | 0.00 | Oct 28 | 638.09 |

Balances only appear for days reflecting change.

This page intentionally left blank

 **us bank**

# Business Statement

Account Number:

**4884**

Statement Period:

Oct 1, 2021

through

Oct 31, 2021

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

6786          MG                    S              Y      ST01



000123709 01  SP        000638988104530 E
SG MCINTOSH LLC
10005 N MARSH AVE
KANSAS CITY MO  64157-7625

☎                                                          ***To Contact U.S. Bank***

***24-Hour Business***
***Solutions:***                                            *1-800-673-3555*

***U.S. Bank accepts Relay Calls***
***Internet:***                                             *usbank.com*

## INFORMATION YOU SHOULD KNOW

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## PREMIUM BUSINESS CHECKING                                   *Member FDIC*

U.S. Bank National Association                                **Account Number        -4884**

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Oct 1 |  | $ | 23.82 |
| Other Withdrawals | 1 |  | 23.82- |
| **Ending Balance on  Oct 31, 2021** |  | **$** | **0.00** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct  21 | Mobile Banking Transfer | To Account      3090 |  | $ | 23.82- |
|  |  | **Total Other Withdrawals** |  | **$** | **23.82-** |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Oct  21 | 0.00 |

Balances only appear for days reflecting change.



**BALANCE YOUR ACCOUNT**
To keep track of your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.          $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.          $_____

5. Total lines 3 and 4.          $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.     $_____

7. Subtract line 6 from line 5. This is your balance.          $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error,  he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING LENDER

Member FDIC