## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | | |
|---|---|---|---|
| In re: | SG MCINTOSH, LLC | ) | Case No. 21-40986-btf |
| | | ) | Chapter 11 (Voluntary) |
| | Debtor and Debtor-in-Possession | ) | Subchapter V |

### DEBTOR'S LIST OF WITNESSES

At the March 31, 2022 telephonic hearing on confirmation of the Debtor's First Amended Subchapter V Chapter 11 Plan of Reorganization, the Debtor may call the following witnesses to testify:

1. Scott McIntosh, principal of the Debtor
2. Any witnesses required for rebuttal.
3. Any witness called by the United States Trustee or creditors.

The Debtor reserves the right to amend this designation as appropriate and to the extent permitted by the Court.

Dated: March 24, 2022              Respectfully submitted,
                                   WM Law

                                   s/ Ryan A. Blay
                                   Ryan A. Blay, MO #KS001066; KS #28110
                                   15095 W. 116th St.
                                   Olathe, KS 66062
                                   Phone (913) 422-0909 / Fax (913) 428-8549
                                   blay@wagonergroup.com
                                   ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

                                   s/ Ryan A. Blay