**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re:   SG MCINTOSH, LLC | ) | Case No. 21-40986-btf11 |
| | ) | Chapter 11 (Voluntary) |
| Debtor & Debtor-in-Possession | ) | Subchapter V |

**DEBTOR'S EXHIBIT**

| | | | | | |
|---|---|---|---|---|---|
| _____ | = | Offered & Admitted w/o objection | X | = | Offered & Admitted over objection |
| Ex. | = | Offered, but objected to and excluded | N.O. | = | Marked but not offered |
| D.B. | = | Admitted, de bene | W.D. | = | Offered then withdrawn exhibit |
| Ltd. | = | Admitted for limited purpose | | | |

| Exhibit # | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Chapter 11 Subchapter V Voluntary Petition for Non-Individual (Docket #1) |
| 2 | | | | First Amended Chapter 11 Plan (Docket #77) |
| 3 | | | | Stipulation with City of Kansas City, Missouri (Docket #84) |
| 4 | | | | Summary of Ballots (Docket #91) |
| 5 | | | | MOR for January 2022 (Docket #90)* <br><br> Docket erroneously reflects this entry as Amended. |
| 6 | | | | MOR for December 2021, Amended (Docket #89) |
| 7 | | | | MOR for November 2021, Amended (Docket #88) |
| 8 | | | | MOR for October 2021, Amended (Docket #87) |
| 9 | | | | MOR for September 2021, Amended (Docket #86) |
| 10 | | | | MOR for August 2021 (Docket #85) |
| 11 | | | | Amended Summary of Your Assets and Liabilities and Certain Statistical Information, Schedule D, Schedule E/F Filed 9/24/2021 (Docket #30) |
| 12 | | | | Amended Summary of Your Assets and Liabilities and Certain Statistical Information, Schedule A/B Filed 10/05/2021 (Docket #36) |
| 13 | | | | Stearns Bank February statement for Dooley Holding Company 401K Plan (redacted), not previously filed |
| 14 | | | | Any exhibits admitted into evidence by other parties. |

I, the undersigned CERTIFY that I have this date _____ received from the Clerk, U. S. Bankruptcy Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:


 Ryan A. Blay                                                              /s/ Ryan A. Blay
PRINTED NAME                                                      SIGNATURE

**EXHIBIT INDEX CONTINUED**

Case No.   21-40986-btf11                                                    Page No.

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Instructions: Provide to appropriate Courtroom Deputy in paper form.  Do NOT file.



**STEARNS BANK** N.A.

P.O. Box 190, Albany, MN 56307

DOOLEY HOLDING COMPANY 401K PLAN
10005 N MARSH AVE
KANSAS CITY MO 64157-7625

**Statement Ending 02/28/2022**

DOOLEY HOLDING COMPANY 401K                Page 1 of 2
**Customer Number: XXXXXXXX2491**



| Managing Your Accounts | | |
|---|---|---|
| Your Bank Info | | 500 13th St.<br>Albany, MN 56307<br>(800) 247-1922 |
| Phone Bank | | (877) 599-2265 |
| Online | | www.stearnsbank.com |
| Loan Payments | | PO Box 7510<br>St. Cloud, MN 56302 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BusinessSimple Checking | 2491 | $73,867.07 |

# BusinessSimple Checking - 2491

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2022 | Beginning Balance | $79,367.07 |
| | 0 Credit(s) This Period | $0.00 |
| | 2 Debit(s) This Period | $5,500.00 |
| 02/28/2022 | Ending Balance | $73,867.07 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 02/07/2022 | ONLINE-PHONE TRANSFER TO XXXXXX2478 2/07/22 AT 7:57 | $3,000.00 |
| 02/22/2022 | ONLINE-PHONE TRANSFER TO XXXXXX2478 2/20/22 AT 13:18 | $2,500.00 |

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 02/07/2022 | $76,367.07 | 02/22/2022 | $73,867.07 |



Member FDIC
EQUAL HOUSING LENDER

**Exhibit #13 Redacted Bank Statement from 2/2022 re Stearns Bank 401(k) Plan   Page 2 of 2**

**IMPORTANT:** Please examine this statement immediately. We will assume that the balances it shows are correct unless you notify us of any disagreement within 60 days.

---

**BALANCING YOUR CHECKING ACCOUNT FOR CONSUMER ACCOUNTS.** Before you start, enter in your checkbook any interest earned, automatic transactions or bank charges including those shown on this statement.

A. Enter deposits not shown on this statement:

Date of Deposit   Amount

B. Enter all checks, withdrawals and bank charges not shown on this statement:

outstanding
check number   amount

Follow instructions below to compare transactions recorded on your statement with those in your checkbook.

NEW BALANCE
Shown on other side   _____

PLUS Total A   _____

EQUALS   _____

MINUS Total B   _____

EQUALS your current
checkbook balance   _____

Total A

Total B

---

**ERROR RESOLUTION NOTICE FOR CONSUMER ACCOUNTS.** In case of errors or questions about your electronic transfers, telephone us at the number or write us at the address in Managing Your Accounts on the front upper-right corner of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number (if any) (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

---

**BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER CREDIT LINE ACCOUNTS.** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances, fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

**BILLING RIGHTS SUMMARY FOR CONSUMER ACCOUNTS - WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT.** If you think there is an error on your statement, write to us at the address shown on your statement. In your letter, give us the following information: (1) Account information: your name and account number (2) Dollar amount: the dollar amount of the suspected error (3) Description of the problem: if you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount. (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance. (4) We can apply any unpaid amount against your credit limit.

**Your rights if you are dissatisfied with your credit card purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Stearns Bank N.A. address listed on the front of the statement under "Managing Your Accounts". While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.