**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

IN RE:  SG McIntosh, LLC                                    CASE NO.   21-40986

      **Debtor**                                                          **CHAPTER 11**

### FIRST INTERIM APPLICATION OF SUBCHAPTER V TRUSTEE FOR ORDER APPROVING TRUSTEE FEES AS A CHAPTER 11 ADMNISTRATIVE EXPENSE

COMES NOW Robbin L. Messerli, Subchapter V Trustee, and for his application for Trustee Fees as a Chapter 11 Administrative Expense states as follows:

1.  The Debtor filed a Chapter 11 Subchapter V Voluntary Petition on August 6, 2021.

2.  The United States Trustee duly appointed the undersigned as Subchapter V trustee on August 9, 2021.

3.  Pursuant to 11 U.S.C. § 330 the Subchapter V Trustee is entitled to compensation for services in the case in addition to reimbursement for any actual and necessary expenses incurred.

4.  The undersigned Subchapter V Trustee attaches and marks as Exhibit A his timesheet summary for the hours involved in the performance of his duties as Subchapter V Trustee.

**WHEREFORE**, the Subchapter V Trustee prays the court enter an Order approving his Chapter 11 Subchapter V Trustee Fees as a Chapter 11 Administrative Expense in the amount of $3,432.00 and for such other and further relief as the Court deems just and proper.

Dated: April 4, 2022                              /s/ Robbin L. Messerli
                                                   Robbin L. Messerli, Subchapter V Trustee
                                                   P.O. Box 8686
                                                   Prairie Village, KS  66208-2618
                                                   913.662.3524
                                                   rob.messerli@gunrockvp.com

**SG McIntosh, LLC**
**Case Number 21-40986**
**Timesheet Summary for Robbin Messerli, Subchapter V Trustee**
**For the period August 9, 2021 through March 31, 2022**

| Date | Description | Hours | Rate (USD) | Total (USD) |
|---|---|---|---|---|
| 08/09/2021 | Review petition; send intro letter | 0.70 | $195.00 | $136.50 |
| 08/12/2021 | Email to debtor's attorney re: bank accounts | 0.10 | $195.00 | $19.50 |
| 08/12/2021 | Email to debtor re: additional information requests | 0.20 | $195.00 | $39.00 |
| 08/12/2021 | IDI | 1.10 | $195.00 | $214.50 |
| 08/23/2021 | Respond to debtor attorney's email about pre-conference status report | 0.10 | $195.00 | $19.50 |
| 09/14/2021 | Hearing on motion to employ, motion to pay pre-petition wages | 0.60 | $195.00 | $117.00 |
| 09/22/2021 | Review 2019 tax return; email questions to debtor's counsel | 0.30 | $195.00 | $58.50 |
| 09/29/2021 | Review P&Ls | 0.40 | $195.00 | $78.00 |
| 10/04/2021 | Status conference | 0.30 | $195.00 | $58.50 |
| 10/05/2021 | Conference call w/ debtor and attorney | 0.30 | $195.00 | $58.50 |
| 10/07/2021 | 341 meeting | 1.50 | $195.00 | $292.50 |
| 10/12/2021 | Review MOR; email issues to debtor's attorney and UST | 0.90 | $195.00 | $175.50 |
| 10/15/2021 | Review proof of claim - McFarland | 0.20 | $195.00 | $39.00 |
| 10/22/2021 | Phone call w/ debtor re: MORs | 0.10 | $195.00 | $19.50 |
| 11/03/2021 | Review revised MOR; email to debtor's attorney | 0.90 | $195.00 | $175.50 |
| 11/04/2021 | Review and respond to email from debtor's attorney requesting extension; phone call with UST | 0.70 | $195.00 | $136.50 |
| 11/10/2021 | Hearing on extension of time to file plan | 0.20 | $195.00 | $39.00 |
| 11/15/2021 | Phone call w/ debtor's attorney re: plan filing | 0.10 | $195.00 | $19.50 |
| 11/15/2021 | Review MORs | 0.50 | $195.00 | $97.50 |
| 11/16/2021 | Review plan of reorganization; email to debtor's attorney | 1.50 | $195.00 | $292.50 |
| 11/18/2021 | Status conference | 0.40 | $195.00 | $78.00 |
| 12/16/2021 | Case review; inspect bank statements; phone call w/ debtor's attorney | 0.50 | $195.00 | $97.50 |
| 12/30/2021 | Case review; phone call w/ UST | 0.70 | $195.00 | $136.50 |
| 01/14/2022 | Review proposed confirmation order; correspondence w/ debtor's attorney and UST | 0.60 | $195.00 | $117.00 |
| 01/19/2022 | Status hearing | 0.20 | $195.00 | $39.00 |
| 01/20/2022 | Email exchange w/ debtor's attorney re: plan language | 0.40 | $195.00 | $78.00 |
| 01/28/2022 | Conference call w/ debtor and debtor's attorney; develop and circulate draft cash flow pro forma for plan | 1.70 | $195.00 | $331.50 |
| 01/31/2022 | Review amended plan and projections; email recommendations to debtor's attorney | 0.80 | $195.00 | $156.00 |
| 02/03/2022 | Status conference | 0.30 | $195.00 | $58.50 |
| 02/03/2022 | Phone call w/ UST re: amended plan | 0.20 | $195.00 | $39.00 |
| 03/21/2022 | Status conference | 0.20 | $195.00 | $39.00 |
| 03/31/2022 | Confirmation hearing | 0.90 | $195.00 | $175.50 |
| | **TOTALS** | **17.60** | | **$3,432.00** |