**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | | |
|---|---|---|---|
| In re: | SG MCINTOSH, LLC | ) | Case No. 21-40986 |
| | Debtor | ) | Chapter: 11 |

### <u>INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION FROM AUGUST 6, 2021 THROUGH APRIL 30, 2022</u>

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to SG McIntosh, LLC., the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $29,544.16 and reimbursement of expenses in the amount of $584.98 for a total amount of $30,129.14 incurred from August 6, 2021 through April 30, 2022, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code. In support of this Application, WM Law respectfully represents as follows:

### BACKGROUND

1.     Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on August 6, 2021 (the "Petition Date").

2.     WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case. On September 14, 2021, this Court entered an order approving the Amended Motion to Employ WM Law as Counsel. (Doc. #24).

3.     WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $300.00 per hour for services by WM Law's attorneys and $125 per hour for paralegals.

4.     As of the filing of this Application, WM Law is holding the remaining balance of $1,382.34 in trust and would seek to apply this first to any fees and expenses approved under this motion.

5.     All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

### SUMMARY OF SERVICES RENDERED

6.     Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $29,544.16 in attorney's fees and $584.98 in expenses for fee incurred from August 6, 2021 through April 30, 2022. A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

### VALUATION OF SERVICES

7.     Attorneys and paraprofessionals of WM Law have expended a total of  121.0 hours in connection with this matter from August 6, 2021 through April 30, 2022, as fully set forth in the Summary Sheet

attached hereto as **Exhibit C.** The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from August 6, 2021 through April 30, 2022, in the amount of $29,544.16 in attorney's fees and $584.98 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

**CASE STATUS**

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.     The source of compensation sought is from the income and assets of the bankruptcy estate.

11.     The Debtor's First Amended Chapter 11 Small Business Subchapter V Plan was confirmed by this Court on April 11, 2022 as Docket #102. The Debtor has begun making payments under the confirmed plan to creditors.

12.      WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from August 6, 2021 through April 30, 2022, in the amount of $29,544.16 in attorney's fees and $584.98 in expenses in expenses for a total amount of $30,129.14 attached hereto as Exhibit A, for his review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $29,544.16 in attorney's fees and $584.98 in expenses in expenses for a total amount of $30,129.14 incurred from August 6, 2021 through April 30, 2022, and authorization to apply first the funds held in trust, in accordance with Title 11 of the United States Code.

Dated: June 13, 2022.          Respectfully submitted,
                               WM Law

                               /s/ Ryan A. Blay
                               Ryan A. Blay, MO #KS001066; KS #28110
                               15095 W. 116th St.
                               Olathe, KS 66062
                               Phone (913) 422-0909 / Fax (913) 428-8549
                               blay@wagonergroup.com
                               ATTORNEYS FOR DEBTOR SG McINTOSH, LLC

**NOTICE OF MOTION**

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2022, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

[See attached mailing matrix]

s/ Ryan A. Blay

3

Label Matrix for local noticing
0866-4
Case 21-40986-btf11
Western District of Missouri
Kansas City
Fri Aug  6 13:20:33 CDT 2021

SG McIntosh, LLC
10005 N. Marsh Ave.
Kansas City, MO 64157-7625

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Acme Company
64 Beaver Street Suite #344
New York NY 10004-2508

Block and Company, Inc.
605 W. 47Th St. Suite 100
Attn:  Rob Ebstein
Kansas City MO 64112-1905

City of Kansas City
City Hall, 2nd floor
414 E. 12th St.
Attn: Revenue Division
Kansas City MO 64106-2702

Corporation Service Company
801 Adlai Stevenson Dr
Springfield IL 62703-4261

Elevate Funding LLC
5200 NW 43rd Street Suite 102-134
Attn:  Parker Smith
Gainesville FL 32606-4484

Evergy
PO Box 219703
Kansas City MO 64121-9703

Infusion Capital LLC
420 Celebration Blvd Ste 303
Attn:  Ryan McMillan
Celebration FL 34747-0000

Internal Revenue Service
PO Box Box 7346
Philadelphia PA 19101-7346

Law Offices of Michael S. Shipley, LLC
204A East Kansas
Liberty MO 64068-2344

Mantis Funding
225 Clematis Street
Attn:  Kathleen FInk
West Palm Beach FL 33401-5564

McFarland Fitness LLC
9615 NE 98th St.
fka 9Round Kansas City, LLC
Attn:  Melissa McFarland
Kansas City MO 64157-9714

McFarland Fitness, LLC
9615 NE 98th Street
Kansas City MO 64157-9714

McFarland Fitness, LLC
9758 N Ash Ave
Kansas City MO 64157-9742

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

New Mark Delaware LLC c/o
McNeilePappas PC
14701 E. 42nd St.
Independence MO 64055-4746

Scott McIntosh
10005 N Marsh Ave
Kansas City MO 64157-7625

Spectrum
6921 West 119th St
Overland Park KS 66209-2015

Spire Gas
700 Market
Saint Louis MO 63101-1829

Star Development
244 W. Mill St., Ste 101
Attn:  Sheryl Giambalvo
Liberty MO 64068-2398

US Small Business Administration
10737 Gateway West #300
El Paso TX 79935-4910

US Small Business Administration
409 3rd Street SW
Office of the General Counsel
Washington DC 20416-0011

United States Attorney
400 East 9th Street
Room 5510
Attn:  Civil Process
Kansas City MO 64106-2637

