# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:   SG MCINTOSH, LLC.                    )   Case No. 21-40986
                               Debtor         )   Chapter 11 (Voluntary), Subchapter V

## DEBTOR'S MOTION TO MODIFY CONFIRMED SUBCHAPTER V CHAPTER 11 PLAN PURSUANT TO 11 U.S.C.  §1193(c)

**COMES NOW** SG McIntosh, LLC., the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") by and through counsel, the undersigned, and in support of its Motion to Modify the Confirmed Subchapter V Plan of Reorganization (Docket #102), states as follows:

1)    On August 6th, 2021, Debtor filed a voluntary Petition for Subchapter V Chapter 11 relief.

2)    On April 11, 2022, this Court entered an Order confirming the Debtor's First Amended Subchapter V Plan of Reorganization (Docket #102) pursuant to 11 U.S.C. §1191(b).

3)    The Debtor made some payments under the Plan but income that was expected to pay operating expenses has not materialized. Debtor's principal has exhausted available funds to support the business.

4)    The Debtor's principal has received a qualified offer from one Amy Shoffner to purchase the franchise from Mr. McIntosh for an offer of $85,000.

5)    As contemplated, Ms. Shoffner would negotiate with the landlord of the current 9Round location, New Mark, to assume or renegotiate the lease upon payment of the balance of the obligation.

6)    In light of the Debtor's inability to remain open, operational, & pay debt pursuant to the Plan this is in the best interest of creditors and will effectively serve as a liquidating Subchapter V plan.

7)    Debtor proposes to pay the following from proceeds of the offer:

   a)  Payment to New Mark of the balance owed, which was $41,249 as of May 1, 2023.

   b)  Payment to WM Law of the Court approved balance of $30,184.14.  WM Law will waive any remaining fees due following the previously approved fee including the fees for this motion and any hearing(s) on said motion.

   c)  Payment to the I.R.S. of $7,678 less any payments made under the Plan to Claim #9-1. Debtor will seek a payoff amount from the I.R.S. to confirm the precise amount.

   d)  Payment to the Missouri Department of Revenue of $2,500 to apply to priority tax claims.

   e)  Payment to the S.B.A. of $2,500 to pay toward its secured claim.

8)    Based on the franchise's state of affairs, the offer is reasonable and fair.

9)    Because of the Debtor's intent to cease operations, this plan contributes the proposed disposable income of the Debtor over the duration of the modified plan, specifically, $0.

10)    It is in the best interest of the Debtor's creditors to approve the sale and allow the Debtor to convey the franchise.  The liquidation value of the Debtor's remaining assets is minimal, and a Chapter 7 Trustee's theoretical fees would eat up any proceeds from liquidated assets.

11)    Under 11 U.S.C §1193(c)), the Debtor moves for an order approving the sale.  This motion is

brought prior to 3 years, meets the requirements of 11 U.S.C §1191(b), and the circumstances warrant the modification.

WHEREFORE, The Debtor moves this Court to enter an Order modifying the Confirmed Subchapter V Plan of Reorganization to allow the Debtor to sell off the 9Round Franchise to Ms. Shoffner, pay creditors as set forth in Paragraph 7 of this Motion, and for any relief appropriate under the circumstances.

Dated: May 22, 2023        Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Monday, May 22, 2023 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

**[See attached mailing matrix]**

s/ Ryan A. Blay
Counsel for Debtor/Debtor-in-
Possession SG McIntosh, LLC

Label Matrix for local noticing
0866-4
Case 21-40986-btf11
Western District of Missouri
Kansas City
Fri Jan 14 13:24:56 CST 2022

New Mark Delaware, LLC  Penn Park New Mark
c/o McNeilePappas PC
attn: Austin B. Hayden
7500 W. 110th St., Suite 110
Overland Park, KS 66210-2476

