**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 21-40986** |
| **SG MCINTOSH, LLC** | ) | **Chapter: 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF DEFAULT**
**PURSUANT TO ARTICLE 6.8 OF THE CONFIRMED PLAN**

COME NOW creditors New Mark Delaware, LLC, Penn Park New Mark LLC, and Metcalf 91 New Mark LLC (collectively "New Mark"), and for their Notice of Default pursuant to Article 6.8 of the confirmed Plan, state and alleges as follows:

1.     Debtors' First Amended Small Business Plan of Reorganization was filed on January 31, 2022 (the "Plan").

2.     New Mark is a creditor of Debtor and the landlord of the commercial premises occupied by Debtor located at 10203 North Oak Trafficway, Kansas City, Clay County, Missouri 64155.

3.     Debtor's First Amended Chapter 11 Small Business Subchapter V Plan was confirmed by order dated April 11, 2022 (Doc. 102) (the "Confirmation Order")

4.     Pursuant to Section 2.4 of the Plan:

> As to the Commercial Lease with New Mark Delaware LLC, Penn Park New Mark, LLC and Metcalf 91 New Mark DE, LLC (collectively, "New Mark"), the Debtor proposes the following treatment:
> (1) a lump sum payment of $5,056.99 by April 30, 2022
> (2) 30 monthly payments of $733.33 commencing April 30, 2022 to pay the remaining balance of the pre-petition arrearage by the end of the lease term, October 2024; and
> (3) fixed monthly payments of $2,685.67, plus water charges through October, 2024, the remaining term of the lease. The Debtor and New Mark may mutually

elect to renew this lease with no penalty and no further notice required to creditors under this Plan.

5.     Pursuant to Paragraph 15(5) of the Confirmation Order:

As to ongoing payments to be made to New Mark for its leasehold interest in the Debtor's remaining premises, treatment shall be amended to reflect the following language:

The ongoing monthly lease payments will be made to New Mark in accordance with the terms of the lease. Monthly rental payments include base rent, common area operating costs, taxes, and insurance. Although the CAM, taxes and insurance are estimated in the lease, per the terms of the lease, they are subject to adjustment based on actual costs incurred by the landlord. The Debtor shall pay all ongoing monthly lease payments including any of these previously described adjustments on a timely basis pursuant to the terms of the lease.

The Debtor agrees that New Mark shall be entitled to reasonable attorney's fees and costs based on this present action as well as a pre-petition eviction action in the Circuit Court of Clay County, Missouri. Debtor and New Mark have stipulated that the fees and costs total $10,000 and that such amount shall be amortized over the repayment term to cure the pre-petition arrearage.

Adding the monthly cure payment ($733.33) to the monthly payment of attorney fees ($333.33) to be paid to New Mark to cure the pre-petition arrearage and pay New Mark's attorney fees, Debtor shall make 30 monthly payments to New Mark in the amount of $1,066.66 beginning on April 30, 2022 and continuing through and including October 31, 2024. Such amounts shall be in addition to Debtor's ongoing monthly lease payments.

6.     Pursuant to Section 6.4 of the Plan:

The Bankruptcy Court shall retain jurisdiction of this case with regard to the following matters:
(i)     To make such orders as are necessary or appropriate to implement the provisions of the Plan and to resolve any disputes arising from implementation of the Plan;
(ii)     To rule on any modification of the Plan proposed under Section 1127;
(iii)     To hear and allow all applications for compensation to professionals and other Administrative Expenses;
(iv)     To resolve all issues regarding Claims objections, and issues arising from the assumption/rejection of executory contracts or unexpired leases; and

(v)     To adjudicate any cause of action which may exist in favor of the Debtor, including preference and fraudulent transfer causes of action.

7.      New Mark objects to confirmation of the plan on the following

8.      Pursuant to Section 6.8 of the Plan:

A default under this Plan is defined as a failure to pay two or more consecutive payments under this plan or failure to pay any single payment for 90 days or more from a due date. Any Creditor whose payment is in default may file a Notice of Default with this Court and provide written notice care of Debtor's counsel via e-mail or United States mail, first class. If such default is not cured within 30 days of the Notice of Default, the Creditor may elect to assert a restoration of security interests at contract amounts still owed, and the right of the Creditor to seek liquidation of non- exempt assets.

9.      Debtor is in default for failure to make numerous payments as required by the Plan.

As of August 1, 2023, Debtor owes to New Mark the total sum of $50,521.72.

10.     In the event this default is not cured within 30 days of the date of this Notice of Default, New Mark intends to pursue a state law claim for rent and possession without further notice to the Debtor.

Respectfully submitted,

**PAPPAS HAYDEN WESTBERG & JACKSON PC**

*/s/ Austin B. Hayden*
Gregory J. Pappas            #39266
Austin B. Hayden             #63872
7500 W. 110th St., Suite 110
Overland Park, Kansas 66210
Telephone:    913/491-4050
Facsimile:    913/491-9318
E-Mail:       gpappas@phwjlaw.com
              ahayden@phwjlaw.com
ATTORNEYS FOR NEW MARK

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically on August 2, 2023 to all parties receiving electronic notification, and was emailed to counsel for the Debtor as follows:

Ryan Blay (blay@wagonergroup.com)
Attorney for Debtor

/s/ Austin B. Hayden
Austin B. Hayden                    #63872