UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **SG MCINTOSH, LLC** | ) | **Case No. 21-40986** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF DEFAULT OF CONFIRMED CHAPTER 11 PLAN

COMES NOW, creditor Missouri Department of Revenue ("MDOR"), by and through counsel, and for its Notice of Default pursuant to Article 6.8 of Debtor's confirmed Chapter 11 Plan, states as follows:

1.      Debtor's First Amended Plan was filed on January 31, 2022, and confirmed on April 11, 2022.

2.      Pursuant to Section 2.1 B of the Plan, Debtor owes MDOR $9,577.21, and was to make 48 consecutive payments of $215.43 monthly beginning April 30, 2022.

3.      Debtor made eleven payments of $215.43 beginning April 29, 2022, through March of 2023, but has not made a payment since.

4.      Creditor Remedies in the event of default under the plan is covered by Section 6.8 of the Plan:

A default under this Plan is defined as a failure to pay two or more consecutive payments under this plan or failure to pay any single payment for 90 days or more from a due date. Any Creditor whose payment is in default may file a Notice of Default with this Court and provide written notice care of Debtor's counsel via e-mail or United States mail, first class. If such default is not cured within 30 days of the Notice of Default, the

Creditor may elect to assert a restoration of security interests at contract amounts still

owed, and the right of the Creditor to seek liquidation of nonexempt assets.

5.      Debtor is in default for failure to make numerous payments as required by

the Plan.  As of this notice, Debtor owes MDOR a total of $7,970.91.

6.      In the event this default is not cured within 30 days of the date of this

Notice of Default, MDOR will commence a collection action.

Respectfully submitted,

Andrew Bailey, Attorney General
State of Missouri

By:  /s/ Don Cosper
Don Cosper, Mo. Bar # 73231
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, a true and correct copy of the foregoing
Notice of Default of Confirmed Chapter 11 Plan was served upon all parties and counsel
who receive electronic notice in this case.

By: /s/ Don Cosper