United States Attorney General
950 Pennsylvania Avenue, NW
US Dept. of Justice
Washington DC 20530-0001

Verizon Wireless/Southeast
P.O. BOX 26055
NAT'L RECOVERY DEPT M.S. 400
Minneapolis MN 55426-0055

Yes Lender LLC
1150 1st Avenue, Suite 105
Attn:  Lauren Rex
King of Prussia PA 19406-1350

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Scott McIntosh | (d)Scott McIntosh | End of Label Matrix |
| 10005 N Marsh Ave. | 10005 N Marsh Ave. | Mailable recipients 28 |
| Kansas City MO 64157-7625 | Kansas City MO 64157-7625 | Bypassed recipients 2 |
| | | Total 30 |

# WM Law

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

June 13, 2022

***VIA E-MAIL TO:***
Scott McIntosh
10005 N. Marsh Ave.
Kansas City, MO  64157
Email:stmcintosh3@gmail.com
**Re:**                             Legal Services

Dear Mr. McIntosh:

        I hope this letter finds you well.  Thank you again for choosing our firm to represent and assist in your legal matters. Enclosed please find a copy of your billing statement and table outlining the work performed on your case for the periods noted above.  We very much appreciate timely payment within thirty (30) days of this statement.

        **Payment Methods:**

1)    Payments can be mailed to W M Law, 15095 W 116th St, Olathe, KS. 66062
2)    We accept payments via cash/check/money-order/ACH withdrawal for <u>no additional fee.</u>
3)    For your convenience, we also accept payments via credit/debit cards, and electronically through the LawPay at: https://secure.lawpay.com/pages/w-m-law/operating.
      <u>*PLEASE NOTE:</u>  payments made through LawPay via credit/debit card or electronically are subject to a **3.0% payment processing fee** charged by LawPay for any Court Processing Fees. This fee applies regardless if payment is made in-person, online, or over the phone.


        Please call should you have any questions or concerns regarding the foregoing – (913) 422-0909. Thank you.
                             WM Law


                             Pilar Perez-Wagoner
                             Accounts Receivable Manager
                             pilarperez@wagonergroup.com


## POST-PETITION ATTORNEY FEES
### Case filed:

| Date / Month Billed | Description | Payment Method | Amounts |
|---|---|---|---|
| | **There is a balance of $1,382.34 after paying all Pre-filing fees and Court Filing fees with check from Trust** Account check # 003114 in the amount of $5,355.66.FROM NOW ON, THIESE ARE POST-FILING FEES | | **0** |
| Aug. 2021 | **Post-Petition fees incurred during August 2021** | | **2,395.00** |
| Sept. 2021 | **Pot Petition fees incurred during September 2021** | | **2,439.56** |
| Oct 2021 | **Post- Petition fees incurred during October 2021** | | **$1,595** |
| Nov 2021 | **Post- Petition fees incurred during November 2021** | | **$7,047.93** |
| Dec 2021 | **Post-Petition fees incurred during** | | **$1540.00** |

WM Law



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

|  | December 2021 |  |  |
|---|---|---|---|
| Jan 2022 | Post-Petition fees incurred during January 2022 |  | **$7,682.42** |
| February 2022 | Post-Petition fees incurred during February 2022 |  | **$2563.36** |
| March 2022 | Post-Petition fees incurred during March 2022 |  | **$4320.87** |
| April 2022 | Post-Petition fees incurred during April 2022 |  | **$545** |
| 5/31/22 | **Payment via check** |  | **-$300** |
|  |  | **Current Balance:** | **$29,829.14** |

### POST-PETITION FEES Outline of Work Performed

| Date | Staff | Desc | Detail | Hours | Rate | Line Total |
|---|---|---|---|---|---|---|
| 8/10/2021 | RAB | Correspondence with US Trustee's office, Subchapter V Trustee and Mr. McIntosh | Discussion of setting time for IDI | .5 | $300 | $150 |
| 8/11/2021 | RAB | Call with Greg Pappas 913-491-4050 | Scott is a guarantor – hearing set over a month monthly payments are:<br>Through August, outstanding balance is just over $27,000<br>Monthly rent:  $2,627.33/mo<br>(water billed separately)<br>gpappas@cmplaw.net<br>We should have answer soon on what he wants to do | .5 | $300 | $150 |
| 8/11/2021 | RT | Call with client | Client called asking for RAB but he's in the middle of a work up. He said flyers were put up to lease the space he's in and thinks that's a violation of the Stay so he wants to take them down I advised he spoke with RAB before doing that. Fwd note to RAB | 0 | 0 | 0 |
| 8/12/2021 | RAB | Call with Mr. McIntosh | Discussion of resolutions with landlord. Issues with franchise in moving<br><br>I will check with Star Development's attorneys to see if we can get to the end of the month to have everything gone. | .5 | $300 | $150 |
| 8/12/2021 | RAB | Call to Michael Shipley 816-781-0299 | Left vm and e-mailed | .2 | $300 | $60 |
| 8/12/2021 | RAB | Initial Debtor Interview | Conference with Subchapter V Trustee, Mr. McIntosh and Dao from US Trustee's office (case analyst) | 1.2 | $300 | $360 |
| 8/13/2021 | RAB | Called and left vm for Michael Shipley | After speaking with Mr. McIntosh, offered $2,000 for two additional weeks in the premises to vacate | .4 | $300 | $120 |

# KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

## WM Law

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 8/13/2021 | RAB | Correspondence regarding payment to be made today by Scott McIntosh to attorney Shipley's client | Payment agreement reached | .5 | $300 | $150 |
|---|---|---|---|---|---|---|
| 8/19/2021 | RAB | Review of 9Round letter/e-mail to Mr. McIntosh regarding "voluntary abandonment" of Ash St. property | Responded to Brian Burke and legal department and requested discussion regarding whether this is an executory contract | 1.5 | $300 | $450 |
| 8/20/2021 | RAB | Call with 9Round legal regarding franchise agreement | I explained the circumstances surrounding the eviction action against McFarland Fitness from one of the locations and legal indicated they wanted to work with Scott and that they would file a claim for liquidated damages. Later, they e-mailed me a copy of the franchise agreement for my review | 1.0 | $300 | $300 |
| 8/23/2021 | RAB | E-mail to attorney Pappas to follow up on September rent | E-mail to discuss September rent terms for remaining location | .2 | $300 | $60 |
| 8/23/2021 | RAB | Motion to pay employees | Obtained pay for 8/20 pay period and updated motion to pay to seek retroactive approval to pay employees | .3 | $300 | $90 |
| 8/23/2021 | DS | Filed motion to pay and prepared service thereon | Filed motion through Bestcase | .2 | $125 | $25 |
| 8/23/2021 | RAB | Reviewed Subchapter V reports from prior cases | Reviewed sample reports to use to formulate report in this matter | .5 | $300 | $150 |
| 8/24/2021 | RAB | E-mails with US Trustee | Answered questions regarding motion to pay employees | .3 | $300 | $90 |
| 8/26/2021 | RAB | Correspondence with Melissa McFarland | Discussion of anticipated payments on obligation between Debtor and ex-franchisee | .3 | $300 | $90 |
| 9/7/2021 | RAB | Correspondence with creditors, Subchapter V trustee, US trustee, and Mr. McIntosh | Discussion of rescheduling 341 meeting due to Mr. McIntosh not having employees to cover franchise location | .5 | $300 | $150 |
| 9/8/2021 | DS | Case Expense | Cost of Certificate of Service on Scheduling Order (Doc 19), 2021-9-2.pdf = $16.66 | 0.0 | $0.00 | $16.66 |
| 9/9/2021 | RAB | 341 meeting | Conducted 341 meeting but continued to 10/7 for Mr. McIntosh's appearance | .5 | $300 | $150 |
| 9/9/2021 | RAB | Post-341 meeting task list | E-mailed by US Trustee and forwarded to client for further discussion and in-person meeting | .5 | $300 | $150 |

3

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law

Here to Help.

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 9/10/2021 | RAB | Client e-mails to set time to meet | Discussion of sale of gym equipment and status of various items on task list | .5 | $300 | $150 |
|---|---|---|---|---|---|---|
| 9/14/2021 | RAB | E-mail from Scott | Email regarding Tax returns in the Dooley Holding returns. Insurance to finalize equipment insurance. Finalizing the DIP accounts. PP loan formation. Sell of the equipment & itemized list. Upcoming Meeting with Ryan B. | .5 | $300 | $150 |
| 9/14/2021 | RAB | Court hearings | Motion to employ and motion to pay pre-petition wages<br>Employment application approved subject to Missouri Mining factors<br><br>Motion for order authorizing retroactive pay approved with text order | .8 | $300 | $240 |
| 9/17/2021 | RAB | Meeting with Mr. McIntosh | Called and prepared declaration of Keith at McNair & Associates for motion to employ accountant; he will e-mail over returns and other information to us<br><br>Began drafting amended schedules D-F to list debts owed with amounts<br><br>Obtained insurance documents and e-mailed to US Trustee and Subchapter V Trustee – we are waiting on 2020 and 2019 tax returns, financial statements, list of equipment and equipment sold for amended schedule A/B, declaration back from Keith for motion to employ debtor and operating report for Aug. 6-31 | 2.0 | $300 | $600 |
| 9/22/2021 | RAB | Prepared pre-conference status report | Prepared and sent to paralegal DS for filing | 1.0 | $300 | $300 |
| 9/22/2021 | DS | Pre-Conf Status Report | RAB drafted and I revised format & filed: Status Report, 2021-9-22.pdf<br>POF Status Report, 2021-9-22.pdf | .3 | $125 | $37.50 |
| 9/24/2021 | DS | Motion to Sell Gym Equipment | Revised formatting and filed: Motion to Sell, 2021-9-24.pdf POF Motion to Sell, 2021-9-24.pdf | .3 | $125 | $37.50 |
| 9/24/2021 | DS | Case Expense | Cost of service of above Motion = $16.13 | 0.0 | $0.00 | $16.13 |
| 9/24/2021 | DS | Added Creditors | Prepared and filed:<br>Amended Schedules D,E,F, 2021-9-24.pdf<br>Amended Matrix, 2021-9-24.pdf<br>Notice of Added Creditors, 2021-9-24.pdf<br>Verification re Amd D,E, F, SIGNED, 2021-9-24.pdf<br><br>POF Notice of Added Creditors, 2021-9-24.pdf<br>POF Amended Schedules D,E,F, 2021-9-24.pdf<br>POF Amended Matrix, 2021-9-24.pdf<br>POF Verification re Amd D,E, F, SIGNED, 2021-9-24.pdf | .8 | $125 | $100 |