SG McIntosh, LLC
10005 N. Marsh Ave.
Kansas City, MO 64157-7625

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

9 Round Franchising, LLC
847 NE Main Street
Simpsonville, SC 29681-2041

Acme Company
64 Beaver Street Suite #344
New York NY 10004-2508

Block and Company, Inc.
605 W. 47Th St. Suite 100
Attn:  Rob Ebstein
Kansas City MO 64112-1905

Christopher and Melissa McFarland
10123 Liberty Circle
Liberty, MO 64068-8719

City of Kansas City
City Hall, 2nd floor
414 E. 12th St.
Attn: Revenue Division
Kansas City MO 64106-2702

City of Kansas City, Missouri
Tax Claims
414 E. 12th St, 19th Floor
Kansas City, MO 64106-2705

Corporation Service Company
801 Adlai Stevenson Dr
Springfield IL 62703-4261

Elevate Funding LLC
5200 NW 43rd Street Suite 102-134
Attn:  Parker Smith
Gainesville FL 32606-4484

Evergy
PO Box 219703
Kansas City MO 64121-9703

Infusion Capital LLC
420 Celebration Blvd Ste 303
Attn:  Ryan McMillan
Celebration FL 34747-0000

Internal Revenue Service
Insolvency
2850 NE Independence Ave
Lees Summit, Mo 64064-2327

Internal Revenue Service
PO Box Box 7346
Philadelphia PA 19101-7346

Law Offices of Michael S. Shipley, LLC
204A East Kansas
Liberty MO 64068-2344

Mantis Funding
225 Clematis Street
Attn:  Kathleen FInk
West Palm Beach FL 33401-5564

McFarland Fitness LLC
9615 NE 98th St.
fka 9Round Kansas City, LLC
Attn:  Melissa McFarland
Kansas City MO 64157-9714

McFarland Fitness, LLC
9615 NE 98th Street
Kansas City MO 64157-9714

McFarland Fitness, LLC
9758 N Ash Ave
Kansas City MO 64157-9742

McFarland Fitness, LLC and Christopher and M
c/o Zachary R.G. Fairlie
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

New Mark Delaware LLC c/o
McNeilePappas PC
14701 E. 42nd St.
Independence MO 64055-4746

Scott McIntosh
10005 N Marsh Ave
Kansas City MO 64157-7625

Spectrum
6921 West 119th St
Overland Park KS 66209-2015

Spire Gas
700 Market
Saint Louis MO 63101-1829

Star Development
244 W. Mill St., Ste 101
Attn:  Sheryl Giambalvo
Liberty MO 64068-2398

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Small Business Administration
10675 Bedford Ave., Suite 100
Omaha, NE 68134-3605

US Small Business Administration
10737 Gateway West #300
El Paso TX 79935-4910

US Small Business Administration
409 3rd Street SW
Office of the General Counsel
Washington DC 20416-0011

United States Attorney
400 East 9th Street
Room 5510
Attn:  Civil Process
Kansas City MO 64106-2637


United States Attorney General
950 Pennsylvania Avenue, NW
US Dept. of Justice
Washington DC 20530-0001

Verizon Wireless/Southeast
P.O. BOX 26055
NAT'L RECOVERY DEPT M.S. 400
Minneapolis MN 55426-0055

Yes Lender LLC
1150 1st Avenue, Suite 105
Attn:  Lauren Rex
King of Prussia PA 19406-1350


Robbin Messerli
6917 Tomahawk Rd
PO Box 8686
Prairie Village, KS 66208-0686

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)McFarland Fitness, LLC and Christopher and

(u)9Round Franchising, LLC 847 NE Main St. Si
Acme Company 64 Beaver Street Suite
City of Kansas City 2nd floor, 414 E. 12
Elevate Funding LLC 5200 NW 43rd Stree

(d)Scott McIntosh
10005 N Marsh Ave.
Kansas City MO 64157-7625


(d)Scott McIntosh
10005 N Marsh Ave.
Kansas City MO 64157-7625

End of Label Matrix
Mailable recipients    37
Bypassed recipients     4
Total                  41