4

# WM ⚖ LAW

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/24/2021 | DS | Case Expense | Court Filing Fee for Added Creditors = $32.00 Cost of Service of above Notice w/ Dec = $9.77 | 0.0 | $0.00 | $41.77 |
| 9/27/2021 | RAB | E-mails to Mr. McIntosh regarding upcoming 341 meeting, Subchapter V status conference, and monthly operating report/other documents needed | Received documents from Mr. McIntosh to tender to US Trustee (.3)  Prepared amended schedule A/B with itemized gym equipment (.3)  E-mailed Subchapter V trustee and US trustee's office with copy of 2-year profit & Loss to answer Mr. Messerli's questions about financial projections and tax returns.(.4) | 1.0 | $300 | $300 |
| 10/4/2021 | RAB | Call to Scott prior to status conference | Checking in on promised financials.  Left voicemail and sent e-mail. | .5 | $300 | $150 |
| 10/4/2021 | RAB | Status Conference with court | Advised court of current situation | .5 | $300 | $150 |
| 10/5/2021 | DS | Verification re Amd A/B | Pulled and prepared these that Debtor and RAB went over at last meeting: Amended Schedules A&B re Gym Equipment, 2021-9-28.pdf Revised this to fit filing format: Inventory Both Locations and Items Sold_DS Revisions.xlsx Debtor needs to sign a Verification for those. Emailed him review & e-Sign: Verification re Amd A&B for Gym Equip, for REVIEW, 2021-9-28.pdf | .8 | $125 | $100 |
| 10/5/2021 | DS | "  " | Received Verification and filed. POF Amended Schedules A&B re Gym Equipment, 2021-9-28.pdf POF Verification re Amd A&B for Gym Equip, SIGNED, 2021-10-5.pdf | .2 | $125 | $25 |
| 10/5/2021 | RAB | Call with Scott and with Subchapter V Trustee Rob Messerli | Discussion with trustee regarding financial status of business | .7 | $300 | $210 |
| 10/6/2021 | RAB | Preparation for 341 meeting tomorrow including review of schedules | E-mailed schedules and amendments to Scott with reminder of tomorrow's 341 call | .5 | $300 | $150 |

# KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 10/7/2021 | RAB | 341 Meeting of Creditors | Task list includes need to file motion for cash collateral and motion to employ accountant<br>We need to turn over 2020 tax returns when they are completed<br>August MOR is due and should be filed today or tomorrow.<br>commercial liability insurance is expiring on Nov. 7 and needs to be reviewed<br>Review SOFA – Amend to list PPP money both 2020 and 2021<br>D and E/F to provide dates and amounts for creditors<br>A/B for property values<br>Mail rent for October<br>Meeting concluded | 1.5 | $300 | $450 |
|---|---|---|---|---|---|---|
| 10/8/2021 | RAB | E-mail from Sherri Wattenberger at US Trustee's Office. | Ryan.<br>As I mentioned at the 341 meeting, we have the following outstanding deficiencies:<br>• 2020 tax return (you were correct that we received the 2019 tax return, my apologies)<br>• Aug MOR<br>In addition, please submit the following:<br>• Updated certificate of insurance for general commercial liability<br>• Amended Sch A/B to correct valuation of assets #22 and #39<br>• Amended Schedule D to list complete information including dates incurred and amounts owed<br>• Amended SOFA Q #2 to list PPP loan proceeds<br>Thank you,<br>Sherri<br>Follow-up from Rob Messerli<br>Sherri,<br>FYI, I interviewed Mr. McIntosh earlier this week and covered much of the ground discussed yesterday in the 341. He is to send me a compilation of his current membership data – contract duration, price and renewal date – so I can assist with developing the cash flow forecast. Ryan, if you would please remind him as I'm sure his head is swimming right now.<br>Thanks | .5 | $300 | $150 |
| 10/18/2021 | RAB | Amendments | Drafted verification and e-mailed to Scott with questions for Amended D-F, A/B, SOFA along with questions to complete schedules | .7 | $300 | $210 |
| 11/4/2021 | DS | Plan Extension | Filed and served: Motion to Extend re Plan, 2021-11-4.pdf | .6 | $125 | $75 |
| **11/4/2021** | **DS** | **Case Expense** | **Cost of service of above pleadings = $16.13** | **0.0** | **0.0** | **$16.13** |

6

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/4/2021 | RAB | Plan Extension | Drafted above motion for filing, and emails with UST on agreed extension date of 11/15/2021. | 1.0 | $300 | $300 |
| 11/8/2021 | DS | COS Amended Schedules | On 11/4 I ordered a COS on Notice and Order Setting Hearing on the Motion to Extend Time to file a Plan. Filed today: POF COS re Notice & Order on MT Extend, 2021-11-8.pdf<br><br>Emailed client to review/sign: Verification re Amd A, B, D, & SOFA, SIGNED 2021-11-8.pdf, and filed with Amended Schdules A,B, D, & SOFA, 2021-11-8.pdf<br>POF Amended Schdules A,B, D, & SOFA, 2021-11-8.pdf<br>POF Verification re Amd A, B, D, & SOFA, SIGNED 2021-11-8.pdf | .8 | $125 | $100 |
| **11/8/2021** | **DS** | **Case Expense** | **Service cost of serving Notice and Order on Motion to Extend Time to file Plan = $21.58** | **0.0** | **$0.0** | **$21.58** |
| 11/9/2021 | RAB | Chapter 11 Plan | Began drafting Chapter 11 plan | 2.0 | $300 | $600 |
| 11/10/2021 | RAB | Hearing with court on motion to extend time to 11/15 to file plan | Extension granted by court | .5 | $300 | $150 |
| 11/10/2021 | RAB | Continued work on Chapter 11 Plan | Drafted further plan details and e-mailed to client for review | 3.0 | $300 | $900 |
| 11/12/2021 | RAB | Work on liquidation analysis and further plan development | Ran liquidation analysis and revised plan further | 3.0 | $300 | $900 |
| 11/15/2021 | RAB | Review monthly operating reports for August-October 2021 | Review reports prior to filing | 1.5 | $300 | $450 |
| 11/15/2021 | DS | Filing MORs for August-October 2021 | Filed MORs | 1.5 | $125 | $187.5 |
| 11/15/2021 | RAB | Work on Chapter 11 plan | Includes discussions with Mr. McIntosh and with Rob Messerli, Subchapter V Trustee | 5.0 | $300 | $1500 |
| 11/15/2021 | DS | Filed Chapter 11 Plan | Filed plan and attachments and began balloting process. POF Chapter 11 Plan, 2021-11-15.pdf | 1.0 | $125 | $125 |
| **11/15/2021** | **DS** | **Case Expense** | **Cost of service of above Plan = $30.51** | **0.0** | **$0.00** | **$30.51** |
| 11/16/2021 | RAB | Correspondence from Rob Messerli | Reviewed notes on Chapter 11 plan from Mr. Messerli and made notes to discuss questions/issues with Mr. Mcintosh | 1.0 | $300 | $300 |

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2021 | RAB | Call with court to set dates for plan/balloting | Discussion of early confirmation issues<br><br>Plan mailings due 11/24; ballots due 12/22; ballot summary – 12/28<br>deadline for objections – due by 1/4/22<br>Confirmation hearing the week of Jan 10th - Tuesday 1/11/2022 at 9 AM by phone<br>Witness/Exhibit lists due 1/7/2022 | .5 | $300 | $150 |
| 11/18/21 | DS | Ballots | Reorganizing Proof of Claims and amended Claims to also include their exhibits and attachments; drafting summary of creditor Classes and ballots.  Emailed RAB to review before drafting ballots:  Ballots\ Ballot Summary & Creditor List, 2021-11-18.xlsx. | 6.0 | $125 | $750 |
| 11/19/21 | DS | Ballots | RAB approved above Summary.  Drafted Ballots and Certificate of service.  Served Plan, Ballots, and Notice and Order re Hearing and deadlines. COS re Plan, Ballots, Notice & Order, 2021-11-19.pdf POF COS re Plan, Ballots, Notice & Order, 2021-11-19.pdf | 3.8 | $125 | $475.00 |
| **11/19/21** | **DS** | **Case Expense** | **Postage costs of service of Ballots, Plan, and Notice and Order = $17.21.** | **0.0** | **$0.00** | **$17.21** |
| 12/1/2021 | RAB | E-mails with Mr. McIntosh and CPA regarding tax returns | Request for updated status of 2020 tax returns | .2 | $300 | $60 |
| 12/3/2021 | RAB | Creditor questions regarding plan | Answered questions from 9Round corporate and from counsel for McFarlands on plan language | .6 | $300 | $180 |
| 12/16/2021 | DS | Return Ballot<br><br>Attorney Fee Disclosures | Scanned  Ballots\Return Ballot Class 6 re 9Round Franchising - Accepting $36,000 GUNC, 2021-12-6.pdf<br><br>Filed: Amended Atty Disclosure Stmnt, 2021-12-16.pdf Application to Employ Supplement, 2021-12-16.pdf<br><br>POF Amended Atty Disclosure Stmnt, 2021-12-16.pdf POF Application to Employ Supplement, 2021-12-16.pdf | .5 | $125 | $62.50 |
| 12/16/2021 | RAB | Drafted amended attorney compensation form and supplement to fee application | Drafted to better explain WM Law's use of earned pre-petition funds | NC | NC | 0.00 |
| 12/16/2021 | RAB | Correspondence with Mr. Mcintosh | Status of DIP accounts, other requested information from US Trustee | .3 | $300 | $90 |

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 12/16/2021 | RAB | Call to Rob Messerli | Discussion of status of tax returns, questions from Mr. Messerli on Chapter 11 plan and supplements | .5 | $300 | $150 |
|---|---|---|---|---|---|---|
| 12/16/2021 | RAB | Review and submit September and October AXOS DIP account statements to US Trustee | Copy to Subchapter V Trustee | .5 | $300 | $150 |
| 12/16/2021 | RAB | Taxes | E-mail to accountants regarding status of 2020 tax returns for use in reviewing tax claims | .3 | $300 | $90 |
| 12/21/2021 | RAB | Call with Court | Status conference on amended disclosure statement and supplement to employment application plus resetting confirmation hearing date | .5 | $300 | $150 |
| 12/21/2021 | RAB | E-mails with Mr. McIntosh | Obtained tax returns; advised of new confirmation hearing date | .4 | $300 | $120 |
| 12/28/2021 | DS | Ballot Summary | Drafted had RAB approve, and filed: Ballot Summary, 2021-12-28.pdf POF Ballot Summary, 2021-12-28.pdf | .3 | $125 | $37.50 |
| 12/30/2021 | RAB | Objection to confirmation filed by New Mark | Reviewed objection and e-mailed attorney Hayden to discuss resolutions | 1.0 | $300 | $300 |
| 12/30/2021 | RAB | E-mails with Mr. McIntosh | Discussing status of November MOR and loan information for funding plan | .5 | $300 | $150 |
| 1/4/2021 | RAB | Review objections to confirmation of plan | Reviewed objections from creditors and United States Trustee; e-mailed client to discuss in the future | 2.0 | $300 | $600 |
| 1/5/2021 | RAB | Call to Mr. McIntosh regarding objections to confirmation of plan | Discussion focusing on feasibility objection of US Trustee | .5 | $300 | $150 |
| 1/12/2021 | RAB | Work on proposed confirmation order to circulate to US Trustee and objecting creditors | Drafted proposed confirmation order and e-mailed to US Trustee, Subchapter V Trustee, and objecting creditors | 3.0 | $300 | $900 |
| 1/14/2022 | DS | MT Cont. Conf Hearing | RAB had me file: Motion to Continue Confirmation Hearing, 2022-1-14.pdf POF Motion to Continue Confirmation Hearing, 2022-1-14.pdf Sent msg to RAB asking for grounds to expedite above motion and started drafting: Motion to Expedite MT Cont, 2022-1-14.doc.. and filed. POF Motion to Expedite MT Cont, 2022-1-14.pdf | .4 | $125 | $50 |
| **1/14/2022** | **DS** | **Case Expense** | **Cost of service of above pleadings = $19.92** | **0.0** | **$0.00** | **$19.92** |

9

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/14/2022 | DS | MOR re 11/2021 | Compiled MOR docs & Exhibits, scanned, redacted and filed: MOR re 2021-11, 2022-1-14.pdf  There might be formatting/metadata issues with this because I had to print and scan the Axos statements because they were saved as as secured (unable to add secured pdf to other pdf docs). POF MOR re 2021-11, 2022-1-14.pdf | .7 | $125 | $87.50 |
| 1/20/2022 | DS | MOR re 12/2021 | Scanned and redacted bank statements, compiled MOR docs/exhibits and filed: MOR re 2021-12, 2022-1-20.pdf POF MOR re 2021-12, 2022-1-20.pdf | .4 | $125 | 50 |
| 1/25/2022 | RAB | Meeting with Errin Stowell to discuss new plan | Reviewed sample Chapter 11 Sub V plans from prior confirmed cases, discussed reformatting and updating plan and incorporating new exhibits | 2.5 | $300 | $750 |
| 1/26/2022 | RAB | E-mail correspondence with Mr. McIntosh | Discussing status of accessing personal funds, status of current cases, and advising further discussions with Subchapter V Trustee about membership | .5 | $300 | $150 |
| 1/28/2022 | RAB | Zoom call with Mr. McIntos and subchapter V trustee Mr. Messerli to discuss financials | Discussed proposed revisions to plan and financial status.  Mr. Messerli to send financial pro forma sample to review | 1.0 | $300 | $300 |
| 1/29/2022 | EPS | Draft amended Chapter 11 plan for review | Reformatted plan and incorporated sample financials in effort to seek consensual plan | 5.0 | $300 | $1500 |
| 1/30/2022 | EPS | Continued drafting Chapter 11 plan | Finished revisions to plan and supporting documents | 4.0 | $300 | $1200 |
| 1/30/2022 | RAB | Reviewed amended Chapter 11 plan and submitted to Mr. McIntosh for review | Reviewed for feasibility and timely payments to priority and secured creditors, landlord, and administrative fees | 4.0 | $300 | $1200 |
| 1/31/2022 | RAB | Review feedback from Mr. Messerli on proposed plan and budget projections | Revised projections and plan to provide for interest to taxing authorities and submitted final plan for client review and approval for filing | 2.0 | $300 | $600 |

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law
*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| Date | | | | | | | |
|------|------|------|------|------|------|------|------|
| 1/31/2022 | DS | Filed amended Chapter 11 plan | Call with client to follow up on approval of Plan. RAB sent Plan draft, added exhibits/formatting, and filed:<br>Filed: Chapter 11 Plan, 1st Amended, 2022-1-31.pdf<br>POF Chapter 11 Plan, 1st Amended, 2022-1-31.pdf | 1.0 | $125 | $125 |
| 2/2/2022 | DS | Notice of Hearing on 1st Amended Plan | Drafted/filed/served COS re Notice of Hearing<br>POF COS re Notice of Hrng on 1st Amd Plan, 2022-2-2.pdf | .2 | $125 | $25 |
| **2/2/2022** | **DS** | **Case Expense** | **Costs of service of above = $20.16**<br>**Case Expenses\2021-8-6 Rcpt for COS $20.16.pdf** | **0.0** | **$0.00** | **$20.16** |
| **2/3/2022** | **RAB** | **Hearing on First Amended Chapter 13 plan** | **Attended hearing and advised Mr. McIntosh of outcome** | **1.0** | **$300** | **$300** |
| 2/9/2022 | DS | Drafting and Service of Ballots, 1st Amd Plan & Notice & Order Setting Deadlines | Drafted COS on Plan. Drafted/updated Ballot Summary for listing with COS. Drafted and served Ballots via US postage + email to parties listing emails.<br>COS re Plan, Ballots, Notice & Order, 2022-2-9.pdf<br>POF COS re Notice of Hrng on 1st Amd Plan, 2022-2-2.pdf | 5.2 | $125 | $650 |
| **2/9/2022** | **DS** | **Case Expense** | **Service Costs of above pleadings (Plan alone is 179 pages) = $368.20**<br>**Case Expenses\2022-2-9 Rcpt for COS $368.20.pdf** | **0.00** | **$0.00** | **$368.20** |
| 2/9/2022 | RAB | Review of balloting procedures | Reviewed balloting procedures with paralegal Doug Sisson to ensure formatting and balloting were all correct | 1.0 | $300 | $300 |
| 2/11/2022 | RAB | January 2022 Monthly Operating Report | Reviewed January 2022 MOR and bank statements. I e-mailed Mr. McIntosh to clarify since I believe balance on hand as of 1/31 is different than what was stated. | 1.0 | $300 | $300 |
| 2/16/2022 | RAB | Reviewed amended IRS claim and ballot notices to creditors via e-mail | Review claim for use in negotiations with creditors and plan confirmation | .5 | $300 | $150 |
| 2/17/2022 | RAB | Review monthly operating reports and summaries | Ensured end of month bank balances match MORs. E-mailed Mr. McIntosh to review | 1.5 | $300 | $450 |

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 3/2/2022 | RAB | Drafted stipulation with Ashley Barton for City of KCMO | Regarding priority claim in the plan and treatment in full to prevent impairment | 1.0 | $300 | $300 |
|---|---|---|---|---|---|---|
| 3/3/2022 | DS | Stipulation with KCMO | KCMO agreed to: Stipulation with KCMO, 2022-3-3.pdf and filed POF Stipulation with KCMO, 2022-3-3.pdf | .2 | $125 | $25 |
| 3/3/2022 | DS | Amended MOR's | Sifting through amended MOR docs client sent compared to originals and attachments… should be prepared by tomorrow. | .4 | $125 | $50 |
| 3/4/2022 | DS | Amended MOR's | Finished compiling amended Operating Reports; had to manually print/scan/redact Axos DIP statements, & filed:<br>MOR re 2021-8, 2nd Amd 2022-3-4.pdf<br>POF MOR re 2021-8, 2nd Amd 2022-3-4.pdf<br><br>MOR re 2021-9, 1st Amd, 2022-3-4.pdf<br>POF MOR re 2021-9, 1st Amd, 2022-3-4.pdf<br><br>MOR re 2021-10, 1st Amd, 2022-3-4.pdf<br>POF MOR re 2021-10, 1st Amd, 2022-3-4.pdf<br><br>MOR re 2021-11, 1st Amd, 2022-3-4.pdf<br>POF MOR re 2021-11, 1st Amd, 2022-3-4.pdf<br><br>MOR re 2022-1, 1st Amd, 2022-3-4.pdf<br>POF MOR re 2022-1, 1st Amd, 2022-3-4.pdf | 2.4 | $125 | $300 |
| 3/9/2022 | RAB | Negotiations with New Mark attorneys | Coordinated with New Mark attorneys to solicit acceptance of plan by agreeing to language in confirmation order providing for attorney's fees and providing for language to pay per terms of lease. Drafted stipulation, received approval from client, okayed revisions by Attorney Pappas and forwarded ballot to paralegal DS | 3.0 | $300 | $900 |
| 3/11/2022 | DS | MOR's to UST | Emailed UST amended MOR's above. Drafted Ballot Summary for RAB's review, and filed: Ballot Summary re 1st Amd Plan, 2022-3-11.pdf<br>POF Ballot Summary re 1st Amd Plan, 2022-3-11.pdf | 1.0 | $125 | $125 |
| 3/21/2022 | RAB | Call with court – status conference on plan | Confirmation hearing to be conducted telephonically. Witnesses and exhibits due 3/24. This will not be a consensual plan due to creditors in classes 1 and 7. | .5 | $300 | $150 |
| 3/24/2022 | RAB | Witness/Exhibits | Prepared Witness and Exhibit lists. | 1.0 | $300 | $300 |

12

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law

Here to Help.

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 3/24/2022 | DS | "      " | There are 14 exhibits, 13 of which are docket pleadings the Court can take judicial notice of. Redacted 401k Bank statement as Exh #13 and filed that along with Exhibit List, and Witness List. POF Debtor's witness list for 3-31-2022 confirmation hearing, 2022-3-24.pdf POF Exhibit List, 2022-3-24.pdf Also emailed the Court to see if they want physical binders of all this or other means since hearing will be telephonic. | .8 | $125 | $100 |
| --- | --- | --- | --- | --- | --- | --- |
| 3/24/2022 | DS | Amended MOR's | Compiled, redacted, and filed: MOR re 2021-8, 3rd Amd 2022-3-24.pdf POF MOR re 2021-8, 3rd Amd 2022-3-24.pdf MOR re 2021-12, 2nd Amd, 2022-3-24.pdf POF MOR re 2021-12, 2nd Amd, 2022-3-24.pdf | .9 | $125 | $112.50 |
| 3/25/2022 | DS | Amended Exhibit List | Court does want all exhibits attached to the list, AND 2 physical binders hand-delivered for Judge and Clerk.  Will create and drop those off next wek. | 0.00 | $125 | $0.00 |
| 3/28/2022 | DS | Amended Exhibit List & Binders | Drafted amended exhibits lists with all exhibits and building hearing binders.  Prepared the digital version and filed that.  Still need to print and build physical binders (411 pages each). Exhibit List (Corrected w Exhs Attached), 2022-3-28.pdf POF Exhibit List (Corrected w Exhs Attached), 2022-3-28.pdf | 3.2 | $125 | $400 |
| 3/28/2022 | DS | Case Expenses | $4.79 = 1 Ream of paper (822 actual pages) $2.00 = 2 Exhibit Binders (Judge/Clerk) $9.58 = 2 Set of Binder Tabs $17.00 = PACER Fees to pull exhibits from Docket.   Case Expenses\2022-3-28 Rcpt of PACER Fees $17.00.pdf | 0.00 | $0.00 | $33.37 |
| 3/29/2022 | DS | Exbibit binders | Built Exhibit binders and will hand-deliver to the Court tomorrow morning. | 3.8 | $125 | $475 |
| 3/29/2022 | RAB | Preparation for Thursday confirmation hearing | Discussed general confirmation topics and confirmation issues for Thursday confirmation hearing | 1.0 | $300 | $300 |
| 3/30/2022 | RAB | Preparation for confirmation hearing | Revised proposed confirmation order and emailed to US Trustee and Subchapter V Trustee | .5 | $300 | $150 |
| 3/30/2022 | RAB | Monthly Operating Reports | Review of MORs and e-mails with Debtor and Subchapter V Trustee regarding February MOR and reconciliations | .5 | $300 | $300 |
| 3/31/2022 | RAB | Confirmation hearing | Hearing on confirmation (by telephone) – plan to be confirmed.  I will update proposed confirmation order and incorporate changes noted by the Court today and circulate | 1.0 | $300 | $300 |

13

KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 4/4/2022 | DS | UST Discrepancies w/ 12/2021 2nd Amended MOR | Call with Dao at UST's office re discrepancies they would like addresses ASAP in: MOR re 2021-12, 2nd Amd, 2022-3-24.pdf<br>• Page 2 Line 20 Cash rcpts at $16656.59 vs. Exh pg 7 at $$17,180.54<br>• Page 2 line 21 Cash Disbursements at $13,088.54 vs. Exh pg 11 at $11,066.66<br>Debtor or accountant can contact Doa w/ any questions: 816-352-8039<br><br>Email to Debtor and RAB on this. | .5 | $125.00 | $62.50 |
|---|---|---|---|---|---|---|
| 4/8/2022 | DS | "    " | Emails with Debtor and UST – MOR issues resolved. RE-organized and filed: MOR re 2021-12 3rd Amended, 2022-4-8.pdfl<br>POF MOR re 2021-12 3rd Amended, 2022-4-8.pdf | .7 | $125.00 | $87.50 |
| 4/18/2022 | RAB | E-mail to Scott with summary of payments | E-mailed Mr. McIntosh summary of payments and directions on where to send. Also sent copy of court approved confirmation order | .6 | $300 | $180 |
| 4/18/2022 | DS | MOR's | Printed/scaannd/redacted/compiled MOR re 2022-2, 2022-4-18.pdf and sent to UST with MOR re 2022-1, (Corrected Initial), 2022-4-18.pdf b/c the 1/2022 MOR was filed as "1st amended" but it is really the initial filing. If UST approves these then we'll file 2/2022, withdraw & refile 1/2022 as "initial." | .7 | $125 | $87.50 |
| 4/27/2022 | RAB | Compensation for Subchapter V Trustee | Notice of Electronic Filing<br><br>The following transaction was received from Meador, Dawn entered on 4/27/2022 at 8:22 AM CDT and filed on 4/27/2022<br>**Case Name:**      SG McIntosh, LLC<br>**Case Number:**      21-40986-btf11<br>**Document Number:** 103<br>**Docket Text:** | .3 | $300 | $90 |
|  |  |  | **Order of the Court**<br>The Application for Compensation is hereby Granted for Robbin Messerli, SubChapter V Trustee, Fees awarded: $3,432.00, Expenses awarded: $0.00; Awarded on 4/27/2022 It is so ORDERED by /s/ *Brian T. Fenimore*<br>E-mailed to Scott to pay for May 2022 |  |  |  |

14

KANSAS CITY's PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

# WM Law
### Here to Help.

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| 4/27/22 | DS | MOR's | No response from UST on MOR's. Went ahead and filed: MOR re 2022-1, (Corrected Initial), 2022-4-18.pdf<br>MOR re 2022-2, 2022-4-18.pdf<br>POF MOR re 2022-1, (Corrected Initial), 2022-4-27.pdf<br>POF MOR re 2022-2, 2022-4-27.pdf | .3 | $125 | $37.50 |
| 5/5/22 | PW | | Check#1018 Thank you | | | -$300.00 |
| | | | | | | $29829.14 |

Note: Payment due thirty (30) days from date of this invoice.

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

Counsel was successful in filing the Debtor's Subchapter V Chapter 11 case and proceed within months to confirmation of the First Amended Subchapter V Chapter 11 Plan.  The Debtor is presently making payments according to his confirmed plan, and the Subchapter V will receive periodic reports of payments made.

All objections to confirmation were resolved prior to hearing and/or resolved with a proposed confirmation order, as modified by the Court.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 14 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He spent 72.3 hours of time, from August 6, 2021 through April 30, 2022. working on every aspect of the case from start to the present.

Errin P. Stowell, Attorney

Mr. Stowell has over 15 years of bankruptcy experience and was the secondary attorney on this matter, having spent 9.0 hours of time, primarily on plan revisions, from August 6, 2021 through April 30, 2022.

Douglas Sisson, Paralegal.

Mr. Sisson has over 10 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  He spent 38.7 hours of billable time from August 6, 2021 through April 30, 2022.